**Fill in this information to identify the case:**

Debtor name NLC Energy Denmark, LLC

United States Bankruptcy Court for the: Eastern District of WI (State)

Case number (If known): ______________________

❑ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | **Name of creditor and complete mailing address, including zip code** | **Name, telephone number, and email address of creditor contact** | **Nature of the claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of unsecured claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | See Attachment | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |


Case 25-24634-kmp Doc 3 Filed 08/16/25 Page 2 of 3

# Attachment - NLC List of 20 Largest Unsecured Creditors

| Creditor | Address | Email | Total Claim | Secured claim | Unsecured Claim |
|---|---|---|---|---|---|
| The Regents of the Uni. Of California | 111 Franklin Street<br>Oakland, CA 94607, | Bianca.LaPaz@ucop.edu | $ 8,600,000.00 | | $ 8,600,000.00 |
| Catholic Order of Foresters | Catholic Order of Foresters<br>Attn: Investment Department<br>355 Shuman Boulevard<br>Naperville, IL 60563 | bguzman@catholicforester.org | $ 2,669,162.37 | $ 703,844.36 | $ 1,965,318.01 |
| Federated Life Insurance Company | 121 East Park Square<br>Owatonna, MN 55060 | investments1@fedins.com | $ 6,405,989.68 | $ 1,689,226.46 | $ 4,716,763.22 |
| Federated Mutual Insurance Company | Attn: Donna Ennis, Portfolio Manager<br>121 East Park Square<br>Owatonna, MN 55060 | dmennis@fedins.com | $ 12,811,979.35 | $ 3,378,452.91 | $ 9,433,526.44 |
| Federated Service Insurance Company | 121 East Park Square<br>Owatonna, MN 55060 | investments1@fedins.com | $ 1,708,263.99 | $ 450,460.39 | $ 1,257,803.52 |
| Fidelity & Guaranty Life Insurance Company | Attn: Investments<br>1001 Fleet Street, 6th Floor<br>Baltimore, MD 21202 | privateplacements@fglife.com | $ 21,353,298.92 | $ 5,630,754.86 | $ 15,722,544.06 |
| First Farmers Bank & Trust | 123 North Jefferson<br>P.O. Box 690<br>Converse, IN 46919 | Mark.Jones@ffbt.com | $ 7,781,604.12 | $ 2,051,968.89 | $ 5,729,635.23 |
| Granite Re, Inc. | Attn: Donna Ennis, Portfolio Manager<br>121 East Park Square<br>Owatonna, MN 55060 | dmennis@fedins.com | $ 427,065.98 | $ 112,615.10 | $ 314,450.88 |
| Life Insurance Company of the Southwest | Attn: Private Placements<br>One National Life Drive<br>Montpelier, VT 05604 | privateinvestments@sentinelinvestments.com | $ 8,541,319.57 | $ 2,252,301.94 | $ 6,289,017.63 |
| National Life Insurance Company | Attn: Private Placements<br>One National Life Drive<br>Montpelier, VT 05604 | privateinvestments@sentinelinvestments.com | $ 7,473,654.62 | $ 1,970,764.20 | $ 5,502,890.42 |
| Safety National Casualty Corporation | c/o Sit Investment Associates, Inc.<br>Attn: Linda Newell<br>80 South Eighth Street, Suite 3300<br>Minneapolis, MN 55402 | info@sitinvest.com | $ 6,672,905.91 | $ 1,759,610.89 | $ 4,913,295.02 |
| Anew Climate, LLC | 3200 Southeast Freeway Ste 1310 Houston, Tx 77027 | accountspayable@anewclimate.com | $ 74,937.51 | | $ 74,937.51 |
| Weaver and Tidwell LLP | 2821 West 7th Street, Suite 700 Fort Worth, TX 76107 | AccountsReceivable@weaver.com | $ 67,213.64 | | $ 67,213.64 |
| Wery's Dairy Aire | N5131 Gasche Road<br>Luxemburg, WI 54217 | weryoffice@gmail.com | $ 43,601.10 | | $ 43,601.10 |
| Vander Kinter Harvesting LLC(Watch Inv.) | 3900 Phillips Rd. Green Bay, WI 54311 | kvanderkinter@gmail.com | $ 38,014.40 | | $ 38,014.40 |
| Heim Brothers Custom LLC | E3730 Rockledge Road<br>Algoma, WI 54201 | jeremy@heimshillcrest.com | $ 32,877.35 | | $ 32,877.35 |
| Aprio, LLP | P.O. Box 117310 Atlanta GA 30368-7310 | Receivables@aprio.com | $ 30,167.00 | | $ 30,167.00 |
| Neighborhood Trucking Service LLC | W1450 Van Asten Rd<br>Freedom, WI 54130 | adamva@ndairy.com;accounting@ntruckingllc.com | $ 18,733.50 | | $ 18,733.50 |
| Abts Custom LLC | N6667 CTY Rd AB<br>Luxemburg, WI 54217 | calvin.abts@gmail.com | $ 18,089.50 | | $ 18,089.50 |
| Branch View Dairy LLC | 7404 Village Dr Whitelaw, WI 54247 | branchviewdairyllc@outlook.com | $ 16,916.23 | | $ 16,916.23 |
| Boerger LLC | 2860 Water Tower Place<br>Chanhassen, MN 55317 | jpe@boergerllc.com | $ 16,791.69 | | $ 16,791.69 |
| Heartland Business Systems, LLC | P.O. Box 347 Little Chute, WI 54140 | phelander@hbs.net | $ 15,898.17 | | $ 15,898.17 |