## Exhibit List

| Exhibit | Description | Evid. Foundation |
|---|---|---|
| 1 | Historical Financial Information from January 1, 2022, to June 30, 2025 | Hatch Decl., ¶ 31 |
| 2 | Financial Projections with UCal Rejection (10/25 to 12/27) | Hatch Decl., ¶ 61 |
| 3 | Projected Cash Flow (WE 8/23/25 through 10/18/25) | Hatch Decl., ¶ 53 |
| 4 | Second Amended Escrow Agreement (Sections 2 and 3) | Hatch Decl., ¶ 46 |
| 5 | Second Amended Mortgage and Security Agreement | Hatch Decl., ¶ 48 |
| 6 | UCC Financing Statements | Hatch Decl., ¶ 47 |
| 7 | Payroll Register for July 25, 2025 | Hatch Decl., ¶ 35 |
| 8 | Utility Company Information | Hatch Decl., ¶ 54 |