# Exhibit 1

| | Jan - Dec 22 | % of Income | Jan - Dec 23 | % of Income |
|---|---|---|---|---|
| Ordinary Income/Expense | | | | |
| Income | | | | |
| 42100 · RNG Revenue (TA) | 2,327,201.60 | 18.6% | 1,674,592.18 | 15.0% |
| 42300 · Co-Product Revenue (TA) | 1,200,390.58 | 9.6% | 1,772,793.14 | 15.8% |
| 42500 · Services Revenue (TA) | 2,166,877.27 | 17.3% | 992,407.43 | 8.9% |
| 42700 · Incentive Program Rev (TA) | 9,223,912.50 | 73.8% | 8,986,997.90 | 80.3% |
| 49000 · Discounts & Adj (TA) | -2,415,556.33 | -19.3% | -2,228,268.85 | -19.9% |
| Total Income | 12,502,825.62 | 100.0% | 11,198,521.80 | 100.0% |
| Cost of Goods Sold | | | | |
| 51000 · COGS RNG Production | 6,448,912.59 | 51.6% | 8,509,952.05 | 76.0% |
| 52000 · COGS Co-Product (TA) | 139,695.19 | 1.1% | 396,943.99 | 3.5% |
| Total COGS | 6,588,607.78 | 52.7% | 8,906,896.04 | 79.5% |
| Gross Profit | 5,914,217.84 | 47.3% | 2,291,625.76 | 20.5% |
| Expense | | | | |
| 61000 · Operations Dept Exp (TA) | 3,842,462.73 | 30.7% | 4,879,728.28 | 43.6% |
| 62000 · Engineering Dept Exp | 0.00 | 0.0% | 84,320.36 | 0.8% |
| 63000 · Sales&Bus Dev Dept Exp (TA) | 242,688.69 | 1.9% | 260,861.32 | 2.3% |
| 64000 · Marketing Dept Exp (TA) | 2,237.13 | 0.0% | 470.40 | 0.0% |
| 65000 · G&A Dept Expense (TA) | 296,978.72 | 2.4% | 478,774.07 | 4.3% |
| 68000 · Corporate Overhead (TA) | 1,998,946.97 | 16.0% | 1,541,281.33 | 13.8% |
| 78070 · Bank Service Charges | 0.00 | 0.0% | -75.54 | 0.0% |
| Total Expense | 6,383,314.24 | 51.1% | 7,245,360.22 | 64.7% |
| Net Ordinary Income | -469,096.40 | -3.8% | -4,953,734.46 | -44.2% |
| Other Income/Expense | | | | |
| Other Income | | | | |
| 79000 · Other Income | 32,065.17 | 0.3% | 26,630.51 | 0.2% |
| 79010 · Sale of Totes/Pallets | 85,461.57 | 0.7% | 86,759.39 | 0.8% |
| 79020 · Gain/Loss on Sale of Assets | 0.00 | 0.0% | 68,021.48 | 0.6% |
| 79030 · Insurance Claims Received | -25,000.00 | -0.2% | 0.00 | 0.0% |
| 79050 · Interest Income | 6,736.65 | 0.1% | 93,047.07 | 0.8% |
| Total Other Income | 99,263.39 | 0.8% | 274,458.45 | 2.5% |
| Other Expense | | | | |
| 81010 · Interest Expense | 8,120,803.39 | 65.0% | 8,569,755.08 | 76.5% |
| 81100 · Depreciation Expense | 3,505,459.94 | 28.0% | 4,218,638.48 | 37.7% |
| 81200 · Amortization Expense | 103,331.64 | 0.8% | 103,331.64 | 0.9% |
| 82000 · Credit Sales (Mark to Mkt) | 640,403.50 | 5.1% | -479,964.89 | -4.3% |
| 82010 · Bad Debt Expense | 0.00 | 0.0% | 1,085,092.59 | 9.7% |
| 85013 · Incentives Invalidated | 0.00 | 0.0% | 847,960.53 | 7.6% |
| 85016 · Extraordinary Expense | 2,769,161.54 | 22.1% | 0.00 | 0.0% |
| 91000 · Period Gas Prod (MMBtu)-Net | 0.00 | 0.0% | 0.00 | 0.0% |
| Total Other Expense | 15,139,160.01 | 121.1% | 14,344,813.43 | 128.1% |
| Net Other Income | -15,039,896.62 | -120.3% | -14,070,354.98 | -125.6% |
| Net Income | -15,508,993.02 | -124.0% | -19,024,089.44 | -169.9% |

**NLC Energy Denmark LLC**
# Profit & Loss
**January 2024 through June 2025**

# Exhibit 1

| | Jan - Dec 24 | % of Income | Jan - Jun 25 | % of Income |
|---|---|---|---|---|
| Ordinary Income/Expense | | | | |
| Income | | | | |
| 42100 · RNG Revenue (TA) | 1,726,570.34 | 16.7% | 1,059,654.06 | 20.6% |
| 42300 · Co-Product Revenue (TA) | 1,481,871.07 | 14.3% | 476,446.28 | 9.2% |
| 42500 · Services Revenue (TA) | 1,062,934.94 | 10.3% | 565,319.68 | 11.0% |
| 42700 · Incentive Program Rev (TA) | 8,587,696.23 | 83.0% | 4,236,676.71 | 82.2% |
| 49000 · Discounts & Adj (TA) | -2,509,132.31 | -24.2% | -1,183,619.00 | -23.0% |
| Total Income | 10,349,940.27 | 100.0% | 5,154,477.73 | 100.0% |
| Cost of Goods Sold | | | | |
| 51000 · COGS RNG Production | 8,218,356.16 | 79.4% | 4,263,112.70 | 82.7% |
| 52000 · COGS Co-Product (TA) | 463,357.21 | 4.5% | 218,409.75 | 4.2% |
| Total COGS | 8,681,713.37 | 83.9% | 4,481,522.45 | 86.9% |
| Gross Profit | 1,668,226.90 | 16.1% | 672,955.28 | 13.1% |
| Expense | | | | |
| 61000 · Operations Dept Exp (TA) | 4,360,329.26 | 42.1% | 2,013,694.47 | 39.1% |
| 62000 · Engineering Dept Exp | 137,835.90 | 1.3% | 101,726.68 | 2.0% |
| 63000 · Sales&Bus Dev Dept Exp (TA) | 147,192.90 | 1.4% | 73,133.52 | 1.4% |
| 64000 · Marketing Dept Exp (TA) | 918.13 | 0.0% | 250.00 | 0.0% |
| 65000 · G&A Dept Expense (TA) | 571,360.97 | 5.5% | 295,837.91 | 5.7% |
| 68000 · Corporate Overhead (TA) | 1,670,765.16 | 16.1% | 1,129,033.02 | 21.9% |
| Total Expense | 6,888,402.32 | 66.6% | 3,613,675.60 | 70.1% |
| Net Ordinary Income | -5,220,175.42 | -50.4% | -2,940,720.32 | -57.1% |
| Other Income/Expense | | | | |
| Other Income | | | | |
| 79000 · Other Income | 3,807,752.38 | 36.8% | 22,680.48 | 0.4% |
| 79010 · Sale of Totes/Pallets | 72,129.10 | 0.7% | 71,739.00 | 1.4% |
| 79020 · Gain/Loss on Sale of Assets | -13,726.00 | -0.1% | 0.00 | 0.0% |
| 79050 · Interest Income | 93,753.01 | 0.9% | 50,010.34 | 1.0% |
| Total Other Income | 3,959,908.49 | 38.3% | 144,429.82 | 2.8% |
| Other Expense | | | | |
| 81010 · Interest Expense | 9,050,633.63 | 87.4% | 4,742,420.86 | 92.0% |
| 81100 · Depreciation Expense | 4,321,490.79 | 41.8% | 2,195,428.29 | 42.6% |
| 81200 · Amortization Expense | 103,331.64 | 1.0% | 51,665.82 | 1.0% |
| 82000 · Credit Sales (Mark to Mkt) | -320,843.36 | -3.1% | -194,029.98 | -3.8% |
| 82010 · Bad Debt Expense | 1,345.33 | 0.0% | 610.00 | 0.0% |
| 85016 · Extraordinary Expense | 49,382.69 | 0.5% | 0.00 | 0.0% |
| 91000 · Period Gas Prod (MMBtu)-Net | 0.00 | 0.0% | 0.00 | 0.0% |
| Total Other Expense | 13,205,340.72 | 127.6% | 6,796,094.99 | 131.8% |
| Net Other Income | -9,245,432.23 | -89.3% | -6,651,665.17 | -129.0% |
| Net Income | -14,465,607.65 | -139.8% | -9,592,385.49 | -186.1% |

**NLC Energy Denmark LLC**

# Balance Sheet-Prior Period

**All Transactions**

**Exhibit 1**

| | Dec 31, 22 | Dec 31, 23 |
|---|---|---|
| ASSETS | | |
| Current Assets | | |
| Checking/Savings | | |
| 10000 · Cash & Cash Equivalents | 825,230.41 | 454,930.13 |
| 10008 · Escrow UC/Citizens | 0.00 | 0.00 |
| Total Checking/Savings | 825,230.41 | 454,930.13 |
| Accounts Receivable | | |
| 11000 · Accounts Receivable | 3,354,993.43 | 735,467.69 |
| Total Accounts Receivable | 3,354,993.43 | 735,467.69 |
| Other Current Assets | | |
| 11300 · Gas Delivered-Not Invoiced | 0.00 | 0.00 |
| 11400 · Incentive Earned-Not Submitted | 2,337,630.80 | 3,166,351.17 |
| 12000 · Notes Receivable | 670,258.90 | 1,328,380.41 |
| 14700 · Inventory | 1,480,407.91 | 1,214,852.00 |
| Total Other Current Assets | 4,488,297.61 | 5,709,583.58 |
| Total Current Assets | 8,668,521.45 | 6,899,981.40 |
| Fixed Assets | | |
| 15110 · Buildings-Net | 60,813,407.61 | 58,516,814.52 |
| 15210 · Equipment & Machinery-Net | 6,097,874.92 | 5,485,036.06 |
| 15310 · Farm Leaseholds-Net | 2,159,116.27 | 2,100,965.88 |
| 15410 · Office Equipment-Net | 44,094.50 | 28,776.50 |
| 15510 · Plant Site Improvement-Net | 2,404,584.30 | 2,244,784.04 |
| 15610 · Vehicles-Net | 315,340.59 | 327,359.97 |
| 15910 · Land-Cost | 783,120.00 | 783,120.00 |
| 17000 · Construction in Progress-Cost | 473,058.79 | 388,595.95 |
| Total Fixed Assets | 73,090,596.98 | 69,875,452.92 |
| Other Assets | | |
| 18000 · Capitalized Loan Fees-Cost | 1,453,360.38 | 1,453,360.38 |
| 18005 · A/A - Loan Fees | -370,353.36 | -455,819.52 |
| 18010 · Capitalized Start Up Costs-Cost | 267,981.61 | 267,981.61 |
| 18015 · A/A Start Up Costs | -89,262.08 | -107,127.56 |
| Total Other Assets | 1,261,726.55 | 1,158,394.91 |
| TOTAL ASSETS | 83,020,844.98 | 77,933,829.23 |
| LIABILITIES & EQUITY | | |
| Liabilities | | |
| Current Liabilities | | |
| Accounts Payable | | |
| 20000 · Accounts Payable - General | 1,132,654.38 | 927,955.94 |
| Total Accounts Payable | 1,132,654.38 | 927,955.94 |
| Credit Cards | | |
| 21000 · Credit Card Balances | 4,991.45 | 0.00 |
| Total Credit Cards | 4,991.45 | 0.00 |
| Other Current Liabilities | | |

Exhibit 1

| | Dec 31, 22 | Dec 31, 23 |
|---|---|---|
| 21500 · Accrued Revenue Sharing-UC | 457,690.78 | 417,366.85 |
| 21505 · Accrued Revenue Sharing-UPS | 350,644.62 | 474,952.68 |
| 22500 · Intercompany Balances | 22,577,807.71 | 35,718,782.90 |
| 24000 · Benefits Payable | 233,064.75 | 281,631.43 |
| 25500 · Sales Tax Payable | 3,743.97 | 3,955.84 |
| 27500 · Security Deposit | 6,000.00 | 0.00 |
| 28000 · Accrued Expenses | 0.00 | 256,032.34 |
| Total Other Current Liabilities | 23,628,951.83 | 37,152,722.04 |
| Total Current Liabilities | 24,766,597.66 | 38,080,677.98 |
| Long Term Liabilities | | |
| 29435 · N/P Cedar Holdings Bridge | 17,063,593.01 | 20,401,481.66 |
| 29440 · N/P Big Ox | 3,790,614.43 | 3,790,614.43 |
| 29445 · N/P Movin Materials | 87,490.44 | 0.00 |
| 29510 · N/P Series A1 Senior Secured | 75,201,023.80 | 72,573,619.79 |
| 29520 · N/P Series A2 Senior Secured | 7,781,604.17 | 7,781,603.34 |
| Total Long Term Liabilities | 103,924,325.85 | 104,547,319.22 |
| Total Liabilities | 128,690,923.51 | 142,627,997.20 |
| Equity | | |
| 32500 · Capital - EEC Property Holdings | 7,506,734.27 | 7,506,734.27 |
| 39999 · Retained Earnings | -37,667,819.78 | -53,176,812.80 |
| Net Income | -15,508,993.02 | -19,024,089.44 |
| Total Equity | -45,670,078.53 | -64,694,167.97 |
| TOTAL LIABILITIES & EQUITY | 83,020,844.98 | 77,933,829.23 |

**NLC Energy Denmark LLC**

# Balance Sheet-Prior Period

**As of June 30, 2025**

Exhibit 1

| | Dec 31, 24 | Jun 30, 25 |
|---|---|---|
| ASSETS | | |
| Current Assets | | |
| Checking/Savings | | |
| 10000 · Cash & Cash Equivalents | 1,266,676.37 | 981,059.61 |
| 10008 · Escrow UC/Citizens | 0.00 | 550,000.00 |
| Total Checking/Savings | 1,266,676.37 | 1,531,059.61 |
| Accounts Receivable | | |
| 11000 · Accounts Receivable | 851,221.42 | 561,619.16 |
| Total Accounts Receivable | 851,221.42 | 561,619.16 |
| Other Current Assets | | |
| 11400 · Incentive Earned-Not Submitted | 0.00 | 2,737,039.26 |
| 12000 · Notes Receivable | 1,791,791.38 | 1,074,123.25 |
| 14000 · Prepaids | 1,161,180.62 | 53,513.26 |
| 14700 · Inventory | 1,071,324.72 | 861,771.16 |
| Total Other Current Assets | 4,024,296.72 | 4,726,446.93 |
| Total Current Assets | 6,142,194.51 | 6,819,125.70 |
| Fixed Assets | | |
| 15110 · Buildings-Net | 56,461,260.78 | 55,297,354.08 |
| 15210 · Equipment & Machinery-Net | 4,300,798.57 | 3,570,185.34 |
| 15310 · Farm Leaseholds-Net | 2,155,148.64 | 2,508,478.59 |
| 15410 · Office Equipment-Net | 13,458.50 | 5,799.50 |
| 15510 · Plant Site Improvement-Net | 2,399,036.78 | 2,267,993.90 |
| 15610 · Vehicles-Net | 256,754.87 | 237,325.91 |
| 15910 · Land-Cost | 831,264.00 | 831,264.00 |
| 17000 · Construction in Progress-Cost | 542,221.22 | 151,323.35 |
| Total Fixed Assets | 66,959,943.36 | 64,869,724.67 |
| Other Assets | | |
| 18000 · Capitalized Loan Fees-Cost | 1,453,360.38 | 1,453,360.38 |
| 18005 · A/A - Loan Fees | -541,285.68 | -584,018.76 |
| 18010 · Capitalized Start Up Costs-Cost | 267,981.61 | 267,981.61 |
| 18015 · A/A Start Up Costs | -124,993.04 | -133,925.78 |
| Total Other Assets | 1,055,063.27 | 1,003,397.45 |
| TOTAL ASSETS | 74,157,201.14 | 72,692,247.82 |
| LIABILITIES & EQUITY | | |
| Liabilities | | |
| Current Liabilities | | |
| Accounts Payable | | |
| 20000 · Accounts Payable - General | 1,581,094.67 | 836,023.53 |
| Total Accounts Payable | 1,581,094.67 | 836,023.53 |
| Credit Cards | | |
| 21000 · Credit Card Balances | -262.56 | -262.56 |
| Total Credit Cards | -262.56 | -262.56 |
| Other Current Liabilities | | |

Exhibit 1

| | Dec 31, 24 | Jun 30, 25 |
|---|---|---|
| 21500 · Accrued Revenue Sharing-UC | 87,778.77 | |
| 21505 · Accrued Revenue Sharing-UPS | 0.00 | -2,000.00 |
| 22500 · Intercompany Balances | 49,469,747.01 | 57,637,498.75 |
| 24000 · Benefits Payable | 226,175.25 | 115,473.53 |
| 25500 · Sales Tax Payable | 1,230.16 | 1,211.95 |
| 27000 · Taxes Payable | 0.00 | 22,426.04 |
| 28000 · Accrued Expenses | 0.00 | 68,465.85 |
| Total Other Current Liabilities | 49,784,931.19 | 57,843,076.12 |
| Total Current Liabilities | 51,365,763.30 | 58,678,837.09 |
| Long Term Liabilities | | |
| 29435 · N/P Cedar Holdings Bridge | 24,392,393.99 | 26,671,698.99 |
| 29510 · N/P Series A1 Senior Secured | 69,777,215.30 | 68,312,268.68 |
| 29520 · N/P Series A2 Senior Secured | 7,781,604.17 | 7,781,604.17 |
| Total Long Term Liabilities | 101,951,213.46 | 102,765,571.84 |
| Total Liabilities | 153,316,976.76 | 161,444,408.93 |
| Equity | | |
| 32500 · Capital - EEC Property Holdings | 7,506,734.27 | 7,506,734.27 |
| 39999 · Retained Earnings | -72,200,902.24 | -86,666,509.89 |
| Net Income | -14,465,607.65 | -9,592,385.49 |
| Total Equity | -79,159,775.62 | -88,752,161.11 |
| TOTAL LIABILITIES & EQUITY | 74,157,201.14 | 72,692,247.82 |

**NLC Energy Denmark LLC**

## Statement of Cash Flows

**January through December 2022**

# Exhibit 1

| | Jan - Dec 22 |
|---|---|
| OPERATING ACTIVITIES | |
| Net Income | -15,508,993.02 |
| Adjustments to reconcile Net Income | |
| to net cash provided by operations: | |
| 11000 · Accounts Receivable | -1,815,713.72 |
| 11300 · Gas Delivered-Not Invoiced | 110,257.00 |
| 11400 · Incentive Earned-Not Submitted | 1,153,947.20 |
| 14020 · Prepaid Insurance | 454.58 |
| 14080 · Prepaid GB Dressed Beef/AFG | 205,802.57 |
| 14705 · Chemicals Inventory | 565,066.73 |
| 14710 · Material Inventory | 33,675.21 |
| 14715 · Spare Parts Inventory | -415,697.01 |
| 20000 · Accounts Payable - General | 540,156.19 |
| 21000 · Credit Card Balances | -25,580.11 |
| 21250 · Amex-Sharon N | 195.08 |
| 21254 · Amex-Jesus T | 137.41 |
| 21255 · Amex-Holden K | 4,658.96 |
| 21500 · Accrued Revenue Sharing-UC | -189,143.89 |
| 21505 · Accrued Revenue Sharing-UPS | -171,219.50 |
| 22510 · I/C Big Ox - Blair LLC | 30,000.00 |
| 22520 · I/C NLC Energy Riceville LLC | 133,405.88 |
| 22525 · I/C NLC Energy Siouxville LLC | -42,513.27 |
| 22540 · I/C EEC | -11,459,640.32 |
| 22560 · I/C NCC | 4,045.00 |
| 22565 · I/C N-Corp LLC | 2,148,709.75 |
| 22570 · I/C NLCA LLC | 2,070,728.54 |
| 22585 · I/C RC Ag | -229,642.00 |
| 22610 · I/C Expense Report | -868.35 |
| 22615 · I/C EEC Market Group LLC | 881,710.44 |
| 22620 · I/C NLC Energy LLC | 18,847,646.20 |
| 24002 · Bonuses Payable | 233,064.75 |
| 24040 · PTO/Sick Accrual | -58,368.07 |
| 25500 · Sales Tax Payable | 574.23 |
| 27500 · Security Deposit | 6,000.00 |
| 28002 · Accrued Taxes | -51,786.47 |
| 28010 · Accrued Interest | -195,700.00 |
| 28090 · Accrued Other Expenses | -113,579.68 |
| Net cash provided by Operating Activities | -3,308,209.69 |
| INVESTING ACTIVITIES | |
| 15120 · Buildings-Cost | -731,887.83 |
| 15190 · A/D Building | 1,729,566.05 |
| 15220 · Equipment & Machinery-Cost | -1,489,385.93 |
| 15290 · A/D Equipment & Machinery | 1,044,255.95 |
| 15051 · Rolling Hills I Dairy | -21,713.30 |
| 15054 · Barta Dairy | -65,528.74 |

| | Jan - Dec 23 |
|---|---|
| OPERATING ACTIVITIES | |
| Net Income | -19,024,089.44 |
| Adjustments to reconcile Net Income | |
| to net cash provided by operations: | |
| 11000 · Accounts Receivable | 2,619,525.74 |
| 11400 · Incentive Earned-Not Submitted | -828,720.37 |
| 12500 · Note Receivable - NCC | 145,992.85 |
| 12600 · Note Receivable - Digestor Doc | -126,695.00 |
| 12700 · Note Receivable - OCEP LLC | -677,419.36 |
| 14715 · Spare Parts Inventory | 265,555.91 |
| 20000 · Accounts Payable - General | -204,698.44 |
| 21250 · Amex-Sharon N | -195.08 |
| 21254 · Amex-Jesus T | -137.41 |
| 21255 · Amex-Holden K | -4,658.96 |
| 21500 · Accrued Revenue Sharing-UC | -40,323.93 |
| 21505 · Accrued Revenue Sharing-UPS | 124,308.06 |
| 22525 · I/C NLC Energy Siouxville LLC | 43,140.01 |
| 22615 · I/C EEC Market Group LLC | 2,573,070.82 |
| 22620 · I/C NLC Energy LLC | 10,524,764.36 |
| 24002 · Bonuses Payable | 30,618.14 |
| 24040 · PTO/Sick Accrual | 17,948.54 |
| 25500 · Sales Tax Payable | 211.87 |
| 27500 · Security Deposit | -6,000.00 |
| 28060 · Accrued GBDB/AFG Gate Fees | 212,258.34 |
| 28090 · Accrued Other Expenses | 43,774.00 |
| Net cash provided by Operating Activities | -4,311,769.35 |
| INVESTING ACTIVITIES | |
| 15120 · Buildings-Cost | -11,800.00 |
| 15190 · A/D Building | 2,308,393.09 |
| 15220 · Equipment & Machinery-Cost | -850,916.36 |
| 15290 · A/D Equipment & Machinery | 1,463,755.22 |
| 15053 · Rolling Hills 2 Dairy | 41,552.20 |
| 15055 · BranchView Dairy | -19,726.80 |
| 15062 · United Vision Dairy | -17,382.40 |
| 15063 · Neighborhood Dairy | -86,497.98 |
| 15064 · Buresh Dairy | -13,161.79 |
| 15390 · A/D Farm Leaseholds | 153,367.16 |
| 15490 · A/D Office Equipment | 15,318.00 |
| 15520 · Plant Site Improvements-Cost | -73,560.45 |
| 15590 · A/D Plant Site Improvements | 233,360.71 |
| 15620 · Vehicles-Cost | -50,000.00 |
| 15629 · A/D Vehicles | 37,980.62 |
| 17001 · CIP D1 Foam Control | -8,993.84 |
| 17002 · CIP Industrial Network | -26,056.00 |
| 17012 · CIP Dry Ice Scales and Sales | 31,454.28 |

# Exhibit 1

| | Jan - Dec 22 |
|---|---|
| 15055 · BranchView Dairy | -2,413.88 |
| 15056 · Heims Dairy | -53,727.50 |
| 15057 · D&D Dairy | -47,487.68 |
| 15058 · Kostechke Dairy | -406,451.56 |
| 15060 · Legend Dairy | 41,477.68 |
| 15061 · Habek Dairy | -24,897.80 |
| 15062 · United Vision Dairy | -415,029.60 |
| 15063 · Neighborhood Dairy | -282,114.63 |
| 15064 · Buresh Dairy | -290,044.77 |
| 15390 · A/D Farm Leaseholds | 435,175.74 |
| 15420 · Office Equipment-Cost | -45,953.84 |
| 15490 · A/D Office Equipment | 32,931.92 |
| 15590 · A/D Plant Site Improvements | 230,176.02 |
| 15620 · Vehicles-Cost | -60,027.62 |
| 15629 · A/D Vehicles | 33,354.26 |
| 17010 · CIP Dry Ice Machine | 166,761.00 |
| 17012 · CIP Dry Ice Scales and Sales | -31,454.28 |
| 17015 · CIP Lab Renovation | 3,831.70 |
| 17031 · CIP South Lagoon | 34,550.78 |
| 17033 · CIP Manure Loadout Upgrade | 231,719.99 |
| 17034 · CIP HSW Loadout Improvements | 49,425.48 |
| 17041 · CIP Heims Dairy | 11,742.50 |
| 17043 · CIP Kostechke Dairy | 382,357.29 |
| 17047 · CIP United Vision Dairy | 101,327.11 |
| 17048 · CIP Neighborhood Dairy | 272,645.63 |
| 17050 · CIP inCTRL Data Integration | -89,772.66 |
| 17065 · CIP Cold Manure Processing | -87,380.87 |
| 18005 · A/A - Loan Fees | 85,466.16 |
| 18015 · A/A Start Up Costs | 17,865.48 |
| Net cash provided by Investing Activities | 759,358.25 |
| FINANCING ACTIVITIES | |
| 29435 · N/P Cedar Holdings Bridge | 2,841,037.16 |
| 29445 · N/P Movin Materials | -21,473.56 |
| 29510 · N/P Series A1 Senior Secured | 2,255,359.98 |
| 29520 · N/P Series A2 Senior Secured | 390,613.37 |
| 32500 · Capital - EEC Property Holdings | -3,141,286.31 |
| Net cash provided by Financing Activities | 2,324,250.64 |
| Net cash increase for period | -224,600.80 |
| Cash at beginning of period | 1,049,831.21 |
| Cash at end of period | 825,230.41 |

| | Jan - Dec 23 |
|---|---|
| 17033 · CIP Manure Loadout Upgrade | -5,316.77 |
| 17042 · CIP D&D Dairy | 3,212.00 |
| 17047 · CIP United Vision Dairy | 172.84 |
| 17048 · CIP Neighborhood Dairy | -172.61 |
| 17050 · CIP inCTRL Data Integration | 209,772.66 |
| 17052 · CIP Gas Tracking Improvement | -345,154.34 |
| 17065 · CIP Cold Manure Processing | 228,619.62 |
| 17077 · CIP DENWPP072 Road Widening | -3,075.00 |
| 18005 · A/A - Loan Fees | 85,466.16 |
| 18015 · A/A Start Up Costs | 17,865.48 |
| Net cash provided by Investing Activities | 3,318,475.70 |
| FINANCING ACTIVITIES | |
| 29435 · N/P Cedar Holdings Bridge | 3,337,888.65 |
| 29445 · N/P Movin Materials | -87,490.44 |
| 29510 · N/P Series A1 Senior Secured | -2,627,404.01 |
| 29520 · N/P Series A2 Senior Secured | -0.83 |
| Net cash provided by Financing Activities | 622,993.37 |
| Net cash increase for period | -370,300.28 |
| Cash at beginning of period | 825,230.41 |
| Cash at end of period | 454,930.13 |

**NLC Energy Denmark LLC**

7:08 PM
08/03/25

## Statement of Cash Flows

**January through December 2024**

# Exhibit 1

| | Jan - Dec 24 |
|---|---|
| OPERATING ACTIVITIES | |
| Net Income | -14,465,607.65 |
| Adjustments to reconcile Net Income | |
| to net cash provided by operations: | |
| 11000 · Accounts Receivable | -115,753.73 |
| 11400 · Incentive Earned-Not Submitted | 1,374,559.79 |
| 12500 · Note Receivable - NCC | 70,037.23 |
| 12600 · Note Receivable - Digestor Doc | 6,840.00 |
| 12700 · Note Receivable - OCEP LLC | 90,322.56 |
| 14715 · Spare Parts Inventory | 143,527.28 |
| 20000 · Accounts Payable - General | 653,138.73 |
| 21250 · Amex-Sharon N | -262.56 |
| 21500 · Accrued Revenue Sharing-UC | -329,588.08 |
| 21505 · Accrued Revenue Sharing-UPS | -474,952.68 |
| 22570 · I/C NLCA LLC | -2,789,135.41 |
| 22615 · I/C EEC Market Group LLC | -3,400,576.10 |
| 22620 · I/C NLC Energy LLC | 19,940,675.62 |
| 24002 · Bonuses Payable | -54,325.17 |
| 24040 · PTO/Sick Accrual | -1,131.01 |
| 25500 · Sales Tax Payable | -2,725.68 |
| 28060 · Accrued GBDB/AFG Gate Fees | -212,258.34 |
| 28090 · Accrued Other Expenses | -43,774.00 |
| Net cash provided by Operating Activities | 389,010.80 |
| INVESTING ACTIVITIES | |
| 15120 · Buildings-Cost | -262,052.81 |
| 15190 · A/D Building | 2,317,606.55 |
| 15220 · Equipment & Machinery-Cost | -348,343.26 |
| 15290 · A/D Equipment & Machinery | 1,532,580.75 |
| 15051 · Rolling Hills I Dairy | -219,956.48 |
| 15390 · A/D Farm Leaseholds | 165,773.72 |
| 15490 · A/D Office Equipment | 15,318.00 |
| 15520 · Plant Site Improvements-Cost | -405,086.15 |
| 15590 · A/D Plant Site Improvements | 250,833.41 |
| 15620 · Vehicles-Cost | 31,226.74 |
| 15629 · A/D Vehicles | 39,378.36 |
| 15910 · Land-Cost | -48,144.00 |
| 17001 · CIP D1 Foam Control | 8,993.84 |
| 17002 · CIP Industrial Network | 26,056.00 |
| 17013 · CIP Heating Loop Filtration | -36,200.00 |

| | Jan - Jul 25 |
|---|---|
| OPERATING ACTIVITIES | |
| Net Income | -10,227,131.53 |
| Adjustments to reconcile Net Income | |
| to net cash provided by operations: | |
| 11000 · Accounts Receivable | -1,340,397.22 |
| 11400 · Incentive Earned-Not Submitted | -945,247.88 |
| 12500 · Note Receivable - NCC | 42,498.26 |
| 12600 · Note Receivable - Digestor Doc | 5,545.00 |
| 12700 · Note Receivable - OCEP LLC | 52,688.16 |
| 14025 · Prepaid Employee Benefits | -53,513.26 |
| 14715 · Spare Parts Inventory | 158,970.98 |
| 20000 · Accounts Payable - General | -724,615.53 |
| 21250 · Amex-Sharon N | 777.84 |
| 21251 · Amex-Jody A | 4,210.09 |
| 21252 · Amex-Perry W | 397.76 |
| 21253 · Amex-Tim M | 92.20 |
| 21254 · Amex-Jesus T | 152.65 |
| 21257 · Amex-Deanna M | 1,600.71 |
| 21258 · Amex-Melissa L | 19.13 |
| 21259 · Amex-Kevin B | 12.00 |
| 21500 · Accrued Revenue Sharing-UC | -87,778.77 |
| 21505 · Accrued Revenue Sharing-UPS | -2,000.00 |
| 22620 · I/C NLC Energy LLC | 9,367,652.04 |
| 24002 · Bonuses Payable | -95,837.72 |
| 25500 · Sales Tax Payable | -199.39 |
| 27000 · Taxes Payable | 22,426.04 |
| 28090 · Accrued Other Expenses | 7,700.00 |
| Net cash provided by Operating Activities | -3,811,978.44 |
| INVESTING ACTIVITIES | |
| 15190 · A/D Building | 1,357,891.16 |
| 15220 · Equipment & Machinery-Cost | -47,051.06 |
| 15290 · A/D Equipment & Machinery | 908,146.67 |
| 15065 · Steinhorst Farms | -440,762.95 |
| 15390 · A/D Farm Leaseholds | 101,851.24 |
| 15490 · A/D Office Equipment | 8,626.95 |
| 15590 · A/D Plant Site Improvements | 152,883.36 |
| 15629 · A/D Vehicles | 22,667.12 |
| 17013 · CIP Heating Loop Filtration | -6,320.00 |

**NLC Energy Denmark LLC**
## Statement of Cash Flows
**January through December 2024**

# Exhibit 1

| | Jan - Dec 24 | | Jan - Jul 25 |
|---|---|---|---|
| 17033 · CIP Manure Loadout Upgrade | -48,497.00 | 17020 · CIP Other | -4,619.54 |
| 17054 · CIP Steinhorst Dairy | -440,762.95 | 17054 · CIP Steinhorst Dairy | 414,783.05 |
| 17052 · CIP Gas Tracking Improvement | 345,154.34 | 17050 · CIP inCTRL Data Integration | -12,945.64 |
| 17077 · CIP DENWPP072 Road Widening | -8,369.50 | 17078 · CIP Re-pipe Feed Transfer Build | -6,873.66 |
| 18005 · A/A - Loan Fees | 85,466.16 | 18005 · A/A - Loan Fees | 49,855.26 |
| 18015 · A/A Start Up Costs | 17,865.48 | 18015 · A/A Start Up Costs | 10,421.53 |
| Net cash provided by Investing Activities | 3,018,841.20 | Net cash provided by Investing Activities | 2,508,553.49 |
| FINANCING ACTIVITIES | | FINANCING ACTIVITIES | |
| 29435 · N/P Cedar Holdings Bridge | 3,990,912.33 | 29435 · N/P Cedar Holdings Bridge | 2,679,447.21 |
| 29440 · N/P Big Ox | -3,790,614.43 | | |
| 29510 · N/P Series A1 Senior Secured | -2,796,404.49 | Net 29510 · N/P Series A1 Senior Secured | -1,713,574.45 |
| 29520 · N/P Series A2 Senior Secured | 0.83 | | |
| Net cash provided by Financing Activities | -2,596,105.76 | Net cash provided by Financing Activities | 965,872.76 |
| Net cash increase for period | 811,746.24 | Net cash increase for period | -337,552.19 |
| Cash at beginning of period | 454,930.13 | Cash at beginning of period | 1,266,676.37 |
| Cash at end of period | 1,266,676.37 | Cash at end of period | 929,124.18 |