# Exhibit 2

NLC Energy-Denmark LLC

**P&L General**

| | Oct-25 Plan | Nov-25 Plan | Dec-25 Plan | Full Year |
|---|---:|---:|---:|---:|
| **Revenue-RNG** | 370,662 | 370,662 | 370,662 | 3,290,664 |
| **Revenue-Co-Product** | 103,417 | 103,417 | 103,417 | 1,116,421 |
| **Revenue-Services Revenue-** | 95,933 | 95,933 | 95,933 | 1,112,292 |
| **Incentive Programs** | 704,650 | 704,650 | 704,650 | 8,542,086 |
| **Gross Revenue** | 1,274,662 | 1,274,662 | 1,274,662 | 14,061,464 |
| Revenue Sharing /Sales Commission | 113,867 | 113,867 | 113,867 | 1,873,021 |
| Discounts & Adjustments | - | - | - | - |
| **Net Revenue** | 1,160,795 | 1,160,795 | 1,160,795 | 12,188,443 |
| **Cost of Good Sold** | | | | |
| COGS-RNG | 836,325 | 655,402 | 687,863 | **8,735,354** |
| COGS-Co-Product | 40,318 | 39,000 | 55,547 | **499,421** |
| COGS-Services | - | - | - | - |
| COGS-Incentive Programs | - | - | - | - |
| **Total Cost of Revenue** | 876,644 | 694,403 | 743,410 | 9,234,774 |
| **Gross Profit** | 284,151 | 466,392 | 417,384 | 2,953,668 |
| ***Gross Margin*** | *24.5%* | *40.2%* | *36.0%* | *24.2%* |
| *Business Line Margin-RNG* | *-125.6%* | *-76.8%* | *-85.6%* | *-165.5%* |
| *Business Line Margin-Co-Product* | *61.0%* | *62.3%* | *46.3%* | *55.3%* |
| *Business Line Margin-Services* | *100.0%* | *100.0%* | *100.0%* | *100.0%* |
| *Business Line Margin-Incentive Programs* | *100.0%* | *100.0%* | *100.0%* | *100.0%* |
| Operations | 436,248 | 564,965 | 294,256 | **4,680,004** |
| Engineering | 14,260 | 14,260 | 14,260 | **171,569** |
| Sales | 27,648 | 27,648 | 27,648 | **267,387** |
| Marketing | - | - | 7,500 | **8,350** |
| G&A | 55,061 | 55,061 | 55,061 | **631,156** |
| Corporate Overhead | 201,133 | 191,908 | 191,654 | **2,348,129** |
| **Total Operating Expenses** | 734,349 | 853,841 | 590,378 | 8,106,594 |
| **Net Operating Profit** | (450,198) | (387,449) | (172,994) | (5,152,926) |
| *Cumulative Operating Profits* | *(4,592,483)* | *(4,979,932)* | *(5,152,926)* | |
| Operating Margin | -38.8% | -33.4% | -14.9% | -42.3% |
| | | | | |
| Interest Expense/All Debt | 104,167 | 104,167 | 104,167 | **3,339,742** |
| Taxes | - | - | - | - |
| Depreciation Expense | 367,134 | 367,134 | 367,134 | **4,400,128** |
| Amortization Expense | 8,611 | 8,611 | 8,611 | **103,332** |
| Other Income (Expense) | - | - | - | 189,211 |
| **Total Other Income (Expense)** | (479,912) | (479,912) | (479,912) | (7,653,991) |
| **Net Income** | (930,110) | (867,361) | (652,906) | (12,806,916) |
| *Cumulative Net Income* | *(11,286,650)* | *(12,154,011)* | *(12,806,916)* | |
| | | | | |
| *Interest Expense/Sr Debt* | *104,167* | *104,167* | *104,167* | *3,339,742* |
| *Period Amort/Sr Debt* | *-* | *-* | *-* | *1,713,574* |
| *NOI (after Sr Debt P&I)* | *(554,365)* | *(491,615)* | *(277,161)* | *(10,206,242)* |
| **Period End Cash** | 1,180,824 | 1,009,464 | 1,280,640 | |
| **Headcount/Total** | **30** | **30** | **30** | |

NLC Energy-Denmark LLC  
BS-Monthly

Exhibit 2

| | Plan Oct-25 | Plan Nov-25 | Plan Dec-25 |
|---|---:|---:|---:|
| | 10 | 11 | 12 |
| **ASSETS** | | | |
| **Current Assets** | | | |
| Operating Cash | (834,111) | (1,005,471) | (734,295) |
| Escrowed Cash | 2,014,935 | 2,014,935 | 2,014,935 |
| **Total Checking/Savings** | **1,180,824** | **1,009,464** | **1,280,640** |
| Accounts Receivable | 882,566 | 882,566 | 882,566 |
| Undeposited Funds | - | - | - |
| Inventory | 836,653 | 836,653 | 836,653 |
| Delivered-Not Invoiced | - | - | - |
| Qualified-Not Nominated | 2,402,637 | 2,402,637 | 2,402,637 |
| Notes Receivable | 1,087,772 | 1,087,772 | 1,087,772 |
| Other ST Assets | 53,513 | 53,513 | 53,513 |
| **Total Current Assets** | **6,443,965** | **6,272,605** | **6,543,781** |
| **Fixed Assets** | | | |
| Buildings | 90,297,352 | 90,297,352 | 90,297,352 |
| Equipment | 10,013,175 | 10,013,175 | 10,013,175 |
| Farm Leaseholds | 3,692,249 | 3,692,249 | 3,692,249 |
| Office Equipment | 224,551 | 224,551 | 224,551 |
| Facility Improvements | 3,931,287 | 3,931,287 | 3,931,287 |
| Vehicles | 424,079 | 424,079 | 424,079 |
| Construction in Progress | 1,041,803 | 1,041,803 | 1,041,803 |
| Land (Cost) | 831,264 | 831,264 | 831,264 |
| Accumulated Depreciation | (46,165,987) | (46,533,122) | (46,900,256) |
| **Capitalized Intangibles** | | | |
| Capitalized Loan Fees | 1,453,360 | 1,453,360 | 1,453,360 |
| Capitalized Startup Costs | 267,982 | 267,982 | 267,982 |
| Accumulated Amortization | (752,388) | (760,999) | (769,610) |
| **Total Fixed Assets** | **65,258,727** | **64,882,982** | **64,507,237** |
| **Total Assets** | **71,702,692** | **71,155,587** | **71,051,018** |
| **Liabilities** | | | |
| **Current Liabilities** | | | |
| Accounts Payable | 864,635 | 684,890 | 733,227 |
| Credit Cards | (263) | (263) | (263) |
| Accrued Commissions | 243,501 | 243,501 | 243,501 |
| Other ST Liabilities | 114,645 | 114,645 | 114,645 |
| Accrued Expenses | 132,506 | 132,506 | 132,506 |
| Due To 1 | - | - | - |
| Due To 2 | - | - | - |
| Advances from Parent (NLCE) | 60,307,826 | 60,807,826 | 61,307,826 |
| **Total Current Liabilities** | **61,662,851** | **61,983,106** | **62,531,443** |
| **Financing-Long Term Liabilities** | | | |
| N/P Big Ox | - | - | - |
| N/P Movin Materials | - | - | - |
| N/P Cedar Holdings Bridge | (0) | (0) | (0) |
| N/P Senior Secured A1 | 20,000,000 | 20,000,000 | 20,000,000 |
| N/P Senior Secured A2 | 0 | 0 | 0 |
| **Total Long Term Liabilities** | **20,000,000** | **20,000,000** | **20,000,000** |
| **Total Liabilities** | **81,662,851** | **81,983,106** | **82,531,443** |
| **Equity** | | | |
| Capital-EEC Property Holdings | 7,506,734 | 7,506,734 | 7,506,734 |
| Adjustments/Converted Debt | 80,486,267 | 80,486,267 | 80,486,267 |
| Retained Earnings-Prior Years | (86,666,510) | (86,666,510) | (86,666,510) |
| Retained Earnings-Current Year | (11,286,650) | (12,154,011) | (12,806,916) |
| **Total Equity** | **(9,960,159)** | **(10,827,519)** | **(11,480,425)** |
| **Total Liabilities & Equity** | **71,702,692** | **71,155,587** | **71,051,018** |

**Exhibit 2**

| NLC Energy-Denmark LLC | Plan | Plan | Plan | |
|---|---:|---:|---:|---:|
| **CF-Monthly** | **Oct-25** | **Nov-25** | **Dec-25** | *Full Year* |
| **CASH FLOW FROM OPERATIONS** | 10 | 11 | 12 | |
| Net Income (Loss) | (930,110) | (867,361) | (652,906) | **(12,806,916)** |
| ADJUSTMENTS TO RECONCILE NET INCOME (LOSS) | | | | **-** |
| TO NET CASH PROVIDED BY OPERATIONS: | | | | **-** |
| Depreciation and amortization | 375,745 | 375,745 | 375,745 | **4,503,460** |
| | (554,365) | (491,615) | (277,161) | **(8,303,457)** |
| **Changes in Working Capital** | | | | |
| Decrease (Increase) in Accounts Receivable | - | - | - | **(31,344)** |
| Decrease (Increase) in Inventory | - | - | - | **234,672** |
| Decrease (Increase) in Qualified Not Nominated | - | - | - | **(610,846)** |
| Decrease (Increase) in Other Current Assets | - | - | - | **19,896** |
| (Decrease) Increase in Accounts Payable | 123,977 | (179,745) | 48,337 | **(847,868)** |
| (Decrease) Increase in Other Current Liabilities | - | - | - | **175,468** |
| **Cash Flow from Operating Activities** | **(430,388)** | **(671,360)** | **(228,824)** | **(9,363,480)** |
| **CASH FLOW FROM INVESTING** | | | | |
| (Investment in) Disposal of Fixed Assets | (250,000) | - | - | **(987,396)** |
| (Investment in) Disposal of Other Term Assets | - | - | - | **-** |
| **Sub Total/Investing Activites** | **(250,000)** | **-** | **-** | **(987,396)** |
| **CASH FLOW FROM FINANCING** | | | | |
| Origination (Repayment) of N/P Big Ox | - | - | - | **-** |
| Origination (Repayment) of N/P Senior Secured A1 | - | - | - | **(49,777,215)** |
| Origination (Repayment) of N/P Senior Secured A2 | - | - | - | **(7,781,604)** |
| Origination (Repayment) of N/P Cedar Holdings Bridge | - | - | - | **(24,392,394)** |
| (Decrease) Increase in Intercompany Advances | - | - | - | **-** |
| (Decrease) Increase in Parent Advances | 750,000 | 500,000 | 500,000 | **11,838,079** |
| Paid In Capital/Issuance of Equity Units | - | - | - | **80,486,267** |
| **SubTotal/Financing Activities** | **750,000** | **500,000** | **500,000** | **10,373,133** |
| **Cash Flow from Capital Transactions** | **500,000** | **500,000** | **500,000** | **9,385,737** |
| **Net Increase (Decrease) in Cash** | **69,612** | **(171,360)** | **271,176** | **22,257** |
| **Beginning Cash** | 1,111,212 | 1,180,824 | 1,009,464 | **1,266,676** |
| **Ending Cash** | 1,180,824 | 1,009,464 | 1,280,640 | **1,280,640** |

NLC Energy-Denmark LLC

| P&L General | Jan-26 Plan | Feb-26 Plan | Mar-26 Plan | Apr-26 Plan | May-26 Plan | Jun-26 Plan | Jul-26 Plan | Aug-26 Plan | Sep-26 Plan | Oct-26 Plan | Nov-26 Plan | Dec-26 Plan | FY26 Full Year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue-RNG | 370,662 | 376,266 | 376,266 | 376,266 | 376,266 | 376,266 | 376,266 | 376,266 | 376,266 | 376,266 | 376,266 | 376,266 | 4,509,592 |
| Revenue-Co-Product | 103,417 | 180,979 | 180,979 | 180,979 | 180,979 | 180,979 | 180,979 | 180,979 | 180,979 | 180,979 | 180,979 | 180,979 | 2,094,187 |
| Revenue-Services | 95,933 | 95,933 | 95,933 | 95,933 | 95,933 | 95,933 | 95,933 | 95,933 | 95,933 | 95,933 | 95,933 | 95,933 | 1,151,200 |
| Revenue-Incentive Programs | 704,650 | 944,906 | 944,906 | 944,906 | 944,906 | 944,906 | 944,906 | 944,906 | 944,906 | 944,906 | 944,906 | 944,906 | 11,098,612 |
| **Gross Revenue** | **1,274,662** | **1,598,084** | **1,598,084** | **1,598,084** | **1,598,084** | **1,598,084** | **1,598,084** | **1,598,084** | **1,598,084** | **1,598,084** | **1,598,084** | **1,598,084** | **18,853,591** |
| Revenue Sharing/Sales Commission | 113,867 | 198,867 | 198,867 | 198,867 | 198,867 | 198,867 | 198,867 | 198,867 | 198,867 | 198,867 | 198,867 | 198,867 | 2,301,399 |
| Discounts & Adjustments | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Net Revenue** | **1,160,795** | **1,399,218** | **1,399,218** | **1,399,218** | **1,399,218** | **1,399,218** | **1,399,218** | **1,399,218** | **1,399,218** | **1,399,218** | **1,399,218** | **1,399,218** | **16,552,192** |
| Cost of Good Sold | | | | | | | | | | | | | |
| COGS-RNG | 769,790 | 813,740 | 729,446 | 760,048 | 762,355 | 773,276 | 779,812 | 772,789 | 716,123 | 776,224 | 730,074 | 731,030 | 9,114,707 |
| COGS-Co-Product | 42,174 | 71,154 | 42,466 | 56,624 | 39,747 | 57,380 | 40,460 | 57,017 | 40,340 | 40,318 | 39,000 | 55,547 | 582,230 |
| COGS-Services | - | - | - | - | - | - | - | - | - | - | - | - | - |
| COGS-Incentive Programs | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Cost of Revenue** | **811,964** | **884,894** | **771,912** | **816,672** | **802,102** | **830,656** | **820,272** | **829,806** | **756,463** | **816,543** | **769,075** | **786,577** | **9,696,937** |
| **Gross Profit** | **348,831** | **514,324** | **627,306** | **582,546** | **597,116** | **568,562** | **578,946** | **569,412** | **642,755** | **582,675** | **630,143** | **612,641** | **6,855,255** |
| *Gross Margin* | *27.4%* | *32.2%* | *39.3%* | *36.5%* | *37.4%* | *35.6%* | *36.2%* | *35.6%* | *40.2%* | *36.5%* | *39.4%* | *38.3%* | *36.4%* |
| *Business Line Margin-RNG* | *-107.7%* | *-116.3%* | *-93.9%* | *-102.0%* | *-102.6%* | *-105.5%* | *-107.3%* | *-105.4%* | *-90.3%* | *-106.3%* | *-94.0%* | *-94.3%* | *-102.1%* |
| *Business Line Margin-Co-Product* | *59.2%* | *60.7%* | *76.5%* | *68.7%* | *78.0%* | *68.3%* | *77.6%* | *68.5%* | *77.7%* | *77.7%* | *78.5%* | *69.3%* | *72.2%* |
| *Business Line Margin-Services* | *100.0%* | *100.0%* | *100.0%* | *100.0%* | *100.0%* | *100.0%* | *100.0%* | *100.0%* | *100.0%* | *100.0%* | *100.0%* | *100.0%* | *100.0%* |
| *Business Line Margin-Incentive Programs* | *100.0%* | *100.0%* | *100.0%* | *100.0%* | *100.0%* | *100.0%* | *100.0%* | *100.0%* | *100.0%* | *100.0%* | *100.0%* | *100.0%* | *100.0%* |
| Operations | 193,475 | 265,271 | 284,366 | 573,627 | 479,396 | 404,034 | 341,269 | 372,274 | 445,005 | 432,522 | 561,239 | 290,530 | 4,643,009 |
| Engineering | 14,260 | 14,260 | 14,260 | 14,260 | 14,260 | 14,260 | 14,260 | 14,260 | 14,260 | 14,260 | 14,260 | 14,260 | 171,115 |
| Sales | 11,857 | 11,857 | 11,857 | 11,857 | 11,857 | 11,857 | 11,857 | 11,857 | 11,857 | 11,857 | 11,857 | 11,857 | 142,282 |
| Marketing | | | | | | | | | | | | | |
| G&A | 51,414 | 51,414 | 51,414 | 51,414 | 51,414 | 51,377 | 51,377 | 51,377 | 52,159 | 52,159 | 52,159 | 52,159 | 619,836 |
| Corporate Overhead | 178,374 | 178,374 | 178,374 | 178,374 | 178,374 | 178,374 | 178,374 | 178,374 | 178,374 | 178,374 | 178,374 | 178,374 | 2,140,482 |
| **Total Operating Expenses** | 449,379 | 521,175 | 540,270 | 829,531 | 735,299 | 659,901 | 597,136 | 628,141 | 701,654 | 689,171 | 817,888 | 547,180 | 7,716,725 |
| **Net Operating Profit** | **(100,549)** | **(6,851)** | **87,036** | **(246,985)** | **(138,184)** | **(91,339)** | **(18,190)** | **(58,729)** | **(58,900)** | **(106,496)** | **(187,745)** | **65,461** | **(861,471)** |
| Cumulative Operating Profits | (100,549) | (107,400) | (20,364) | (267,349) | (405,533) | (496,871) | (515,061) | (573,791) | (632,690) | (739,186) | (926,931) | (861,471) | |
| *Operating Margin* | *-8.7%* | *-0.5%* | *6.2%* | *-17.7%* | *-9.9%* | *-6.5%* | *-1.3%* | *-4.2%* | *-4.2%* | *-7.6%* | *-13.4%* | *4.7%* | *-5.2%* |
| Interest Expense/Sr Debt | 104,167 | 104,167 | 104,167 | 104,167 | 104,167 | 104,167 | 104,167 | 104,167 | 104,167 | 104,167 | 104,167 | 104,167 | 1,250,000 |
| Period Amort/Sr Debt | | | | | | | | | | | | | |
| NOI (after Sr Debt P&I) | (204,715) | (111,018) | (17,131) | (351,152) | (242,350) | (195,505) | (122,357) | (162,896) | (163,066) | (210,663) | (291,912) | (38,706) | (2,111,471) |
| Period End Cash | 1,243,539 | 1,281,030 | 1,352,465 | 1,295,460 | 1,288,739 | 1,321,396 | 1,388,798 | 1,385,306 | 1,399,901 | 1,398,495 | 1,409,765 | 1,388,323 | 1,388,323 |
| Headcount/Total | 28 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 |

Exhibit 9

28
Case 25-24634-kmp    Doc 5-3    Filed 08/16/25    Page 4 of 9

Exhibit 2

| NLC Energy-Denmark LLC<br>BS-Monthly | Plan<br>Jan-26 | Plan<br>Feb-26 | Plan<br>Mar-26 | Plan<br>Apr-26 | Plan<br>May-26 | Plan<br>Jun-26 | Plan<br>Jul-26 | Plan<br>Aug-26 | Plan<br>Sep-26 | Plan<br>Oct-26 | Plan<br>Nov-26 | Plan<br>Dec-26 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| **ASSETS** | | | | | | | | | | | | |
| **Current Assets** | | | | | | | | | | | | |
| Operating Cash | (771,396) | (733,906) | (662,470) | (719,475) | (726,196) | (693,539) | (626,137) | (629,629) | (615,034) | (616,440) | (605,170) | (626,613) |
| Escrowed Cash | 2,014,935 | 2,014,935 | 2,014,935 | 2,014,935 | 2,014,935 | 2,014,935 | 2,014,935 | 2,014,935 | 2,014,935 | 2,014,935 | 2,014,935 | 2,014,935 |
| **Total Checking/Savings** | 1,243,539 | 1,281,030 | 1,352,465 | 1,295,460 | 1,288,739 | 1,321,396 | 1,388,798 | 1,385,306 | 1,399,901 | 1,398,495 | 1,409,765 | 1,388,323 |
| Accounts Receivable | 882,566 | 1,205,988 | 1,205,988 | 1,205,988 | 1,205,988 | 1,205,988 | 1,205,988 | 1,205,988 | 1,205,988 | 1,205,988 | 1,205,988 | 1,205,988 |
| Inventory | 836,653 | 836,653 | 836,653 | 836,653 | 836,653 | 836,653 | 836,653 | 836,653 | 836,653 | 836,653 | 836,653 | 836,653 |
| Qualified-Not Nominated | 2,402,637 | 2,402,637 | 2,402,637 | 2,402,637 | 2,402,637 | 2,402,637 | 2,402,637 | 2,402,637 | 2,402,637 | 2,402,637 | 2,402,637 | 2,402,637 |
| Notes Receivable | 1,087,772 | 1,087,772 | 1,087,772 | 1,087,772 | 1,087,772 | 1,087,772 | 1,087,772 | 1,087,772 | 1,087,772 | 1,087,772 | 1,087,772 | 1,087,772 |
| **Total Current Assets** | 6,506,680 | 6,867,593 | 6,939,028 | 6,882,023 | 6,875,303 | 6,907,960 | 6,975,362 | 6,971,870 | 6,986,465 | 6,985,058 | 6,996,329 | 6,974,886 |
| **Fixed Assets** | | | | | | | | | | | | |
| Buildings | 90,297,352 | 90,297,352 | 90,297,352 | 90,297,352 | 90,297,352 | 90,297,352 | 90,297,352 | 90,297,352 | 90,297,352 | 90,297,352 | 90,297,352 | 90,297,352 |
| Equipment | 10,013,175 | 10,013,175 | 10,013,175 | 10,013,175 | 10,013,175 | 10,013,175 | 10,013,175 | 10,013,175 | 10,013,175 | 10,013,175 | 10,013,175 | 10,013,175 |
| Farm Leaseholds | 3,692,249 | 3,692,249 | 3,692,249 | 3,692,249 | 3,692,249 | 3,692,249 | 3,692,249 | 3,692,249 | 3,692,249 | 3,692,249 | 3,692,249 | 3,692,249 |
| Office Equipment | 224,551 | 224,551 | 224,551 | 224,551 | 224,551 | 224,551 | 224,551 | 224,551 | 224,551 | 224,551 | 224,551 | 224,551 |
| Facility Improvements | 3,931,287 | 3,931,287 | 3,931,287 | 3,931,287 | 3,931,287 | 3,931,287 | 3,931,287 | 3,931,287 | 3,931,287 | 3,931,287 | 3,931,287 | 3,931,287 |
| Vehicles | 424,079 | 424,079 | 424,079 | 424,079 | 424,079 | 424,079 | 424,079 | 424,079 | 424,079 | 424,079 | 424,079 | 424,079 |
| Construction in Progress | 1,041,803 | 1,041,803 | 1,041,803 | 1,041,803 | 1,041,803 | 1,041,803 | 1,041,803 | 1,041,803 | 1,041,803 | 1,041,803 | 1,041,803 | 1,041,803 |
| Land (Cost) | 831,264 | 831,264 | 831,264 | 831,264 | 831,264 | 831,264 | 831,264 | 831,264 | 831,264 | 831,264 | 831,264 | 831,264 |
| Accumulated Depreciation | (47,267,169) | (47,634,082) | (48,000,994) | (48,367,907) | (48,734,820) | (49,101,733) | (49,468,646) | (49,835,559) | (50,202,472) | (50,569,384) | (50,936,297) | (51,303,210) |
| **Capitalized Intangibles** | | | | | | | | | | | | |
| Capitalized Loan Fees | 1,453,360 | 1,453,360 | 1,453,360 | 1,453,360 | 1,453,360 | 1,453,360 | 1,453,360 | 1,453,360 | 1,453,360 | 1,453,360 | 1,453,360 | 1,453,360 |
| Capitalized Startup Costs | 267,982 | 267,982 | 267,982 | 267,982 | 267,982 | 267,982 | 267,982 | 267,982 | 267,982 | 267,982 | 267,982 | 267,982 |
| Accumulated Amortization | (778,223) | (786,837) | (795,450) | (804,063) | (812,676) | (821,289) | (829,902) | (838,515) | (847,128) | (855,741) | (864,355) | (872,968) |
| **Total Fixed Assets** | 64,131,711 | 63,756,185 | 63,380,659 | 63,005,133 | 62,629,607 | 62,254,081 | 61,878,555 | 61,503,029 | 61,127,503 | 60,751,977 | 60,376,451 | 60,000,925 |
| **Total Assets** | 70,638,391 | 70,623,778 | 70,319,687 | 69,887,156 | 69,504,909 | 69,162,041 | 68,853,917 | 68,474,898 | 68,113,968 | 67,737,035 | 67,372,780 | 66,975,811 |
| **Liabilities** | | | | | | | | | | | | |
| **Current Liabilities** | | | | | | | | | | | | |
| Accounts Payable | 800,841 | 872,772 | 761,338 | 805,485 | 791,114 | 819,277 | 809,036 | 818,439 | 746,101 | 805,357 | 758,539 | 775,802 |
| Credit Cards | (263) | (263) | (263) | (263) | (263) | (263) | (263) | (263) | (263) | (263) | (263) | (263) |
| Accrued Commissions | 243,501 | 243,501 | 243,501 | 243,501 | 243,501 | 243,501 | 243,501 | 243,501 | 243,501 | 243,501 | 243,501 | 243,501 |
| Other ST Liabilities | 114,645 | 114,645 | 114,645 | 114,645 | 114,645 | 114,645 | 114,645 | 114,645 | 114,645 | 114,645 | 114,645 | 114,645 |
| Accrued Expenses | 132,506 | 132,506 | 132,506 | 132,506 | 132,506 | 132,506 | 132,506 | 132,506 | 132,506 | 132,506 | 132,506 | 132,506 |
| Advances from Parent (NLCE) | 61,407,826 | 61,807,826 | 62,007,826 | 62,257,826 | 62,507,826 | 62,707,826 | 62,907,826 | 63,057,826 | 63,307,826 | 63,457,826 | 63,807,826 | 63,807,826 |
| **Total Current Liabilities** | 62,699,057 | 63,170,988 | 63,259,554 | 63,553,701 | 63,789,330 | 64,017,493 | 64,207,252 | 64,366,655 | 64,544,317 | 64,753,573 | 65,056,755 | 65,074,018 |
| **Financing-Long Term Liabilities** | | | | | | | | | | | | |
| NLP Cedar Holdings | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) |
| NLP Senior Secured A1 | 20,000,000 | 20,000,000 | 20,000,000 | 20,000,000 | 20,000,000 | 20,000,000 | 20,000,000 | 20,000,000 | 20,000,000 | 20,000,000 | 20,000,000 | 20,000,000 |
| NLP Senior Secured A2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Long Term Liabilities** | 20,000,000 | 20,000,000 | 20,000,000 | 20,000,000 | 20,000,000 | 20,000,000 | 20,000,000 | 20,000,000 | 20,000,000 | 20,000,000 | 20,000,000 | 20,000,000 |
| **Total Liabilities** | 82,699,057 | 83,170,988 | 83,259,554 | 83,553,701 | 83,789,330 | 84,017,493 | 84,207,252 | 84,366,655 | 84,544,317 | 84,753,573 | 85,056,755 | 85,074,018 |
| **Equity** | | | | | | | | | | | | |
| Capital-EEC Property Holdings | 7,506,734 | 7,506,734 | 7,506,734 | 7,506,734 | 7,506,734 | 7,506,734 | 7,506,734 | 7,506,734 | 7,506,734 | 7,506,734 | 7,506,734 | 7,506,734 |
| Adjustments/Converted Debt | 80,486,267 | 80,486,267 | 80,486,267 | 80,486,267 | 80,486,267 | 80,486,267 | 80,486,267 | 80,486,267 | 80,486,267 | 80,486,267 | 80,486,267 | 80,486,267 |
| Retained Earnings-Prior Years | (99,473,426) | (99,473,426) | (99,473,426) | (99,473,426) | (99,473,426) | (99,473,426) | (99,473,426) | (99,473,426) | (99,473,426) | (99,473,426) | (99,473,426) | (99,473,426) |
| Retained Earnings-Current Year | (580,241) | (1,066,785) | (1,459,442) | (2,186,120) | (2,803,996) | (3,375,027) | (3,872,910) | (4,411,332) | (4,949,924) | (5,536,112) | (6,203,550) | (6,617,782) |
| **Total Equity** | (12,060,666) | (12,547,210) | (12,939,867) | (13,666,545) | (14,284,421) | (14,855,452) | (15,353,335) | (15,891,757) | (16,430,349) | (17,016,538) | (17,683,975) | (18,098,207) |
| **Total Liabilities & Equity** | 70,638,391 | 70,623,778 | 70,319,687 | 69,887,156 | 69,504,909 | 69,162,041 | 68,853,917 | 68,474,898 | 68,113,968 | 67,737,035 | 67,372,780 | 66,975,811 |

NLC Energy-Denmark
LLC **CF-Monthly**

Exhibit 2

| | Plan Jan-26 1 | Plan Feb-26 2 | Plan Mar-26 3 | Plan Apr-26 4 | Plan May-26 5 | Plan Jun-26 6 | Plan Jul-26 7 | Plan Aug-26 8 | Plan Sep-26 9 | Plan Oct-26 10 | Plan Nov-26 11 | Plan Dec-26 12 | Full Year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CASH FLOW FROM OPERATIONS** | | | | | | | | | | | | | |
| Net Income (Loss) | (580,241) | (486,544) | (392,657) | (726,678) | (617,876) | (571,031) | (497,883) | (538,422) | (538,592) | (586,189) | (667,438) | (414,232) | (6,617,782) |
| ADJUSTMENTS TO RECONCILE NET INCOME (LOSS) TO NET CASH PROVIDED BY OPERATIONS: | | | | | | | | | | | | | - |
| Depreciation and amortization | 375,526 | 375,526 | 375,526 | 375,526 | 375,526 | 375,526 | 375,526 | 375,526 | 375,526 | 375,526 | 375,526 | 375,526 | 4,506,311 |
| | (204,715) | (111,018) | (17,131) | (351,152) | (242,350) | (195,505) | (122,357) | (162,896) | (163,066) | (210,663) | (291,912) | (38,706) | (2,111,471) |
| **Changes in Working Capital** | | | | | | | | | | | | | |
| (Increase) Decrease in Accounts Receivable | - | (323,422) | - | - | - | - | - | - | - | - | - | - | (323,422) |
| (Increase) Decrease in Inventory | - | - | - | - | - | - | - | - | - | - | - | - | - |
| (Increase) Decrease in Qualified Not Nominated | - | - | - | - | - | - | - | - | - | - | - | - | - |
| (Increase) Decrease in Other Current Assets | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Increase (Decrease) in Accounts Payable | 67,615 | 71,931 | (111,434) | 44,147 | (14,371) | 28,163 | (10,241) | 9,403 | (72,338) | 59,256 | (46,818) | 17,263 | 42,576 |
| Increase (Decrease) in Other Current Liabilities | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Cash Flow from Operating Activities** | (137,101) | (362,509) | (128,565) | (307,005) | (256,721) | (167,343) | (132,598) | (153,492) | (235,405) | (151,407) | (338,730) | (21,443) | (2,392,317) |
| **CASH FLOW FROM INVESTING** | | | | | | | | | | | | | |
| (Investment in) Disposal of Fixed Assets | - | - | - | - | - | - | - | - | - | - | - | - | - |
| (Investment in) Disposal of Other Term Assets | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Sub Total/Investing Activites** | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **CASH FLOW FROM FINANCING** | | | | | | | | | | | | | |
| Origination (Repayment) of N/P Senior Secured A1 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Origination (Repayment) of N/P Senior Secured A2 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Origination (Repayment) of N/P 1 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Increase (Decrease) Increase in Intercompany Advances | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Increase (Decrease) Increase in Parent Advances | 100,000 | 400,000 | 200,000 | 250,000 | 250,000 | 200,000 | 200,000 | 150,000 | 250,000 | 150,000 | 350,000 | - | 2,500,000 |
| Paid In Capital/Issuance of Equity Units | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **SubTotal/Financing Activities** | 100,000 | 400,000 | 200,000 | 250,000 | 250,000 | 200,000 | 200,000 | 150,000 | 250,000 | 150,000 | 350,000 | - | 2,500,000 |
| **Cash Flow from Capital Transactions** | 100,000 | 400,000 | 200,000 | 250,000 | 250,000 | 200,000 | 200,000 | 150,000 | 250,000 | 150,000 | 350,000 | - | 2,500,000 |
| **Net Increase (Decrease) in Cash** | (37,101) | 37,491 | 71,435 | (57,005) | (6,721) | 32,657 | 67,402 | (3,492) | 14,595 | (1,407) | 11,270 | (21,443) | 107,683 |
| Beginning Cash | 1,280,640 | 1,243,539 | 1,281,030 | 1,352,465 | 1,295,460 | 1,288,739 | 1,321,396 | 1,388,798 | 1,385,306 | 1,399,901 | 1,398,495 | 1,409,765 | 1,280,640 |
| Ending Cash | 1,243,539 | 1,281,030 | 1,352,465 | 1,295,460 | 1,288,739 | 1,321,396 | 1,388,798 | 1,385,306 | 1,399,901 | 1,398,495 | 1,409,765 | 1,388,323 | 1,388,323 |

NLC Energy-Denmark LLC  
**P&L General**

Exhibit 2

| | | FY25 Full Year | | FY26 Full Year | | FY27 Full Year | |
|---|---|---:|---:|---:|---:|---:|---:|
| **Revenue-RNG** | | | | | | | |
| **Revenue-Co-Product** | | *3,290,664* | *23.4%* | *4,509,592* | *23.9%* | *4,813,510* | *22.3%* |
| **Revenue-Services Revenue-Incentive Programs** | | *1,116,421* | *7.9%* | *2,094,187* | *11.1%* | *2,380,655* | *11.0%* |
| | | *1,112,292* | *7.9%* | *1,151,200* | *6.1%* | *1,151,200* | *5.3%* |
| | | *8,542,086* | *60.7%* | *11,098,612* | *58.9%* | *13,281,045* | *61.4%* |
| Sales Commission Discounts & Adjustments | **Gross Revenue** | *14,061,464* | *100.0%* | *18,853,591* | *100.0%* | *21,626,410* | *100.0%* |
| | | 1,873,021 | 13.3% | 2,301,399 | 12.2% | 2,812,623 | 13.0% |
| | | - | 0.0% | - | 0.0% | - | 0.0% |
| **Cost of Good Sold** | **Net Revenue** | *12,188,443* | *86.7%* | *16,552,192* | *87.8%* | *18,813,788* | *87.0%* |
| COGS-RNG | | | | | | | |
| COGS-Co-Product | | 8,735,354 | 62.1% | 9,114,707 | 48.3% | 9,290,117 | 43.0% |
| COGS-Services | | 499,421 | 3.6% | 582,230 | 3.1% | 582,230 | 2.7% |
| COGS-Incentive Programs | | - | 0.0% | - | 0.0% | - | 0.0% |
| | | - | 0.0% | - | 0.0% | - | 0.0% |
| | **Total Cost of Revenue** | *9,234,774* | *65.7%* | *9,696,937* | *51.4%* | *9,872,347* | *45.6%* |
| | **Gross Profit** | *2,953,668* | *21.0%* | *6,855,255* | *36.4%* | *8,941,441* | *41.3%* |
| | ***Gross Margin*** | ***21.0%*** | | ***36.4%*** | | ***41.3%*** | |
| | *Business Line Margin-RNG* | *-98.2%* | | *-33.8%* | | *-29.1%* | |
| | *Business Line Margin-Co-Product* | *55.1%* | | *53.1%* | | *49.4%* | |
| | *Business Line Margin-Services* | *100.0%* | | *100.0%* | | *100.0%* | |
| Operations | | 4,680,004 | 33.3% | 4,643,009 | 24.6% | 4,354,107 | 20.1% |
| Engineering | | 171,569 | 1.2% | 171,115 | 0.8% | 171,115 | 0.7% |
| Sales | | 267,387 | 1.2% | 142,282 | 0.8% | 142,282 | 0.7% |
| Marketing | | 8,350 | 1.9% | - | 0.0% | - | 0.0% |
| G&A | | 631,156 | 0.1% | 619,836 | 3.3% | 619,836 | 2.9% |
| Corporate Overhead | | 2,348,129 | 4.5% | 2,140,482 | 11.4% | 2,140,482 | 9.9% |
| | **Total Operating Expenses** | *8,106,594* | *16.7%* | *7,716,725* | *40.9%* | *7,427,823* | *34.3%* |
| | **Net Operating Profit** | *(5,152,926)* | *57.7%* | *(861,471)* | *-4.6%* | *1,513,617* | *7.0%* |
| *Operating Margin* | | *-42.3%* | | *-5.2%* | | *8.0%* | |
| Interest Expense/All Debt | | 3,339,742 | 0.0% | 1,250,000 | 6.6% | 1,250,000 | 5.8% |
| Taxes | | 0 | 23.8% | 0 | 0.0% | 0 | 0.0% |
| Depreciation Expense | | 4,400,128 | 0.0% | 4,402,954 | 23.4% | 4,402,954 | 20.4% |
| Amortization Expense | | 103,332 | 31.3% | 103,357 | 0.5% | 103,357 | 0.5% |
| Other Income (Expense) | | 189,211 | 0.7% | 0 | 0.0% | 0 | 0.0% |
| | **Total Other Income (Expense)** | *(7,653,991)* | *1.3%* | *(5,756,311)* | *-30.5%* | *(5,756,311)* | *-26.6%* |
| | **Net Income** | *(12,806,916)* | *-54.4%* | *(6,617,782)* | *-35.1%* | *(4,242,694)* | *-19.6%* |
| | *Cumulative Net Income* | *-* | *-91.1%* | | *0.0%* | | *0.0%* |
| *Interest Expense/Sr Debt* | | *3,339,742* | *0.0%* | *1,250,000* | *6.6%* | *1,250,000* | *5.8%* |
| *Period Amort/Sr Debt* | | *1,713,574* | *23.8%* | *-* | *0.0%* | *128,205* | *0.6%* |
| *NOI (after Sr Debt P&I)* | | *(10,206,242)* | *12.2%* | *(2,111,471)* | *-11.2%* | *135,412* | *0.6%* |
| **Period End Cash** | | **1,280,640** | | **1,388,323** | | **1,315,295** | |
| **Headcount/Total** | | **30** | | **30** | | **28** | |
| Debt Service Coverage | | (1.02) | | (0.69) | | 1.10 | |

# Exhibit 2

NLC Energy-Denmark LLC

| BS-Monthly | Dec-25 | Dec-26 | Dec-27 |
|---|---:|---:|---:|
| **ASSETS** | | | |
| **Current Assets** | | | |
| Operating Cash | (734,295) | (626,613) | (699,640) |
| Escrowed Cash | 2,014,935 | 2,014,935 | 2,014,935 |
| **Total Checking/Savings** | **1,280,640** | **1,388,323** | **1,315,295** |
| Accounts Receivable | 882,566 | 1,205,988 | 1,428,661 |
| Inventory | 836,653 | 836,653 | 836,653 |
| Qualified-Not Nominated | 2,402,637 | 2,402,637 | 2,402,637 |
| Notes Receivable | 1,087,772 | 1,087,772 | 1,087,772 |
| **Total Current Assets** | **6,543,781** | **6,974,886** | **7,124,531** |
| **Fixed Assets** | | | |
| Buildings | 90,297,352 | 90,297,352 | 90,297,352 |
| Equipment | 10,013,175 | 10,013,175 | 10,013,175 |
| Farm Leaseholds | 3,692,249 | 3,692,249 | 3,692,249 |
| Office Equipment | 224,551 | 224,551 | 224,551 |
| Facility Improvements | 3,931,287 | 3,931,287 | 3,931,287 |
| Vehicles | 424,079 | 424,079 | 424,079 |
| Construction in Progress | 1,041,803 | 1,041,803 | 1,041,803 |
| Land (Cost) | 831,264 | 831,264 | 831,264 |
| Accumulated Depreciation | (46,900,256) | (51,303,210) | (55,706,164) |
| **Capitalized Intangibles** | | | |
| Capitalized Loan Fees | 1,453,360 | 1,453,360 | 1,453,360 |
| Capitalized Startup Costs | 267,982 | 267,982 | 267,982 |
| Accumulated Amortization | (769,610) | (872,968) | (976,325) |
| **Total Fixed Assets** | **64,507,237** | **60,000,925** | **55,494,614** |
| **Total Assets** | **71,051,018** | **66,975,811** | **62,619,145** |
| **Liabilities** | | | |
| **Current Liabilities** | | | |
| Accounts Payable | 733,227 | 775,802 | 790,035 |
| Credit Cards | (263) | (263) | (263) |
| Accrued Revenue Sharing | 243,501 | 243,501 | 243,501 |
| Other ST Liabilities | 114,645 | 114,645 | 114,645 |
| Accrued Expenses | 132,506 | 132,506 | 132,506 |
| Advances from Parent (NLCE) | 61,307,826 | 63,807,826 | 63,807,826 |
| **Total Current Liabilities** | **62,531,443** | **65,074,018** | **65,088,251** |
| **Financing-Long Term Liabilities** | | | |
| N/P Cedar Holdings Bridge | (0) | (0) | (0) |
| N/P Senior Secured A1 | 20,000,000 | 20,000,000 | 19,871,795 |
| N/P Senior Secured A2 | 0 | 0 | 0 |
| **Total Long Term Liabilities** | **20,000,000** | **20,000,000** | **19,871,795** |
| **Total Liabilities** | **82,531,443** | **85,074,018** | **84,960,046** |
| **Equity** | | | |
| Capital-EEC Property Holdings | 7,506,734 | 7,506,734 | 7,506,734 |
| Distributions | 80,486,267 | 80,486,267 | 80,486,267 |
| Retained Earnings-Prior Years | (86,666,510) | (99,473,426) | (106,091,208) |
| Retained Earnings-Current Year | (12,806,916) | (6,617,782) | (4,242,694) |
| **Total Equity** | **(11,480,425)** | **(18,098,207)** | **(22,340,901)** |
| **Total Liabilities & Equity** | **71,051,018** | **66,975,811** | **62,619,145** |

**Exhibit 2**

NLC Energy-Denmark LLC
**CF-Monthly**

| CASH FLOW FROM OPERATIONS | Dec-25 | Dec-26 | Dec-27 |
|---|---:|---:|---:|
| Net Income (Loss) | (12,806,916) | (6,617,782) | (4,242,694) |
| ADJUSTMENTS TO RECONCILE NET INCOME (LOSS) TO NET CASH PROVIDED BY OPERATIONS: | | | |
| Depreciation and amortization | 4,503,460 | 4,506,311 | 4,506,311 |
|  | (8,303,457) | (2,111,471) | 263,617 |
| **Changes in Working Capital** | | | |
| Decrease (Increase) in Accounts Receivable | (31,344) | (323,422) | (222,672) |
| Decrease (Increase) in Inventory | 234,672 | - | - |
| Decrease (Increase) in Qualified Not Nominated | (610,846) | - | - |
| Decrease (Increase) in Other Current Assets | 19,896 | - | - |
| (Decrease) Increase in Accounts Payable | (847,868) | 42,576 | 14,233 |
| (Decrease) Increase in Other Current Liabilities | 175,468 | - | - |
| **Cash Flow from Operating Activities** | (9,363,480) | (2,392,317) | 55,178 |
| **CASH FLOW FROM INVESTING** | | | |
| (Investment in) Disposal of Fixed Assets | (987,396) | - | - |
| (Investment in) Disposal of Other Term Assets | - | - | - |
| **Sub Total/Investing Activites** | (987,396) | - | - |
| **CASH FLOW FROM FINANCING** | | | |
| Origination (Repayment) of N/P Senior Secured A1 | (49,777,215) | - | (128,205) |
| Origination (Repayment) of N/P Senior Secured A2 | (7,781,604) | - | - |
| Origination (Repayment) of N/P Cedar Holdings Bridge | (24,392,394) | - | - |
| (Decrease) Increase in Intercompany Advances | - | - | - |
| (Decrease) Increase in Parent Advances | 11,838,079 | 2,500,000 | - |
| Paid In Capital/Issuance of Equity Units | 80,486,267 | - | - |
| **SubTotal/Financing Activities** | 10,373,133 | 2,500,000 | (128,205) |
| **Cash Flow from Capital Transactions** | 9,385,737 | 2,500,000 | (128,205) |
| | | | |
| **Net Increase (Decrease) in Cash** | 22,257 | 107,683 | (73,027) |
| | | | |
| **Beginning Cash** | 1,266,676 | 1,280,640 | 1,388,323 |
| **Ending Cash** | 1,280,640 | 1,388,323 | 1,315,295 |