Exhibit 3

| NLC Energy Denmark LLC | Week Ending | Week Ending | Week Ending | Week Ending | Week Ending | Week Ending | Week Ending | Week Ending | Week Ending |
|---|---|---|---|---|---|---|---|---|---|
| Weekly Cash Analysis | 8/23 | 8/30 | 9/6 | 9/13 | 9/20 | 9/27 | 10/4 | 10/11 | 10/18 |
| **Beginning Cash** | $ 100,415 | $ 137,012 | $ 197,716 | $ 136,866 | $ 241,960 | $ 114,960 | $ 114,960 | $ 116,460 | $ 245,184 |
| **Planned** | | | | | | | | | |
| Inflows: | | | | | | | | | |
| Manure Gas Production | - | - | - | 115,000 | - | - | - | 115,000 | - |
| RSW Gas Production | - | 130,000 | - | - | - | 130,000 | - | - | - |
| Recant Gas Delivered | | | | | | | | | |
| Unclassified Gas | | | | | | | | | |
| **SubTotal RNG Prod Receipts** | - | 130,000 | - | 115,000 | - | 130,000 | - | 115,000 | - |
| RJN's Receipts | - | | | 654,677 | | | | 654,677 | |
| LCFS Receipt | - | | | - | | | | - | |
| **SubTotal Credit Receipts** | - | - | - | 654,677 | - | - | - | 654,677 | - |
| Dry Ice/LCO2 Receipts | 23,000 | 23,000 | 23,000 | 23,000 | 23,000 | 23,000 | 23,000 | 23,000 | 23,000 |
| Bedding/Tipping Fees/Other | - | 61,000 | 43,500 | 61,000 | - | 61,000 | 43,500 | 61,000 | - |
| **SubTotal Services Receipts** | 23,000 | 84,000 | 66,500 | 84,000 | 23,000 | 84,000 | 66,500 | 84,000 | 23,000 |
| **Total Inflows** | 23,000 | 214,000 | 66,500 | 853,677 | 23,000 | 214,000 | 66,500 | 853,677 | 23,000 |
| Outflows: | | | | | | | | | |
| Revenue Sharing Pmts UC | - | - | - | - | - | - | - | - | - |
| Revenue Sharing Pmts UPS | | | | | | | | | |
| **SubTotal Revenue Sharing** | - | - | - | - | - | - | - | - | - |
| Payroll, Payroll Taxes & Benefits | - | (124,000) | - | (124,000) | - | (124,000) | - | (124,000) | - |
| Operating Expense Pmts | (277,102) | (229,296) | (222,350) | (266,756) | (250,000) | (250,000) | (250,000) | (250,000) | (250,000) |
| **SubTotal Operating Expenses** | (277,102) | (353,296) | (222,350) | (390,756) | (250,000) | (374,000) | (250,000) | (374,000) | (250,000) |
| Capital Expenditure Pmts | (9,301) | - | (5,000) | (6,874) | - | - | - | - | - |
| Debt Service Pmts | - | - | - | (350,953) | - | - | - | (350,953) | - |
| Other Payments | | | | | | | | | |
| **Total Outflows** | (286,403) | (353,296) | (227,350) | (748,583) | (250,000) | (374,000) | (250,000) | (724,953) | (250,000) |
| **Net Cashflows** | (263,403) | (139,296) | (160,850) | 105,094 | (227,000) | (160,000) | (183,500) | 128,724 | (227,000) |
| Transfers-Investors to Parent | | | | | | | | | |
| Transfers-Parent to Sub | 300,000 | 200,000 | 100,000 | - | 100,000 | 160,000 | 185,000 | - | 225,000 |
| **SubTotal Funding In** | 300,000 | 200,000 | 100,000 | - | 100,000 | 160,000 | 185,000 | - | 225,000 |
| **Ending Cash-Planned** | $ 137,012 | $ 197,716 | $ 136,866 | $ 241,960 | $ 114,960 | $ 114,960 | $ 116,460 | $ 245,184 | $ 243,184 |

Case 25-24634-kmp    Doc 9-4    Filed 08/16/25    Page 1 of 1