**Exhibit 4**

# SECOND AMENDED AND RESTATED ESCROW AND SERVICING AGREEMENT

Dated as of [________]

Among

WELLS FARGO TRUST COMPANY, NATIONAL ASSOCIATION, as Collateral Trustee,

NLC ENERGY DENMARK LLC, a Wisconsin limited liability company, as the Company

and

WELLS FARGO TRUST COMPANY, NATIONAL ASSOCIATION, as Escrow Agent

**Exhibit 4**

**SECOND AMENDED AND RESTATED ESCROW AND SERVICING AGREEMENT**

THIS SECOND AMENDED AND RESTATED ESCROW AND SERVICING AGREEMENT (this *"Agreement"*), dated as of August [__], 2025, is made and entered into by and among WELLS FARGO TRUST COMPANY, NATIONAL ASSOCIATION (formerly known as Wells Fargo Bank Northwest, N.A.), as Collateral Trustee on behalf of the Purchasers (as hereinafter defined) (the *"Beneficiary"*), NLC ENERGY DENMARK LLC, a limited liability company organized under the laws of the State of Wisconsin (the *"Company"*), and WELLS FARGO TRUST COMPANY, NATIONAL ASSOCIATION (formerly known as Wells Fargo Bank Northwest, N.A.), in its capacity as Escrow Agent (the *"Escrow Agent"*).

**WITNESSETH:**

Whereas, pursuant to the terms of the Note Purchase Agreement dated as of September 28, 2017 (the *"Note Agreement"*), between the Company and the purchasers listed on Schedule I thereto (the *"Purchasers"*), the Company agreed to offer and sell to the Purchasers, and the Purchasers purchased from the Company, its (i) $67,500,000 original aggregate principal amount and $76,550,505 aggregate fully-accreted principal amount of 6.25% Series A1 Senior Secured Notes due on the Maturity Date (as defined in the Mortgage) (as amended, the *"Series A1 Notes"*) and (ii) $10,500,000 original aggregate principal amount and $7,829,055 aggregate fully-accreted principal amount of 7.75% Series A2 Senior Secured Notes due on the Maturity Date (as defined in the below described Mortgage) (as amended, the *"Series A2 Notes"*; and, together with the Series A1 Notes, the *"Original Notes"*); and

WHEREAS, in connection with the issuance of the Original Note, certain escrow reserves were established and maintained as set forth in that certain Amended and Restated Escrow and Servicing Agreement, dated as of June 9, 2021, between the Beneficiary, the Escrow Agent and the Company (as amended or supplemented from time to time, the "*Original Escrow and Servicing Agreement*"); and

WHEREAS, the Company intends to file a voluntary petition for relief on or about the date hereof (the "*Chapter 11 Filing*") under chapter 11 of title 11 of the United States Code (the "*BK Code*") with the United States Bankruptcy Court in the Eastern District of Wisconsin (the "*WI Bankruptcy Court*") in accordance with the Prepackaged Plan of Reorganization of NLC Energy Denmark LLC filed in the WI Bankruptcy Court (the "*Plan*"); and

WHEREAS, in connection with the Plan, the Company intends file a Motion to Approve Stipulated Order with Senior Secured Lender (i) to Modify the Automatic Stay to Fund Escrow Reserves and Make Adequate Protection Payments to Senior Secured Lenders, (ii) to Permit the Debtor's Use of Cash Collateral, and (iii) to Provide Adequate Protection to Senior Secured Lenders (to the extent such motion is granted and the proposed order is issued by the WI Bankruptcy Court, the "*Cash Collateral Order*"); and

WHEREAS, to induce the Purchasers to vote in accordance with the Plan, Douglas F. Blough, an individual (the "*Indemnitor*") entered into that certain Restructuring Side Letter Agreement (the "*Restructuring Letter Agreement*") as of August [__], 2025 with each of the Purchasers and the

Beneficiary in which the Indemnitor agreed to fund certain amounts related to the Plant, Mortgaged Property and the Notes as more fully set forth therein; and

WHEREAS, the Notes remain secured by, among other things, (i) a Mortgage, Security Agreement, Assignment of Leases, Rents, Assigned Contracts and Fixture Filing Statement dated as of September 28, 2017 from the Company to the Beneficiary (as amended, the "*Original Mortgage*") on certain real property located in the Town of New Denmark, County of Brown, State of Wisconsin and more particularly described in the Mortgage (together with the improvements thereon being the *"Mortgaged Property"*); (ii) direct assignments of the Company's right, title and interest in and to that certain Services Agreement dated as of March 12, 2021 (as amended, supplemented or modified from time to time, the *"American Foods Contract"*) between the Company and American Foods Group, LLC (*"American Foods"*) (as amended, supplemented or modified from time to time in accordance with the terms of the Mortgage and thereof, collectively, the *"Assigned Contract"*); and (iii) by other documents and instruments; and

WHEREAS, escrow reserves were established and shall be maintained as set forth herein in order that funds will be available to pay for certain obligations of the Company as owner of the Mortgaged Property and as issuer of the Notes in accordance with the Cash Collateral Order; and

WHEREAS, the Company, the Beneficiary and the Escrow Agent desire to amend and restate the Original Escrow and Servicing Agreement; and

WHEREAS, capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Mortgage as in effect on the date of this Agreement or the Third Amendment, as applicable.

NOW, THEREFORE, in consideration of the premises and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto agree to amend and restate the Original Escrow and Servicing Agreement in its entirety as follows:

## SECTION 1. APPOINTMENT.

Wells Fargo Trust Company, National Association is hereby appointed the Escrow Agent hereunder and agrees to act in such capacity in accordance with the terms and conditions of this Agreement and agrees to hold the funds on deposit in the Escrow Account described below in trust for the benefit of the Beneficiary subject to the terms hereof. In servicing and administering the loan evidenced by the Notes, the Escrow Agent shall employ procedures and adhere to the standards that the Escrow Agent customarily employs and exercises acting as an escrow agent in similar transactions with respect to the duties expressly set forth in this Agreement.

## SECTION 2. ESCROW ACCOUNT.

*Section 2.1. Establishment of Escrow Account.* The Escrow Agent shall establish and maintain a single escrow account (the *"Escrow Account"*) for receipt and disbursement of funds as set forth below. For that purpose, the Company and the Beneficiary hereby appoint and constitute the Escrow Agent their true and lawful attorney, to deposit and endorse for payment in

the name of the Escrow Agent, all checks, wires or drafts received from the Off-takers in payment of sums due to the Company under the Assigned Contracts, from counterparties under any lease and the Other Contracts or from any other source in connection with the Mortgaged Property and/or the Project. The Escrow Account shall be a FDIC-insured account at a commercial banking institution and shall be composed of the following separate reserves (which may be maintained as separate accounts or subaccounts at the option of the Escrow Agent):

(a) the Note Payment Reserve;
(b) the Monthly Servicing Fee Reserve;
(c) the Operating Expenses and Third Party Obligation Reserve;
(d) the Property Tax Reserve;
(e) the Insurance Reserve;
(f) the Liquidity Reserve; and
(g) the Balance Reserve.

The foregoing reserves are hereinafter referred to individually as an *"Escrow Reserve"* and collectively as the *"Escrow Reserves"*. The Company may at any time and from time to time provide funds to make up any shortfall in any of the Escrow Reserves. Wherever in this Agreement reference is made to receipt of funds by the Escrow Agent, such funds shall be considered received only upon the making with the Escrow Agent of a deposit in cash or collected funds.

At the written direction of the Company in form satisfactory to Escrow Agent, amounts allocated to the Escrow Reserves shall be invested by the Escrow Agent in a Wells Fargo deposit account and all earnings thereon shall be allocated to the Escrow Reserves and held and disbursed in accordance with this Agreement but shall be income of the Company for tax purposes. Any change to the investment shall require the prior written consent of the Beneficiary. The Escrow Agent shall bear no liability for any losses incurred as a result of investing the funds in accordance with this paragraph, or for the failure of Company to give Escrow Agent written instructions to invest or reinvest the Escrow Reserves. Uninvested funds held hereunder shall not earn or accrue interest.

## SECTION 3. DEPOSITS TO ESCROW ACCOUNT.

### *Section 3.1. Deposits on the Closing Date.*

(a) *[[Allocation to the Note Payment Reserve*. On the date hereof, the Company shall cause to be deposited with Beneficiary an installment payment in immediately available funds in the amount of $[_______], which is the aggregate amount of interest only due on the Notes (and any additional interest or fees owed pursuant to the Operative Agreements) through [October 15, 2025] as set forth on (i) Exhibit A hereto as to the Series A1 Notes and (ii) Exhibit B hereto as to the Series A2 Notes. Beneficiary shall deposit such amount in the Account and allocate it to the Note Payment Reserve.]]

(b) *[[Allocation to the Servicing Fee Reserve*. On the date hereof, Company shall cause to be deposited with Beneficiary the Monthly Administration Fee set forth on **<u>Schedule III</u>** hereto (the "*Monthly Servicing Fee*") (which amount represents

compensation of Escrow Agent for administration of the financing evidenced by the Notes) through [October 15, 2025]. Beneficiary shall deposit such amount in the Account and allocate it to the Servicing Fee Reserve.]]

*Section 3.2. Deposits of Property Payments and Equity Funds.* It is anticipated that from time to time, the Escrow Agent shall receive (i) from the Off-takers amounts due under the Assigned Contract (each an *"Assigned Contract Payment"*), each such Assigned Contract Payment and any other payment received under any lease and any Other Contract (the *"Other Payments"*) and other payments received in connection with the Mortgaged Property and/or the Project (collectively with the Other Payments, the *"Property Payments"*) and (ii) funds deposited by the Indemnitor or on behalf of the Indemnitor or the Company in accordance with Section 1 of the Restructuring Letter Agreement (collectively, the "*Equity Funds*"), and such amounts shall be deposited by the Escrow Agent in the Escrow Account and, to the extent available, allocated to the Escrow Reserves in the amounts set forth below (which amounts are on a monthly basis taking into account all Property Payments and Equity Funds in the aggregate for such month, rather than such amounts applying to each such Assigned Contract Payment and Other Payment, individually) and in the following order for disposition as described in Sections 4.2 below:

(a) *Monthly Servicing Fee*. On the first Business Day of each month or such later date in such calendar month in which sufficient Property Payments and Equity Funds are received, the Escrow Agent shall allocate Property Payments and Equity Funds in an amount equal to the Monthly Servicing Fee to the Monthly Servicing Fee Reserve as set forth on **Schedule III** hereto.

(b) *[Reserved]*

(c) *Note Payment Reserve*. On the first Business Day of each month or such later date in such calendar month in which sufficient Property Payments and Equity Funds are received, the Escrow Agent shall allocate to the Note Payment Reserve an amount necessary so that the balance in the Note Payment Reserve shall be equal to the installment of interest and/or principal next due on the Notes.

(d) *Operating Expenses and Third Party Obligations Reserve*. On the first Business Day of each month and within three (3) Business Days after each later date in such calendar month in which Property Payments and Equity Funds are received until such time, if any, as the Escrow Agent has disbursed to the Company the full amount of the applicable Monthly Expenses pursuant to the terms of this Agreement, the Escrow Agent shall allocate to the Operating Expenses and Third Party Obligations Reserve a portion of the Property Payments and Equity Funds received (after the deposits contemplated in Sections 3.2(a) through (c) are made), in the following amounts:

(i) An amount equal to the operating expenses for such month relating to the Mortgaged Property (excluding amounts for the payment of real estate taxes and insurance premiums) set forth in the applicable Monthly Budget (as herein defined) and such other amounts as may be approved in writing by the Required Holders; and

(ii) An amount equal to the line item contained in the applicable Monthly Budget relating to payments due and owing for such calendar month from the company to Farmers, UPS, etc. (each a "*Counterparty Participant*") under each respective agreement with a Counterparty Participant relating to the Mortgaged Property to the extent the Beneficiary at the direction of Required Holders have provided their prior written consent to each such agreement (collectively, the "*Counterparty Participant Contracts*").

(e) *[Reserved]*.

(f) *Property Tax Reserve*. On the first Business Day of each month or such later date in such calendar month in which sufficient Property Payments and Equity Funds are received (after the deposits contemplated in Sections 3.2(a) through (e) are made), each month the Escrow Agent shall allocate to the Property Tax Reserve an amount equal to one twelfth (1/12) of the real estate taxes payable for the previous period of twelve (12) consecutive months (such payment defined as the *"Monthly Tax Reserve Amount"*), which Monthly Tax Reserve Amount shall be $32,822.76 initially. It is hereby agreed and acknowledged that if on any given month the amount allocated to the Property Tax Reserve by the Escrow Agent from Property Payments and Equity Funds is less than the amount required to fully fund the Monthly Tax Reserve Amount (the "*Tax Deficiency*"), then (i) such Tax Deficiency shall not constitute a default hereunder, (ii) the amount of such Tax Deficiency shall be added to the next succeeding Monthly Tax Reserve Amount until such time as the Tax Deficiency is cured, and (ii) the Escrow Agent shall give immediate written notice of such Tax Deficiency to the Beneficiary and the Company.

(g) *Insurance Reserve*. On the first Business Day of each month or such later date in such calendar month in which sufficient Property Payments and Equity Funds are received (after the deposits contemplated in Sections 3.2(a) through (f) are made), each month the Escrow Agent shall allocate to the Insurance Reserve Account an amount equal to one twelfth (1/12) of the insurance premiums paid for the previous period of twelve (12) consecutive months (such payment defined as the "*Monthly Insurance Reserve Amount*"), which Monthly Insurance Reserve Amount shall be $145,156.97 initially; provided that no amounts shall be allocated to the Insurance Reserve at any time the total amount of funds in the Insurance Reserve equals 100% of the insurance premiums paid for the previous period of twelve (12) consecutive months. It is hereby agreed and acknowledged that if on any given month the amount allocated to the Property Insurance Reserve by the Escrow Agent from Property Payments and Equity Funds is less than the amount required to fully fund the Monthly Insurance Reserve Amount (the "*Insurance Deficiency*"), then (i) such Insurance Deficiency shall not constitute a default hereunder, (ii) the amount of such Insurance Deficiency shall be added to the next succeeding Monthly Insurance Reserve Amount until such time as the Insurance Deficiency is cured, and (ii) the Escrow Agent shall give immediate written notice of such Insurance Deficiency to the Beneficiary and the Company.

(i) *Balance Reserve*. On the first Business Day of each month or such later date in such calendar month in which Property Payments and Equity Funds are received

(after the deposits contemplated in Sections 3.3(a) through (g) are made and subject to Section 4.2(d)), the Escrow Agent shall allocate the remaining Property Payments and Equity Funds to the Balance Reserve.

SECTION 4. ADMINISTRATION AND DISBURSEMENTS.

Except as otherwise set forth herein, so long as a Responsible Officer of the Escrow Agent has not received written notice of an Event of Default, the Escrow Funds shall be administered and disbursed by the Escrow Agent upon the following terms and conditions; *provided, however,* if the aggregate amount received by the Escrow Agent from Property Payments and Equity Funds on the date being three (3) days prior to the date in which debt service payments are due under the Notes is less than the amount required to fully fund the Escrow Reserves pursuant to Section 3.2(a) through (c) hereof in the respective amounts specified therein, the Escrow Agent shall give immediate written notice of such shortfall to the Beneficiary, and the Company and thereafter the Escrow Agent may, at the direction of the Required Holders, (i) request such shortfall from Indemnitor pursuant to the Restructuring Letter Agreement to be deposited with Escrow Agent in accordance with this Agreement or (i) use funds in the Liquidity Reserve, if any, to offset any shortfall that exists in the Escrow Reserves. For the avoidance of doubt, Escrow Agent may, at the direction of the Required Holders, use funds in the Liquidity Reserve to offset any shortfall in any of the Escrow Reserves or to pay any other expenses or costs relating to the Mortgaged Property, the Project or the Chapter 11 Filing.

*Section 4.1. [Reserved]*

*Section 4.2. Disbursement from Amounts Deposited from Property Payments and Equity Funds.*

(a) *Monthly Servicing Fee*. Escrow Agent shall disburse an amount equal to the Monthly Servicing Fee as set forth on **Schedule III** hereto to Escrow Agent for performing the services set forth herein.

(b) *[Reserved]*.

(c) *Note Payment Reserve*. From and after the earlier of [______] and each due date thereafter, amounts allocated to the Note Payment Reserve from Property Payments and Equity Funds (or from the Liquidity Reserve if directed by the Required Holders) shall be disbursed to the Beneficiary in the amounts set forth on (i) Exhibit A hereto as to the Series A1 Notes and (ii) Exhibit B hereto as to the Series A2 Notes on the later to occur of (1) the due date therefor, or (2) the date such amounts are received by the Escrow Agent.

(d) *Operating Expenses and Third Party Obligations Reserve*. With respect to amounts deposited into the Operating Expenses and Third Party Obligations Reserve, each calendar month, but no more than once per calendar month, a request for Monthly Expenses shall be submitted by the Company to the Escrow Agent with backup documentation including invoices, receipts, cancelled checks, etc., as applicable. The "*Monthly Expenses*" shall be set forth in a manner compared to the budget for each calendar month to be

prepared by the Company and delivered to the Escrow Agent for such calendar month (each a "*Monthly Budget*") for the payment or reimbursement of (i) operating expenses and (ii) fees and other amounts owed in connection with the Mortgaged Property which are the obligation of the Company to pay to third-parties each month under any applicable Counterparty Participant Contracts as such Counterparty Participant Contracts have been approved by the Required Holders. Each Monthly Budget shall include the projected (x) operating expenses and Counterparty Participant Contract expenses to be paid during the applicable calendar month, and/or (y) the Counterparty Participant Contract expense incurred and paid for prior to the date thereof. The Escrow Agent shall disburse Monthly Expenses only upon receipt of written confirmation of approval from the Required Holders or counsel to the Holders of such amount. To the extent the actual Monthly Expenses to be paid during any calendar month exceed the amount available in the Operating Expenses and Third Party Obligations Reserve for such calendar month, including (but not limited to) as a result of there being insufficient Property Payments and Equity Funds available for deposit into the Operating Expenses and Third Party Obligations Reserve for such month (a "*Monthly Shortfall*"), Escrow Agent shall request in writing such Monthly Shortfall from Indemnitor pursuant to the Restructuring Letter Agreement in immediately available funds to be deposited with Escrow Agent in the Operating Expenses and Third Party Obligations Reserve. In no event shall the Company request from the Operating Expenses and Third Party Obligations Reserve during any calendar month more than the actual Monthly Expenses due and payable for such calendar month and any excess in the Operating Expenses and Third Party Obligations Reserve shall be held in the Operating Expenses and Third Party Obligations Reserve and applied by Escrow Agent to Monthly Expenses in subsequent months and any Monthly Shortfall. For the avoidance of doubt, any excess in the Operating Expenses and Third Party Obligations Reserve shall not be released to the Balance Reserve without approval from the Required Holders or counsel to the Holders; *provided, however*, any amount remaining in the Operating Expenses and Third Party Obligations Reserve after the Notes have been paid in full shall be allocated to the Balance Reserve. At such time after the occurrence of an Event of Default, the Escrow Agent, at the direction of the Required Holders and upon prior written notice to the Company, shall have the right to apply any portion of the funds allocated to the Operating Expenses and Third Party Obligations Reserve for such purpose as determined reasonably necessary, proper or advisable by the Required Holders.

To the extent the approval of any party is required with respect to a disbursement request under this Section 4.2(d), if Deemed Approval Requirements are fully satisfied in connection with any such request and Escrow Agent or Beneficiary thereafter fails to respond, Escrow Agent's and such Beneficiary's approval shall be deemed given with respect to the matter for which approval was requested. The *Deemed Approval Requirements* are (i) the Company shall have sent Escrow Agent and Beneficiary a written request for disbursement including all information or documentation required herein and which Escrow Agent and/or any Beneficiary reasonably deems necessary to evaluate the disbursement request, (ii) the Company includes in the transmittal of the written request, "PRIORITY DEEMED APPROVAL NOTICE", (iii) the Company includes a legend, prominently displayed stating that approval is required in accordance with Section 4.2 of this Agreement and Escrow Agent or Beneficiary's failure to respond to such request

within two (2) Business Days of its receipt of such request shall be deemed approval, and (iv) the Company shall have submitted a second written request for approval and Escrow Agent or Beneficiary shall have failed to respond to such second request within two (2) Business Days.

(e) *[Reserved]*.

(f) *Property Tax Reserve*. The Company shall provide to the Escrow Agent all applicable tax bills or invoices and payment instructions promptly upon the Company's receipt of the same (and, in any event, no later than 30 days prior to the due date for such bills or invoices) and, upon Escrow Agent's receipt thereof, subject to the following provisions of this Section 4.2(f), the Escrow Agent shall disburse from amounts allocated to the Property Tax Reserve amounts sufficient to satisfy said tax bills or invoices. Amounts held in the Property Tax Reserve shall be disbursed to the applicable taxing authority on the date payment of real property taxes are due, unless not less than five (5) Business Days prior to such due date the Escrow Agent has received (i) a written notice from the Company that the Company has paid (or caused to be paid) such amounts directly, such notice to include satisfactory evidence of such payment or (ii) evidence that such taxes are being appealed and during the pendency of such appeal are not due and payable or, if payable, then payable at a lower amount and paid by the Escrow Agent at such lower amount. If the Company shall pay for such items directly then the Company may request reimbursement of such amounts from the Property Tax Reserve and, upon the Escrow Agent's receipt and approval of the applicable tax bill or invoice therefor and a copy of the canceled check(s), receipts or other appropriate evidence of payment, the Escrow Agent shall reimburse the Company for such amounts. Any amounts remaining in the Property Tax Reserve after satisfaction of all tax liabilities of the Company for a given tax period and delivery to the Escrow Agent of satisfactory evidence therefor shall be allocated to the Balance Reserve; *provided, however*, that funds contained in the Property Tax Reserve shall not be released to the Balance Reserve to the extent that the amounts to be allocated to the Property Tax Reserve in accordance with Section 3.2(f) between the date that all tax liabilities of the Company for a given tax period were satisfied and the date that the next coming due property tax invoice is payable would not be sufficient to pay such next coming due property tax invoice. Any amount remaining in the Property Tax Reserve after the Notes have been paid in full shall be allocated to the Balance Reserve.

(g) *Insurance Reserve*. The Company shall provide to the Escrow Agent all applicable invoices and payment instructions for the premiums for casualty, liability and other insurance required under Section 2.15 of the Mortgage promptly upon the Company's receipt of the same (and, in any event, no later than 30 days prior to the earlier of the due date for such invoices or the expiration of any such insurance policies) and, upon the Escrow Agent's receipt thereof, subject to the following provisions of this Section 4.2(g), the Escrow Agent shall promptly disburse from amounts allocated to the Insurance Reserve amounts sufficient to satisfy said invoices. Amounts allocated to the Insurance Reserve shall be disbursed to the appropriate party on the date such premiums are due, unless not less than five (5) Business Days prior to such due date the Escrow Agent has received (i) a written notice from the Company that the Company has paid such amounts directly and (ii)

satisfactory evidence of such payment, then upon the Escrow Agent's receipt and approval of the applicable invoice therefor and a copy of the cancelled check(s), receipts or other appropriate evidence of payment, the Escrow Agent shall reimburse the Company for such amounts. Escrow Agent hereby acknowledges and agrees that the Company may make monthly premium payments and, upon the Company's request, Escrow Agent shall disburse to the appropriate party (or to the Company as a reimbursement in the event the Company has paid such amounts directly) each calendar month from amounts allocated to the Insurance Reserve amounts sufficient to satisfy such monthly payments pursuant to applicable invoices and payment instructions. Any amounts remaining in the Insurance Reserve after payment of all casualty, liability and other insurance premiums required under Section 2.15 of the Mortgage for a given period shall be allocated to the Balance Reserve; *provided, however*, that funds contained in the Insurance Reserve shall not be released to the Balance Reserve to the extent that the amounts to be allocated to the Insurance Reserve in accordance with Sections 3.2(g) between the date that such premiums for a given period were paid and the date that the next coming due insurance invoice is payable would not be sufficient to pay such next coming due insurance invoice. Any amount remaining in the Insurance Reserve after the Notes have been paid in full shall be allocated to the Balance Reserve.

(h) *[Reserved]*.

(i) *Liquidity Reserve*. Amounts held in the Liquidity Reserve shall be disbursed at the direction of the Required Holders to pay for any shortfalls in the Note Payment Reserve or the Servicing Fee Reserve or to eliminate any deficiency in the Property Tax Reserve, Insurance Reserve or for operating expenses. All disbursements from the Liquidity Reserve shall be made at the direction of the Required Holders. Any amount remaining in the Liquidity Reserve after the Notes have been paid in full shall be allocated to the Balance Reserve.

(j) *Balance Reserve*. Amounts allocated to the Balance Reserve, if any, shall be disbursed monthly on the date that the Notes are paid to the Company to be used in accordance with the Plan and the Cash Collateral Order.

*Section 4.3. Reimbursement from the Off-Takers.* If any Off-taker is required under its respective Assigned Contract to reimburse the Company for the payment of any of the items reserved for in any of the Escrow Reserves, then promptly after the payment of such amounts, the Company or the Escrow Agent, as the case may be, shall deliver to such Off-taker a written reimbursement request for such amounts, together with evidence of the payment thereof, and the Company shall use its commercially reasonable efforts to cause such reimbursement to be paid to the Escrow Agent. Any such reimbursed funds or any other amounts received from the Off-takers (other than Assigned Contract Payments) shall be deposited by the Escrow Agent in the Escrow Account and allocated to all shortfalls, if any, in the Escrow Reserves and any amounts remaining after satisfying such shortfalls shall be deposited in the Balance Reserve.

*Section 4.4. Disbursement Instructions, Etc.* All disbursements made by the Escrow Agent to the Beneficiary shall be made to the account or pursuant to the instructions set forth on