NLC Energy LLC (CS191769) Pay Period: 07/06/2025 to 07/19/2025 **Exhibit 7**

[redacted]

Emp Id 874
Rate 25.75
Freq B
Loc DENW-Production-RNG

| Code | Earning | Hours | Rate | Amount | Code | Tax Amount | Code | Employer Amt | Code | Deduction | Amount | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REG | Reg | 80.00 | 25.75 | 2,060.00 | FITW | 208.63 | MED-R | 35.42 | 401K | 401K | 50.53 | | |
| OT | OT | 12.08 | 38.63 | 466.72 | MED | 35.42 | SS-R | 151.43 | ACD | ACD | 7.26 | | |
| *401ER* | *401K Match* | *0.00* | *0.00* | *25.27* | SS | 151.43 | WISUI | 0.00 | CHLDN | Child Supt | 89.08 | | |
| *ERDEN* | *ER Dental* | *0.00* | *0.00* | *58.91* | WI | 111.33 | FUTA | 0.00 | CRIL | CI Ins | 21.27 | | |
| *ERLID* | *ERLID* | *0.00* | *0.00* | *17.10* | | | | | DNTL | Dental | 22.00 | | |
| *ERLIF* | *ER Life* | *0.00* | *0.00* | *181.20* | | | | | MDCL | Medical | 55.00 | | |
| *ERMED* | *ER Medical* | *0.00* | *0.00* | *815.81* | | | | | RDFEE | RDFEE | 65.00 | | |
| *ERVIS* | *ER Vision* | *0.00* | *0.00* | *9.49* | | | | | | | | | |
| Total Earnings | | 92.08 | | 2,526.72 | Total Taxes | 506.81 | Ttl Employer | 186.85 | Total Deductions | | 310.14 | ER Liab | 2,713.57 |
| | | | | | | | | | | | | EE Net | 1,709.77 |

[redacted]

Emp Id 871
Rate 27.75
Freq B
Loc DENW-Production-RNG

| Code | Earning | Hours | Rate | Amount | Code | Tax Amount | Code | Employer Amt | Code | Deduction | Amount | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REG | Reg | 80.00 | 27.75 | 2,220.00 | FITW | 215.99 | MED-R | 37.78 | 401K | 401K | 157.84 | | |
| OT | OT | 9.87 | 41.63 | 410.71 | MED | 37.78 | SS-R | 161.55 | CHLDN | Child Supt | 115.38 | | |
| *401ER* | *401K Match* | *0.00* | *0.00* | *78.92* | SS | 161.55 | WISUI | 0.00 | DNTL | Dental | 7.00 | | |
| *ERDEN* | *ER Dental* | *0.00* | *0.00* | *15.61* | WI | 114.65 | FUTA | 0.00 | MDCL | Medical | 18.00 | | |
| *ERLIF* | *ER Life* | *0.00* | *0.00* | *193.88* | | | | | RDFEE | RDFEE | 65.00 | | |
| *ERMED* | *ER Medical* | *0.00* | *0.00* | *280.40* | | | | | | | | | |
| *ERVIS* | *ER Vision* | *0.00* | *0.00* | *3.12* | | | | | | | | | |
| Total Earnings | | 89.87 | | 2,630.71 | Total Taxes | 529.97 | Ttl Employer | 199.33 | Total Deductions | | 363.22 | ER Liab | 2,830.04 |
| | | | | | | | | | | | | EE Net | 1,737.52 |

[redacted]

Emp Id 821
Rate 5,769.23
Freq B
Loc DENW-BusDev-Sales

| Code | Earning | Hours | Rate | Amount | Code | Tax Amount | Code | Employer Amt | Code | Deduction | Amount | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REG | Reg | 20.00 | 72.12 | 1,442.31 | FITW | 170.46 | MED-R | 20.09 | 401K | 401K | 115.38 | | |
| *401ER* | *401K Match* | *0.00* | *0.00* | *43.27* | MED | 20.09 | SS-R | 85.91 | DNTL | Dental | 5.50 | | |
| *ERDEN* | *ER Dental* | *0.00* | *0.00* | *14.73* | SS | 85.90 | WISUI | 0.00 | HSA | HSA | 37.50 | | |
| *ERLID* | *ERLID* | *0.00* | *0.00* | *4.27* | WI | 63.75 | FUTA | 0.00 | MDCL | Medical | 13.75 | | |
| *ERLIF* | *ER Life* | *0.00* | *0.00* | *94.37* | | | | | | | | | |
| *ERMED* | *ER Medical* | *0.00* | *0.00* | *203.95* | | | | | | | | | |
| *ERVIS* | *ER Vision* | *0.00* | *0.00* | *1.56* | | | | | | | | | |
| Total Earnings | | 20.00 | | 1,442.31 | Total Taxes | 340.20 | Ttl Employer | 106.00 | Total Deductions | | 172.13 | ER Liab | 1,548.31 |
| | | | | | | | | | | | | EE Net | 929.98 |

**Exhibit 7**

[redacted]

Emp Id 822
Rate 46.41
Freq B
Loc DENW-MAIN-Operations

| Code | Earning | Hours | Rate | Amount | Code | Tax Amount | Code | Employer Amt | Code | Deduction | Amount | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REG | Reg | 79.75 | 46.41 | 3,701.20 | FITW | 380.81 | MED-R | 52.80 | 401K | 401K | 444.14 | | |
| *401ER* | *401K Match* | *0.00* | *0.00* | *111.04* | MED | 52.80 | SS-R | 225.75 | CELL | Cell | -30.00 | | |
| *ERDEN* | *ER Dental* | *0.00* | *0.00* | *15.61* | SS | 225.75 | WISUI | 0.00 | DNTL | Dental | 7.00 | | |
| *ERLIF* | *ER Life* | *0.00* | *0.00* | *323.26* | WI | 157.62 | FUTA | 0.00 | MDCL | Medical | 53.00 | | |
| *ERMED* | *ER Medical* | *0.00* | *0.00* | *370.21* | | | | | | | | | |
| *ERVIS* | *ER Vision* | *0.00* | *0.00* | *3.12* | | | | | | | | | |
| Total Earnings | | 79.75 | | 3,701.20 | Total Taxes | 816.98 | Ttl Employer | 278.55 | Total Deductions | | 474.14 | ER Liab | 3,979.75 |
| | | | | | | | | | | | | EE Net | 2,410.08 |

[redacted].

Emp Id 848
Rate 3,220.01
Freq B
Loc DENW-QUALITY-Operations

| Code | Earning | Hours | Rate | Amount | Code | Tax Amount | Code | Employer Amt | Code | Deduction | Amount | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REG | Reg | 72.00 | 40.25 | 2,898.01 | FITW | 366.82 | MED-R | 46.59 | 401K | 401K | 193.20 | | |
| *401ER* | *401K Match* | *0.00* | *0.00* | *96.60* | MED | 46.59 | SS-R | 199.21 | DNTL | Dental | 7.00 | | |
| *ERDEN* | *ER Dental* | *0.00* | *0.00* | *15.61* | SS | 199.17 | WISUI | 0.00 | | | | | |
| *ERLID* | *ERLID* | *0.00* | *0.00* | *15.78* | WI | 148.22 | FUTA | 0.00 | | | | | |
| *ERLIF* | *ER Life* | *0.00* | *0.00* | *303.89* | | | | | | | | | |
| *ERVIS* | *ER Vision* | *0.00* | *0.00* | *3.12* | | | | | | | | | |
| VAC | Vacation | 8.00 | 40.25 | 322.00 | | | | | | | | | |
| Total Earnings | | 80.00 | | 3,220.01 | Total Taxes | 760.80 | Ttl Employer | 245.80 | Total Deductions | | 200.20 | ER Liab | 3,465.81 |
| | | | | | | | | | | | | EE Net | 2,259.01 |

[redacted].

Emp Id 901
Rate 21.50
Freq B
Loc DENW-Finance-G&A

| Code | Earning | Hours | Rate | Amount | Code | Tax Amount | Code | Employer Amt | Code | Deduction | Amount | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REG | Reg | 78.12 | 21.50 | 1,679.51 | FITW | 123.78 | MED-R | 24.43 | | | | | |
| OT | OT | 0.17 | 32.25 | 5.38 | MED | 24.43 | SS-R | 104.46 | | | | | |
| | | | | | SS | 104.46 | WISUI | 0.00 | | | | | |
| | | | | | WI | 70.18 | FUTA | 0.00 | | | | | |
| Total Earnings | | 78.28 | | 1,684.89 | Total Taxes | 322.85 | Ttl Employer | 128.89 | Total Deductions | | | ER Liab | 1,813.78 |
| | | | | | | | | | | | | EE Net | 1,362.04 |

[redacted]

Emp Id 875
Rate 25.25
Freq B
Loc DENW-Production-RNG

| Code | Earning | Hours | Rate | Amount | Code | Tax Amount | Code | Employer Amt | Code | Deduction | Amount | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REG | Reg | 74.55 | 25.25 | 1,882.39 | FITW | 215.46 | MED-R | 30.66 | ODP | On Demand | 1,000.00 | | |
| OT | OT | 6.13 | 37.88 | 232.30 | MED | 30.66 | SS-R | 131.11 | ODP Fee | ODP Fee | 1.25 | | |
| *ERLIF* | *ER Life* | *0.00* | *0.00* | *179.39* | SS | 131.11 | WISUI | 0.00 | | | | | |
| | | | | | WI | 94.87 | FUTA | 0.00 | | | | | |
| Total Earnings | | 80.68 | | 2,114.69 | Total Taxes | 472.10 | Ttl Employer | 161.77 | Total Deductions | | 1,001.25 | ER Liab | 2,276.46 |
| | | | | | | | | | | | | EE Net | 641.34 |

**Exhibit 7**

[redacted]

Emp Id 886
Rate 24.50
Freq B
Loc DENW-Production-RNG

| Code | Earning | Hours | Rate | Amount | Code | Tax Amount | Code | Employer Amt | Code | Deduction | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REG | Reg | 74.42 | 24.50 | 1,823.21 | FITW | 161.55 | MED-R | 28.99 | ACD | ACD | 7.26 |
| OT | OT | 5.95 | 36.75 | 218.66 | MED | 28.99 | SS-R | 123.98 | DNTL | Dental | 7.00 |
| *ERDEN* | *ER Dental* | *0.00* | *0.00* | *15.61* | SS | 123.98 | WISUI | 0.00 | HSA | HSA | 10.00 |
| *ERLIF* | *ER Life* | *0.00* | *0.00* | *170.33* | WI | 82.31 | FUTA | 0.00 | MDCL | Medical | 18.00 |
| *ERMED* | *ER Medical* | *0.00* | *0.00* | *268.45* | | | | | | | |
| *ERVIS* | *ER Vision* | *0.00* | *0.00* | *3.12* | | | | | | | |
| Total Earnings | | 80.37 | | 2,041.87 | Total Taxes | 396.83 | Ttl Employer | 152.97 | Total Deductions | | 42.26 |

ER Liab 2,194.84
EE Net 1,602.78

[redacted]

Emp Id 869
Rate 2,660.01
Freq B
Loc DENW-QUALITY-Operations

| Code | Earning | Hours | Rate | Amount | Code | Tax Amount | Code | Employer Amt | Code | Deduction | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REG | Reg | 80.00 | 33.25 | 2,660.01 | FITW | 268.69 | MED-R | 34.94 | 401K | 401K | 53.20 |
| *401ER* | *401K Match* | *0.00* | *0.00* | *39.90* | MED | 34.94 | SS-R | 149.41 | 4ROTH | Roth 401K | 26.60 |
| *ERDEN* | *ER Dental* | *0.00* | *0.00* | *58.91* | SS | 149.41 | WISUI | 0.00 | CELL | Cell | -30.00 |
| *ERLID* | *ERLID* | *0.00* | *0.00* | *15.78* | WI | 109.23 | FUTA | 0.00 | DCARE | Dep Care | 37.69 |
| *ERLIF* | *ER Life* | *0.00* | *0.00* | *231.73* | | | | | DNTL | Dental | 22.00 |
| *ERMED* | *ER Medical* | *0.00* | *0.00* | *1,057.18* | | | | | FSA | FSA | 15.50 |
| *ERVIS* | *ER Vision* | *0.00* | *0.00* | *9.49* | | | | | MDCL | Medical | 175.00 |
| | | | | | | | | | ODP | On Demand | 1,000.00 |
| | | | | | | | | | ODP Fee | ODP Fee | 5.00 |
| Total Earnings | | 80.00 | | 2,660.01 | Total Taxes | 562.27 | Ttl Employer | 184.35 | Total Deductions | | 1,304.99 |

ER Liab 2,844.36
EE Net 792.75

[redacted].

Emp Id 823
Rate 3,576.92
Freq B
Loc DENW-Operations-Operations

| Code | Earning | Hours | Rate | Amount | Code | Tax Amount | Code | Employer Amt | Code | Deduction | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REG | Reg | 80.00 | 44.71 | 3,576.92 | FITW | 293.49 | MED-R | 50.75 | 401K | 401K | 107.31 |
| *401ER* | *401K Match* | *0.00* | *0.00* | *53.66* | MED | 50.75 | SS-R | 217.00 | 401L1 | 401K Loan1 | 108.68 |
| *ERDEN* | *ER Dental* | *0.00* | *0.00* | *58.91* | SS | 217.00 | WISUI | 0.00 | DNTL | Dental | 22.00 |
| *ERLID* | *ERLID* | *0.00* | *0.00* | *17.10* | WI | 167.98 | FUTA | 0.00 | MDCL | Medical | 55.00 |
| *ERLIF* | *ER Life* | *0.00* | *0.00* | *351.08* | | | | | | | |
| *ERMED* | *ER Medical* | *0.00* | *0.00* | *815.81* | | | | | | | |
| *ERVIS* | *ER Vision* | *0.00* | *0.00* | *9.49* | | | | | | | |
| Total Earnings | | 80.00 | | 3,576.92 | Total Taxes | 729.22 | Ttl Employer | 267.75 | Total Deductions | | 292.99 |

ER Liab 3,844.67
EE Net 2,554.71

[redacted]

Emp Id 882
Rate 4,230.77
Freq B
Loc DENW-HR|OD-G&A

| Code | Earning | Hours | Rate | Amount | Code | Tax Amount | Code | Employer Amt | Code | Deduction | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REG | Reg | 80.00 | 52.88 | 4,230.77 | FITW | 521.51 | MED-R | 60.54 | 401K | 401K | 338.46 |
| *401ER* | *401K Match* | *0.00* | *0.00* | *126.92* | MED | 60.54 | SS-R | 258.85 | ACD | ACD | 5.05 |
| *ERLID* | *ERLID* | *0.00* | *0.00* | *15.78* | SS | 258.85 | WISUI | 0.00 | HSA | HSA | 32.69 |
| *ERLIF* | *ER Life* | *0.00* | *0.00* | *348.46* | WI | 191.51 | FUTA | 0.00 | MDCL | Medical | 18.00 |
| *ERMED* | *ER Medical* | *0.00* | *0.00* | *268.45* | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total Earnings | 80.00 | 4,230.77 | Total Taxes 1,032.41 | Ttl Employer 319.39 | Total Deductions 394.20 | ER Liab | 4,550.16 |
| | | | | | | EE Net | 2,804.16 |

[redacted]

Emp Id 824
Rate 3,090.01
Freq B
Loc DENW-Operations-Operations

| Code | Earning | Hours | Rate | Amount | Code | Tax Amount | Code | Employer Amt | Code | Deduction | Amount | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REG | Reg | 80.00 | 38.63 | 3,090.01 | FITW | 160.13 | MED-R | 43.73 | 401K | 401K | 375.00 | | |
| 401ER | 401K Match | 0.00 | 0.00 | 92.70 | MED | 43.73 | SS-R | 187.00 | DNTL | Dental | 14.00 | | |
| DPIID | DNTL DP II | 0.00 | 0.00 | 22.64 | SS | 187.00 | WISUI | 0.00 | DPIID | DNTL DP II | 22.64 | | |
| | | | | | WI | 125.56 | FUTA | 0.00 | DPIIM | MDCL DP II | 306.41 | | |
| DPIIM | MDCL DP II | 0.00 | 0.00 | 306.41 | | | | | DPIIV | VIS DP II | 3.12 | | |
| DPIIV | VIS DP II | 0.00 | 0.00 | 3.12 | | | | | DPPTD | Dental DP | 8.00 | | |
| ERDEN | ER Dental | 0.00 | 0.00 | 58.91 | | | | | DPPTM | Medical DP | 23.00 | | |
| ERLID | ERLID | 0.00 | 0.00 | 17.10 | | | | | FSAL | FSA Limitd | 100.00 | | |
| ERLIF | ER Life | 0.00 | 0.00 | 291.62 | | | | | HSA | HSA | 260.00 | | |
| ERMED | ER Medical | 0.00 | 0.00 | 815.81 | | | | | MDCL | Medical | 32.00 | | |
| ERVIS | ER Vision | 0.00 | 0.00 | 9.49 | | | | | | | | | |
| Total Earnings | | 80.00 | | 3,422.18 | Total Taxes | 516.42 | Ttl Employer | 230.73 | Total Deductions | | 1,144.17 | ER Liab | 3,652.91 |
| | | | | | | | | | | | | EE Net | 1,761.59 |

[redacted]

Emp Id 883
Rate 2,884.62
Freq B
Loc DENW-Finance-G&A

| Code | Earning | Hours | Rate | Amount | Code | Tax Amount | Code | Employer Amt | Code | Deduction | Amount | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REG | Reg | 60.00 | 36.06 | 2,163.47 | FITW | 40.88 | MED-R | 39.28 | 401K | 401K | 432.69 | | |
| 401ER | 401K Match | 0.00 | 0.00 | 86.54 | MED | 39.28 | SS-R | 167.94 | ACD | ACD | 23.85 | | |
| ERDEN | ER Dental | 0.00 | 0.00 | 58.91 | SS | 167.94 | WISUI | 0.00 | DNTL | Dental | 22.00 | | |
| ERLID | ERLID | 0.00 | 0.00 | 17.10 | WI | 100.71 | FUTA | 0.00 | HSA | HSA | 75.00 | | |
| ERLIF | ER Life | 0.00 | 0.00 | 264.25 | | | | | MDCL | Medical | 55.00 | | |
| ERMED | ER Medical | 0.00 | 0.00 | 815.81 | | | | | MILE | MILE | -74.90 | | |
| ERVIS | ER Vision | 0.00 | 0.00 | 9.49 | | | | | OTHER | OTHER | -11.01 | | |
| VAC | Vacation | 20.00 | 36.06 | 721.15 | | | | | | | | | |
| Total Earnings | | 80.00 | | 2,884.62 | Total Taxes | 348.81 | Ttl Employer | 207.22 | Total Deductions | | 522.63 | ER Liab | 3,091.84 |
| | | | | | | | | | | | | EE Net | 2,013.18 |

[redacted]

Emp Id 863
Rate 5,469.24
Freq B
Loc DENW-Operations-Operations

| Code | Earning | Hours | Rate | Amount | Code | Tax Amount | Code | Employer Amt | Code | Deduction | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REG | Reg | 56.00 | 68.37 | 3,828.47 | FITW | 894.76 | MED-R | 77.53 | 4ROTH | Roth 401K | 546.92 |
| 401ER | 401K Match | 0.00 | 0.00 | 164.08 | MED | 77.53 | SS-R | 331.53 | DNTL | Dental | 12.00 |
| ERDEN | ER Dental | 0.00 | 0.00 | 33.18 | SS | 331.53 | WISUI | 0.00 | MDCL | Medical | 110.00 |
| ERLID | ERLID | 0.00 | 0.00 | 17.10 | WI | 299.95 | FUTA | 0.00 | | | |
| ERLIF | ER Life | 0.00 | 0.00 | 377.50 | | | | | | | |
| ERMED | ER Medical | 0.00 | 0.00 | 807.65 | | | | | | | |
| ERVIS | ER Vision | 0.00 | 0.00 | 6.24 | | | | | | | |
| VAC | Vacation | 24.00 | 68.37 | 1,640.77 | | | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Total Earnings | 80.00 | 5,469.24 | Total Taxes | 1,603.77 | Ttl Employer | 409.06 | Total Deductions | 668.92 | ER Liab | 5,878.30 |
| | | | | | | | | | EE Net | 3,196.55 |

[redacted]

Emp Id 897
Rate 2,200.00
Freq B
Loc DENW-MAIN-Operations

| Code | Earning | Hours | Rate | Amount | Code | Tax Amount | Code | Employer Amt | Code | Deduction | Amount | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REG | Reg | 0.00 | 27.50 | 2,200.00 | FITW | 257.19 | MED-R | 31.90 | | | | | |
| | | | | | MED | 31.90 | SS-R | 136.40 | | | | | |
| | | | | | SS | 136.40 | WISUI | 0.00 | | | | | |
| | | | | | WI | 99.94 | FUTA | 0.00 | | | | | |
| Total Earnings | | 0.00 | | 2,200.00 | Total Taxes | 525.43 | Ttl Employer | 168.30 | Total Deductions | | | ER Liab | 2,368.30 |
| | | | | | | | | | | | | EE Net | 1,674.57 |

[redacted]

Emp Id 868
Rate 5,769.23
Freq B
Loc DENW-Finance-G&A

| Code | Earning | Hours | Rate | Amount | Code | Tax Amount | Code | Employer Amt | Code | Deduction | Amount | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REG | Reg | 80.00 | 72.12 | 5,769.23 | FITW | 784.56 | MED-R | 78.89 | 401K | 401K | 865.38 | | |
| *401ER* | *401K Match* | *0.00* | *0.00* | *173.08* | MED | 78.89 | SS-R | 337.34 | ACD | ACD | 18.84 | | |
| *ERDEN* | *ER Dental* | *0.00* | *0.00* | *36.26* | SS | 337.34 | WISUI | 0.00 | DNTL | Dental | 14.00 | | |
| *ERLID* | *ERLID* | *0.00* | *0.00* | *17.10* | WI | 230.68 | FUTA | 0.00 | HSA | HSA | 263.46 | | |
| *ERLIF* | *ER Life* | *0.00* | *0.00* | *377.50* | | | | | MDCL | Medical | 32.00 | | |
| *ERMED* | *ER Medical* | *0.00* | *0.00* | *509.40* | | | | | | | | | |
| *ERVIS* | *ER Vision* | *0.00* | *0.00* | *6.37* | | | | | | | | | |
| Total Earnings | | 80.00 | | 5,769.23 | Total Taxes | 1,431.47 | Ttl Employer | 416.23 | Total Deductions | | 1,193.68 | ER Liab | 6,185.46 |
| | | | | | | | | | | | | EE Net | 3,144.08 |

[redacted].

Emp Id 861
Rate 4,615.38
Freq B
Loc DENW-BusDev-Sales

| Code | Earning | Hours | Rate | Amount | Code | Tax Amount | Code | Employer Amt | Code | Deduction | Amount | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REG | Reg | 40.00 | 57.69 | 2,307.69 | FITW | 397.05 | MED-R | 33.46 | | | | | |
| *ERLIF* | *ER Life* | *0.00* | *0.00* | *113.91* | MED | 33.46 | SS-R | 143.07 | | | | | |
| | | | | | SS | 143.07 | ORSUI | 0.00 | | | | | |
| | | | | | OR | 156.50 | ORWC | 0.40 | | | | | |
| | | | | | ORWC-E | 0.40 | FUTA | 0.00 | | | | | |
| | | | | | ORPFL-EE | 13.84 | ORPFL-ER | 9.23 | | | | | |
| | | | | | OR-TRA1 | 2.31 | | | | | | | |
| Total Earnings | | 40.00 | | 2,307.69 | Total Taxes | 746.63 | Ttl Employer | 186.16 | Total Deductions | | | ER Liab | 2,493.85 |
| | | | | | | | | | | | | EE Net | 1,561.06 |

# Labor Distribution

Check Date: 07\25\2025

NLC Energy LLC (CS191769)

Pay Period: 07/06/2025 to 07/19/2025

**Exhibit 7**

[redacted]

Emp Id 826
Rate 30.13
Freq B
Loc DENW-MAIN-Operations

| Code | Earning | Hours | Rate | Amount | Code | Tax Amount | Code | Employer Amt | Code | Deduction | Amount | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REG | Reg | 80.00 | 30.13 | 2,410.40 | FITW | 196.19 | MED-R | 45.42 | 401K | 401K | 191.08 | | |
| OT | OT | 17.13 | 45.20 | 774.34 | MED | 45.42 | SS-R | 194.23 | 401L1 | 401K Loan1 | 100.33 | | |
| *401ER* | *401K Match* | *0.00* | *0.00* | *95.54* | SS | 194.23 | WISUI | 0.00 | CHLDN | Child Supt | 85.40 | | |
| EMCI | EMCI | 1.00 | 25.00 | 25.00 | WI | 140.82 | FUTA | 0.00 | DNTL | Dental | 22.00 | | |
| *ERDEN* | *ER Dental* | *0.00* | *0.00* | *58.91* | | | | | MDCL | Medical | 55.00 | | |
| *ERLID* | *ERLID* | *0.00* | *0.00* | *17.10* | | | | | | | | | |
| *ERLIF* | *ER Life* | *0.00* | *0.00* | *219.86* | | | | | | | | | |
| *ERMED* | *ER Medical* | *0.00* | *0.00* | *815.81* | | | | | | | | | |
| *ERVIS* | *ER Vision* | *0.00* | *0.00* | *9.49* | | | | | | | | | |
| Total Earnings | | 98.13 | | 3,209.74 | Total Taxes | 576.66 | Ttl Employer | 239.65 | Total Deductions | | 453.81 | ER Liab | 3,449.39 |
| | | | | | | | | | | | | EE Net | 2,179.27 |

[redacted]

Emp Id 872
Rate 30.95
Freq B
Loc DENW-MAIN-Operations

| Code | Earning | Hours | Rate | Amount | Code | Tax Amount | Code | Employer Amt | Code | Deduction | Amount | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REG | Reg | 80.00 | 30.95 | 2,476.00 | FITW | 210.20 | MED-R | 44.35 | DNTL | Dental | 7.00 | | |
| OT | OT | 13.08 | 46.43 | 607.39 | MED | 44.35 | SS-R | 189.62 | MDCL | Medical | 18.00 | | |
| *ERDEN* | *ER Dental* | *0.00* | *0.00* | *15.61* | SS | 189.62 | WISUI | 0.00 | | | | | |
| *ERLIF* | *ER Life* | *0.00* | *0.00* | *212.00* | WI | 148.64 | FUTA | 0.00 | | | | | |
| *ERMED* | *ER Medical* | *0.00* | *0.00* | *268.45* | | | | | | | | | |
| *ERVIS* | *ER Vision* | *0.00* | *0.00* | *3.12* | | | | | | | | | |
| Total Earnings | | 93.08 | | 3,083.39 | Total Taxes | 592.81 | Ttl Employer | 233.97 | Total Deductions | | 25.00 | ER Liab | 3,317.36 |
| | | | | | | | | | | | | EE Net | 2,465.58 |

[redacted]

Emp Id 825
Rate 31.99
Freq B
Loc DENW-MAIN-Operations

| Code | Earning | Hours | Rate | Amount | Code | Tax Amount | Code | Employer Amt | Code | Deduction | Amount | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REG | Reg | 40.00 | 31.99 | 1,279.60 | FITW | 45.87 | MED-R | 35.96 | 401K | 401K | 150.19 | | |
| OT | OT | 9.50 | 47.99 | 455.85 | MED | 35.96 | SS-R | 153.77 | DNTL | Dental | 12.00 | | |
| *401ER* | *401K Match* | *0.00* | *0.00* | *75.10* | SS | 153.77 | WISUI | 0.00 | MDCL | Medical | 36.00 | | |
| EMCI | EMCI | 1.00 | 25.00 | 25.00 | WI | 104.96 | FUTA | 0.00 | | | | | |
| *ERDEN* | *ER Dental* | *0.00* | *0.00* | *33.18* | | | | | | | | | |
| *ERLID* | *ERLID* | *0.00* | *0.00* | *15.78* | | | | | | | | | |
| *ERLIF* | *ER Life* | *0.00* | *0.00* | *219.25* | | | | | | | | | |
| *ERMED* | *ER Medical* | *0.00* | *0.00* | *612.53* | | | | | | | | | |
| *ERVIS* | *ER Vision* | *0.00* | *0.00* | *6.24* | | | | | | | | | |
| VAC | Vacation | 24.00 | 31.99 | 767.76 | | | | | | | | | |
| Total Earnings | | 74.50 | | 2,528.21 | Total Taxes | 340.56 | Ttl Employer | 189.73 | Total Deductions | | 198.19 | ER Liab | 2,717.94 |
| | | | | | | | | | | | | EE Net | 1,989.46 |

[redacted]

| Employee | | Code | Earning | Hours | Rate | Amount | Code | Tax Amount | Code | Employer Amt | Code | Deduction | Amount | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | REG | Reg | 75.35 | 28.25 | 2,128.64 | FITW | 212.30 | MED-R | 35.13 | DNTL | Dental | 7.00 | | |
| Emp Id | 853 | OT | OT | 7.10 | 42.38 | 300.86 | MED | 35.13 | SS-R | 150.20 | | | | | |
| Rate | 28.25 | *ERDEN* | *ER Dental* | *0.00* | *0.00* | *15.61* | SS | 150.20 | WISUI | 0.00 | | | | | |
| Freq | B | *ERLIF* | *ER Life* | *0.00* | *0.00* | *197.51* | WI | 112.33 | FUTA | 0.00 | | | | | |
| Loc | DENW-Production-RNG | *ERVIS* | *ER Vision* | *0.00* | *0.00* | *3.12* | | | | | | | | | |
| | | Total Earnings | | 82.45 | | 2,429.50 | Total Taxes | 509.96 | Ttl Employer | 185.33 | Total Deductions | | 7.00 | ER Liab | 2,614.83 |
| | | | | | | | | | | | | | | EE Net | 1,912.54 |

[redacted]

| Employee | | Code | Earning | Hours | Rate | Amount | Code | Tax Amount | Code | Employer Amt | Code | Deduction | Amount | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Emp Id | 855 | REG | Reg | 60.15 | 29.76 | 1,790.06 | FITW | 145.27 | MED-R | 25.09 | 401K | 401K | 196.91 | | |
| Rate | 29.76 | *401ER* | *401K Match* | *0.00* | *0.00* | *53.70* | MED | 25.09 | SS-R | 107.26 | DNTL | Dental | 7.00 | | |
| Freq | B | *ERDEN* | *ER Dental* | *0.00* | *0.00* | *15.61* | SS | 107.26 | WISUI | 0.00 | MDCL | Medical | 53.00 | | |
| Loc | DENW-QUALITY-Operations | *ERLIF* | *ER Life* | *0.00* | *0.00* | *228.01* | WI | 61.17 | FUTA | 0.00 | | | | | |
| | | *ERMED* | *ER Medical* | *0.00* | *0.00* | *352.32* | | | | | | | | | |
| | | *ERVIS* | *ER Vision* | *0.00* | *0.00* | *3.12* | | | | | | | | | |
| | | Total Earnings | | 60.15 | | 1,790.06 | Total Taxes | 338.79 | Ttl Employer | 132.35 | Total Deductions | | 256.91 | ER Liab | 1,922.41 |
| | | | | | | | | | | | | | | EE Net | 1,194.36 |

[redacted]

| Employee | | Code | Earning | Hours | Rate | Amount | Code | Tax Amount | Code | Employer Amt | Code | Deduction | Amount | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | REG | Reg | 80.00 | 22.00 | 1,760.00 | FITW | 108.35 | MED-R | 31.86 | | | | | |
| Emp Id | 904 | OT | OT | 13.25 | 33.00 | 437.25 | MED | 31.86 | SS-R | 136.23 | | | | | |
| Rate | 22.00 | | | | | | SS | 136.23 | WISUI | 3.30 | | | | | |
| Freq | B | | | | | | WI | 99.77 | FUTA | 13.18 | | | | | |
| Loc | DENW-Production-RNG | | | | | | | | | | | | | | |
| | | Total Earnings | | 93.25 | | 2,197.25 | Total Taxes | 376.21 | Ttl Employer | 184.57 | Total Deductions | | | ER Liab | 2,381.82 |
| | | | | | | | | | | | | | | EE Net | 1,821.04 |

[redacted]

| Employee | | Code | Earning | Hours | Rate | Amount | Code | Tax Amount | Code | Employer Amt | Code | Deduction | Amount | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Emp Id | 903 | REG | Reg | 77.40 | 22.00 | 1,702.80 | FITW | 204.01 | MED-R | 34.13 | REIMB | REIMB | -105.49 | | |
| Rate | 22.00 | OT | OT | 19.72 | 33.00 | 650.65 | MED | 34.13 | SS-R | 145.91 | | | | | |
| Freq | B | | | | | | SS | 145.91 | WISUI | 3.53 | | | | | |
| Loc | DENW-Production-RNG | | | | | | WI | 108.08 | FUTA | 0.00 | | | | | |
| | | Total Earnings | | 97.12 | | 2,353.45 | Total Taxes | 492.13 | Ttl Employer | 183.57 | Total Deductions | | -105.49 | ER Liab | 2,537.02 |
| | | | | | | | | | | | | | | EE Net | 1,966.81 |

[redacted]

Emp Id 828
Rate 28.61
Freq B
Loc DENW-MAIN-Operations

| Code | Earning | Hours | Rate | Amount | Code | Tax Amount | Code | Employer Amt | Code | Deduction | Amount | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REG | Reg | 80.00 | 28.61 | 2,288.80 | FITW | 182.26 | MED-R | 31.50 | ACD | ACD | 7.26 | | |
| OT | OT | 0.63 | 42.92 | 27.19 | MED | 31.50 | SS-R | 134.67 | CRIL | CI Ins | 6.67 | | |
| ERDEN | ER Dental | 0.00 | 0.00 | 15.61 | SS | 134.67 | WISUI | 0.00 | DNTL | Dental | 7.00 | | |
| ERLIF | ER Life | 0.00 | 0.00 | 215.93 | WI | 99.10 | FUTA | 0.00 | HC | HC | 13.50 | | |
| ERMED | ER Medical | 0.00 | 0.00 | 268.45 | | | | | HSA | HSA | 98.07 | | |
| ERVIS | ER Vision | 0.00 | 0.00 | 3.12 | | | | | MDCL | Medical | 18.00 | | |
| Total Earnings | | 80.63 | | 2,315.99 | Total Taxes | 447.53 | Ttl Employer | 166.17 | Total Deductions | | 150.50 | ER Liab | 2,482.16 |
| | | | | | | | | | | | | EE Net | 1,717.96 |

[redacted]

Emp Id 829
Rate 27.60
Freq B
Loc DENW-Finance-G&A

| Code | Earning | Hours | Rate | Amount | Code | Tax Amount | Code | Employer Amt | Code | Deduction | Amount | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REG | Reg | 63.93 | 27.60 | 1,764.55 | FITW | 530.96 | MED-R | 34.77 | DNTL | Dental | 12.00 | | |
| ERDEN | ER Dental | 0.00 | 0.00 | 33.18 | MED | 34.77 | SS-R | 148.68 | | | | | |
| ERLID | ERLID | 0.00 | 0.00 | 17.10 | SS | 148.68 | WISUI | 0.00 | | | | | |
| ERLIF | ER Life | 0.00 | 0.00 | 127.95 | WI | 210.91 | FUTA | 0.00 | | | | | |
| ERVIS | ER Vision | 0.00 | 0.00 | 6.24 | | | | | | | | | |
| RBON | RBON | 0.00 | 0.00 | 93.48 | | | | | | | | | |
| VAC | Vacation | 20.00 | 27.60 | 552.00 | | | | | | | | | |
| Total Earnings | | 83.93 | | 2,410.03 | Total Taxes | 925.32 | Ttl Employer | 183.45 | Total Deductions | | 12.00 | ER Liab | 2,593.48 |
| | | | | | | | | | | | | EE Net | 1,472.71 |

[redacted]

Emp Id 849
Rate 28.50
Freq B
Loc DENW-Production-RNG

| Code | Earning | Hours | Rate | Amount | Code | Tax Amount | Code | Employer Amt | Code | Deduction | Amount | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REG | Reg | 74.65 | 28.50 | 2,127.53 | FITW | 205.74 | MED-R | 43.81 | ACD | ACD | 12.27 | | |
| OT | OT | 16.12 | 42.75 | 688.99 | MED | 43.81 | SS-R | 187.32 | CHLDN | Child Supt | 311.53 | | |
| ERDEN | ER Dental | 0.00 | 0.00 | 33.18 | SS | 187.32 | WISUI | 0.00 | CRIL | CI Ins | 17.49 | | |
| ERLID | ERLID | 0.00 | 0.00 | 17.10 | WI | 143.41 | FUTA | 0.00 | DNTL | Dental | 12.00 | | |
| ERLIF | ER Life | 0.00 | 0.00 | 199.32 | | | | | HSA | HSA | 20.00 | | |
| ERMED | ER Medical | 0.00 | 0.00 | 612.53 | | | | | MDCL | Medical | 36.00 | | |
| ERVIS | ER Vision | 0.00 | 0.00 | 6.24 | | | | | RDFEE | RDFEE | 65.00 | | |
| VAC | Vacation | 10.00 | 28.50 | 285.00 | | | | | | | | | |
| Total Earnings | | 100.77 | | 3,101.52 | Total Taxes | 580.28 | Ttl Employer | 231.13 | Total Deductions | | 474.29 | ER Liab | 3,332.65 |
| | | | | | | | | | | | | EE Net | 2,046.95 |

[redacted]

Emp Id 832
Rate 4,314.24
Freq B
Loc DENW-Operations-Operations

| Code | Earning | Hours | Rate | Amount | Code | Tax Amount | Code | Employer Amt | Code | Deduction | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REG | Reg | 80.00 | 53.93 | 4,314.24 | FITW | 318.91 | MED-R | 61.24 | 401K | 401K | 258.85 |
| 401ER | 401K Match | 0.00 | 0.00 | 129.43 | MED | 61.24 | SS-R | 261.84 | ACD | ACD | 14.08 |
| ERDEN | ER Dental | 0.00 | 0.00 | 58.91 | SS | 261.84 | WISUI | 0.00 | CRIL | CI Ins | 6.21 |
| ERLID | ERLID | 0.00 | 0.00 | 17.10 | WI | 195.83 | FUTA | 0.00 | DNTL | Dental | 22.00 |
| ERLIF | ER Life | 0.00 | 0.00 | 377.50 | | | | | MDCL | Medical | 55.00 |
| ERMED | ER Medical | 0.00 | 0.00 | 815.81 | | | | | TL | TL | 16.18 |
| ERVIS | ER Vision | 0.00 | 0.00 | 9.49 | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Total Earnings | 80.00 | 4,314.24 | Total Taxes | 837.82 | Ttl Employer | 323.08 | Total Deductions | 372.32 |

ER Liab 4,637.32
EE Net 3,104.10

[redacted]

Emp Id 833
Rate 28.50
Freq B
Loc DENW-Production-RNG

| Code | Earning | Hours | Rate | Amount | Code | Tax Amount | Code | Employer Amt | Code | Deduction | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REG | Reg | 80.00 | 28.50 | 2,280.00 | FITW | 240.30 | MED-R | 37.10 | ACD | ACD | 7.26 |
| OT | OT | 7.50 | 42.75 | 320.63 | MED | 37.10 | SS-R | 158.62 | CRIL | CI Ins | 13.91 |
| *ERDEN* | *ER Dental* | *0.00* | *0.00* | *15.61* | SS | 158.62 | WISUI | 0.00 | DNTL | Dental | 7.00 |
| *ERLIF* | *ER Life* | *0.00* | *0.00* | *199.32* | WI | 120.29 | FUTA | 0.00 | HSA | HSA | 10.00 |
| *ERMED* | *ER Medical* | *0.00* | *0.00* | *268.45* | | | | | MDCL | Medical | 18.00 |
| *ERVIS* | *ER Vision* | *0.00* | *0.00* | *3.12* | | | | | | | |
| Total Earnings | | 87.50 | | 2,600.63 | Total Taxes | 556.31 | Ttl Employer | 195.72 | Total Deductions | | 56.17 |

ER Liab 2,796.35
EE Net 1,988.15

[redacted]

Emp Id 857
Rate 27.75
Freq B
Loc DENW-Production-RNG

| Code | Earning | Hours | Rate | Amount | Code | Tax Amount | Code | Employer Amt | Code | Deduction | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REG | Reg | 75.02 | 27.75 | 2,081.71 | FITW | 341.86 | MED-R | 38.99 | 4ROTH | Roth 401K | 239.95 |
| OT | OT | 7.63 | 41.63 | 317.74 | MED | 38.99 | SS-R | 166.73 | DNTL | Dental | 7.00 |
| *401ER* | *401K Match* | *0.00* | *0.00* | *71.98* | SS | 166.73 | WISUI | 0.00 | DPIID | DNTL DP II | 17.57 |
| DPIID | DNTL DP II | 0.00 | 0.00 | 17.57 | WI | 129.79 | FUTA | 0.00 | DPIIM | MDCL DP II | 344.08 |
| | | | | | | | | | DPIIV | VIS DP II | 3.12 |
| DPIIM | MDCL DP II | 0.00 | 0.00 | 344.08 | | | | | DPPTD | Dental DP | 5.00 |
| | | | | | | | | | DPPTM | Medical DP | 18.00 |
| DPIIV | VIS DP II | 0.00 | 0.00 | 3.12 | | | | | HSA | HSA | 50.00 |
| *ERDEN* | *ER Dental* | *0.00* | *0.00* | *33.18* | | | | | MDCL | Medical | 18.00 |
| *ERLID* | *ERLID* | *0.00* | *0.00* | *17.10* | | | | | ODP | On Demand | 570.00 |
| *ERLIF* | *ER Life* | *0.00* | *0.00* | *210.04* | | | | | ODP Fee | ODP Fee | 2.50 |
| *ERMED* | *ER Medical* | *0.00* | *0.00* | *612.53* | | | | | | | |
| *ERVIS* | *ER Vision* | *0.00* | *0.00* | *6.24* | | | | | | | |
| Total Earnings | | 82.65 | | 2,764.22 | Total Taxes | 677.37 | Ttl Employer | 205.72 | Total Deductions | | 1,275.22 |

ER Liab 2,969.94
EE Net 811.63

[redacted]

Emp Id 844
Rate 3,461.54
Freq B
Loc DENW-ENGINEER-Operations

| Code | Earning | Hours | Rate | Amount | Code | Tax Amount | Code | Employer Amt | Code | Deduction | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REG | Reg | 80.00 | 43.27 | 3,461.54 | FITW | 385.61 | MED-R | 49.68 | 401K | 401K | 207.69 |
| *401ER* | *401K Match* | *0.00* | *0.00* | *103.85* | MED | 49.72 | SS-R | 212.45 | CELL | Cell | -30.00 |
| *ERDEN* | *ER Dental* | *0.00* | *0.00* | *15.61* | SS | 212.45 | WISUI | 0.00 | DNTL | Dental | 7.00 |
| *ERLIF* | *ER Life* | *0.00* | *0.00* | *299.68* | WI | 157.96 | FUTA | 0.00 | HSA | HSA | 10.00 |
| *ERMED* | *ER Medical* | *0.00* | *0.00* | *268.45* | | | | | MDCL | Medical | 18.00 |
| *ERVIS* | *ER Vision* | *0.00* | *0.00* | *3.12* | | | | | | | |
| Total Earnings | | 80.00 | | 3,461.54 | Total Taxes | 805.74 | Ttl Employer | 262.13 | Total Deductions | | 212.69 |

ER Liab 3,723.67
EE Net 2,443.11

Report Totals

# Labor Distribution

NLC Energy LLC (CS191769)

Check Date: 07\25\2025

Pay Period: 07/06/2025 to 07/19/2025

**Exhibit 7**

| Employees 31 | Code | Earning | Hours | Amount | Code | Tax Amount | Code | Employer Amt | Code | Deduction | Amount | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | REG | Reg | 2,141.33 | 79,399.07 | FITW | 8,789.59 | MED-R | 1,276.81 | 401K | 401K | 4,137.85 | | |
| | OT | OT | 145.87 | 5,914.66 | MED | 1,276.85 | SS-R | 5,459.47 | 401L1 | 401K Loan1 | 209.01 | | |
| | *401ER* | *401K Match* | *0.00* | *1,621.58* | SS | 5,459.42 | ORSUI | 0.00 | 4ROTH | Roth 401K | 813.47 | | |
| | DPIID | DNTL DP II | 0.00 | 40.21 | OR | 156.50 | ORWC | 0.40 | ACD | ACD | 103.13 | | |
| | DPIIM | MDCL DP II | 0.00 | 650.49 | WI | 4,001.55 | WISUI | 6.83 | CELL | Cell | -90.00 | | |
| | DPIIV | VIS DP II | 0.00 | 6.24 | ORWC-E | 0.40 | FUTA | 13.18 | CHLDN | Child Supt | 601.39 | | |
| | EMCI | EMCI | 2.00 | 50.00 | ORPFL-EE | 13.84 | ORPFL-ER | 9.23 | CRIL | CI Ins | 65.55 | | |
| | *ERDEN* | *ER Dental* | *0.00* | *785.36* | OR-TRA1 | 2.31 | | | DCARE | Dep Care | 37.69 | | |
| | *ERLID* | *ERLID* | *0.00* | *255.49* | | | | | DNTL | Dental | 290.50 | | |
| | *ERLIF* | *ER Life* | *0.00* | *6,508.74* | | | | | DPIID | DNTL DP II | 40.21 | | |
| | *ERMED* | *ER Medical* | *0.00* | *11,924.26* | | | | | DPIIM | MDCL DP II | 650.49 | | |
| | *ERVIS* | *ER Vision* | *0.00* | *136.76* | | | | | DPIIV | VIS DP II | 6.24 | | |
| | RBON | RBON | 0.00 | 93.48 | | | | | DPPTD | Dental DP | 13.00 | | |
| | VAC | Vacation | 106.00 | 4,288.68 | | | | | DPPTM | Medical DP | 41.00 | | |
| | | | | | | | | | FSA | FSA | 15.50 | | |
| | | | | | | | | | FSAL | FSA Limitd | 100.00 | | |
| | | | | | | | | | HC | HC | 13.50 | | |
| | | | | | | | | | HSA | HSA | 866.72 | | |
| | | | | | | | | | MDCL | Medical | 959.75 | | |
| | | | | | | | | | MILE | MILE | -74.90 | | |
| | | | | | | | | | ODP | On Demand | 2,570.00 | | |
| | | | | | | | | | ODP Fee | ODP Fee | 8.75 | | |
| | | | | | | | | | OTHER | OTHER | -11.01 | | |
| | | | | | | | | | RDFEE | RDFEE | 195.00 | | |
| | | | | | | | | | REIMB | REIMB | -105.49 | | |
| | | | | | | | | | TL | TL | 16.18 | | |
| *Italicized items are memo codes not included in totals. | Total Earnings | | 2,395.20 | 90,442.83 | Total Taxes | 19,700.46 | Ttl Employer | 6,765.92 | Total Deductions | | 11,473.53 | ER Liab | 97,208.75 |
| | | | | | | | | | | | | EE Net | 59,268.84 |