# Exhibit 8

| Utility Company Name and Address | Type of Utility | Location of Service | Account No. | Five Month Average | Proposed Adequate Assurance Deposit |
|---|---|---|---|---|---|
| WPS, PO Box1109, Glenview, IL 60025 | Electricity | Denmark (Injection Site) | 0419459453-00031 | $110,522 | $110,500 |
| WPS | Electricity | Denmark Facility | 0419459453-00019 | | |
| WPS | Electricity | Denmark Facility | 0419459453-00005 | | |
| WPS | Electricity | Denmark Facility | 0419459453-00021 | | |
| WPS | Electricity | Denmark Facility | 0419459453-00025 | | |
| WPS | Electricity & Gas | Denmark Facility | 0419459453-00017 | | |
| WPS | Electricity & Gas | Green Bay Apartment | 0419459453-00034 | | |
| WPS | Gas | Denmark Facility | 0419459453-00020 | $37,891 | $37,900 |
| WPS | Gas | Denmark Facility | 0419459453-00023 | | |