UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

**In re:**

**NLC Energy Denmark LLC,** **Case No. 25 -**
**Chapter 11 Proceedings**

**Debtor.**

---

**NOTICE OF DEBTOR'S MOTION TO APPROVE STIPULATED ORDER WITH SENIOR SECURED LENDERS (i) TO MODIFY THE AUTOMATIC STAY TO FUND ESCROW RESERVES AND MAKE ADEQUATE PROTECTION PAYMENTS TO SENIOR SECURED LENDERS, (ii) TO PERMIT THE DEBTOR'S USE OF CASH COLLATERAL, AND (iii) TO PROVIDE ADEQUATE PROTECTION TO SENIOR SECURED LENDERS**

---

**PLEASE TAKE NOTICE** that the above-captioned Debtor has filed a motion pursuant to approve a stipulated order with the Senior Secured Lenders and Wells Fargo (i) to modify the automatic stay to fund escrow reserves and make adequate protection payments to the Senior Secured Lenders, (ii) to permit the Debtor's use of cash collateral, and (iii) to provide adequate protection to the Senior Secured Lenders. The Debtor does not seek interim relief, only final relief. Copies of the motions and proposed orders accompany this notice.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to approve the motions, or if you would like the Court to consider your views on them, then you or your attorney must object to either or both motions no later than **September 4, 2025,** by filing a copy of your objection(s) with the Bankruptcy Clerk of Courts whose address is below and serve a copy to the Debtor's attorneys listed at the end of this notice.

U.S. Bankruptcy Courts
Eastern District of Wisconsin
517 E. Wisconsin Avenue, Room 167
Milwaukee, WI 53202

If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

If you do not want the Court to approve the motions or if you would like the Court to consider your views on them, then in addition to filing an objection(s), **you or your attorney must also appear at any hearing** that the Court may schedule. If you, or your attorney, do not take these steps, the Court may decide that you do not oppose the motions and may enter an order approving them without further notice or hearing.

Dated: August 16, 2025.

*/s/ Jerome R. Kerkman*
Jerome R. Kerkman
Kerkman & Dunn

Proposed Attorneys for the Debtors

P.O. Address:

839 North Jefferson St., Suite 400
Milwaukee, WI 53202-3744
Phone: 414.277.8200
Facsimile: 414.277.0100
Email: nkerkman@kerkmandunn.com