United States Bankruptcy Court
Eastern District of Wisconsin

In re:
NLC Energy Denmark LLC
Debtor

Case No. 25-24634-kmp
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0757-2 User: adkt Page 1 of 2
Date Rcvd: Oct 21, 2025 Form ID: pdfhrg Total Noticed: 12

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | NLC Energy Denmark LLC, 10 Tara Blvd, Suite 501, Nashua, NH 03062-2800 |
| cr | + | Catholic Order of Foresters, CHAPMAN AND CUTLER LLP, 320 S Canal Street, Chicago, IL 60606-5707 |
| cr | + | Federated Life Insurance Company, CHAPMAN AND CUTLER LLP, 320 S Canal Street, Chicago, IL 60606-5707 |
| cr | + | Federated Mutual Insurance Company, CHAPMAN AND CUTLER LLP, 320 S Canal Street, Chicago, IL 60606-5707 |
| cr | + | Federated Service Insurance Company, CHAPMAN AND CUTLER LLP, 320 S Canal Street, Chicago, IL 60606-5707 |
| cr | + | Fidelity & Guaranty Life Insurance Company, CHAPMAN AND CUTLER LLP, 320 S Canal Street, Chicago, IL 60606-5707 |
| cr | + | First Farmers Bank & Trust, CHAPMAN AND CUTLER LLP, 320 S Canal Street, Chicago, IL 60606-5707 |
| cr | + | Granite Re, Inc., CHAPMAN AND CUTLER LLP, 320 S Canal Street, Chicago, IL 60606-5707 |
| cr | + | Life Insurance Company of the Southwest, CHAPMAN AND CUTLER LLP, 320 S Canal Street, Chicago, IL 60606-5707 |
| cr | + | National Life Insurance Company, CHAPMAN AND CUTLER LLP, 320 S Canal Street, Chicago, IL 60606-5707 |
| cr | + | Safety National Casualty Corporation, CHAPMAN AND CUTLER LLP, 320 S Canal Street, Chicago, IL 60606-5707 |
| cr | + | The Regents of the University of California, c/o Matthew R. Higgins, Fox Rothschild LLP, 321 N. Clark Street, Suite 1600, Chicago, IL 60654-4614 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2025 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dillon J. Ambrose | on behalf of U.S. Trustee Office of the U. S. Trustee dillon.j.ambrose@usdoj.gov |

| | |
|---|---|
| Gordon E Gouveia | on behalf of Creditor The Regents of the University of California ggouveia@foxrothschild.com |
| Jerome R. Kerkman | on behalf of Debtor In Possession NLC Energy Denmark LLC jkerkman@kerkmandunn.com lewert@kerkmandunn.com;nkerkman@kerkmandunn.com;sdwyer@kerkmandunn.com |
| Matthew Robert Higgins | on behalf of Creditor The Regents of the University of California mhiggins@foxrothschild.com arcdocketing@foxrothschild.com |
| Nicholas Kerkman | on behalf of Debtor In Possession NLC Energy Denmark LLC nkerkman@kerkmandunn.com sdwyer@kerkmandunn.com |
| Office of the U. S. Trustee | ustpregion11.mi.ecf@usdoj.gov |
| Stephen Tetro | on behalf of Creditor Safety National Casualty Corporation stetro@chapman.com |
| Stephen Tetro | on behalf of Creditor Fidelity & Guaranty Life Insurance Company stetro@chapman.com |
| Stephen Tetro | on behalf of Creditor Federated Service Insurance Company stetro@chapman.com |
| Stephen Tetro | on behalf of Creditor National Life Insurance Company stetro@chapman.com |
| Stephen Tetro | on behalf of Creditor Federated Mutual Insurance Company stetro@chapman.com |
| Stephen Tetro | on behalf of Creditor Life Insurance Company of the Southwest stetro@chapman.com |
| Stephen Tetro | on behalf of Creditor Granite Re Inc. stetro@chapman.com |
| Stephen Tetro | on behalf of Creditor Federated Life Insurance Company stetro@chapman.com |
| Stephen Tetro | on behalf of Creditor Catholic Order of Foresters stetro@chapman.com |
| Stephen Tetro | on behalf of Creditor First Farmers Bank & Trust stetro@chapman.com |

TOTAL: 16

So Ordered.

Dated: October 21, 2025

Katherine Maloney Perhach
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

---

**In re:**

**NLC Energy Denmark LLC,** **Case No. 25-24634-kmp**
**Chapter 11 Proceedings**

**Debtor.**

---

**ORDER APPROVING DEBTOR'S PREPETITION SOLICITATION PROCEDURES, INCLUDING ADEQUACY OF DISCLOSURE STATEMENT**

---

This matter came before the Court on the request of NLC Energy Denmark LLC (the "Debtor"), to approve its prepetition solicitation procedures, including the adequacy of its disclosure statement to solicit acceptances to its Prepackaged Plan of Reorganization dated August 14, 2025 (the "Plan") under §§ 1125(g), 1126(b)(2) and 1125(a) of the Bankruptcy Code. (ECF Nos. 6, 10). In support of its request, the Debtor filed a certification of compliance. (ECF No. 18).

Notice of the request to approve prepetition solicitation procedures, including the adequacy of its disclosure statement, was duly served with an opportunity for interested parties to object

Drafted by:
Jerome R. Kerkman
Kerkman & Dunn
839 N. Jefferson St., Suite 400
Milwaukee, WI 53202-3744
Facsimile: 414.277.0100
Phone: 414.277.8200
Email: jkerkman@kerkmandunn.com

no later than September 12, 2025. (ECF Nos. 34-35). UCal (as defined in the Plan), stipulated that it did not object to the request. (ECF No. 60). No objections to the request were filed.

**IT IS ORDERED** that the Debtor's prepetition solicitation procedures, including the adequacy of its disclosure statement to solicit acceptances to its Plan are approved.

# # # # #