**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

---

**In re:**

| | |
|---|---|
| **NLC Energy Denmark LLC,** | **Case No. 25-24634-kmp** |
| | **Chapter 11 Proceedings** |
| **Debtor.** | |

---

**DEBTOR'S FINANCIAL REPORTS**

---

Pursuant to paragraph 10 of the Amended Prepack Scheduling Order entered on September 15, 2025 (ECF No. 69), the Debtor provides the attached periodic financial reports that were provided to the Senior Secured Lenders on October 28, 2025.

Dated: October 29, 2025.

*/s/ Jerome R. Kerkman*
Jerome R. Kerkman

Kerkman & Dunn
Attorneys for the Debtor

Contact Information:

839 N. Jefferson St., Suite 400
Milwaukee, WI 53202
Phone: 414.277.8200
Facsimile: 414.277.0100
Email: jkerkman@kerkmandunn.com