# DENW Results & Planning
Q325

# Agenda

- Period Operations Highlights
- DENW Results
  - Production
  - Restructure Changes
  - Financial
  - Projects & Continuous Improvement
- Liquidity Management



Case 25-24634-kmp Doc 87-2 Filed 10/29/25 Page 2 of 10

# Production Metrics
Q325

**Analysis**

- Feedstock supply mix changed; material from new pre-consumer waste provider did not meet yield expectations
- Yield ratio (Produced that was Delivered) remains strong and is improving

| Metric | Actual | Ch 11 Plan | Variance from Plan |
|---|---|---|---|
| Gas Produced-Manure (MMBtu/Day) | 563.6 | 560.0 | 0.6% |
| Gas Produced-Food Waste (MMBtu/Day) | 649.2 | 700.0 | -7.8% |
| Gas Capture Ratio-Manure | 95.5% | 92.6% | 3.1% |
| Gas Capture Ratio-Food Waste | 96.9% | 92.6% | 4.4% |
| Gas Delivered-Manure (MMBtu/Day) | 538.4 | 518.6 | 3.7% |
| Gas Delivered-Food Waste (MMBtu/Day) | 628.8 | 648.2 | -3.1% |
| LCO2 Produced (Tons/Day) | 19.3 | 17.5 | 9.2% |
| Decant Station (MMBtu/Day) | 466.5 | 420.0 | 10.0% |

NLCenergy

SK1

# Gas Delivered Period Totals
Trailing 12 Months




NLCenergy

# Forecast Updates
Q325

**Key Drivers**

Production and revenue expectations adjusted based on (i) change in foodwaste feedstock mix, (ii) assessment of gas skids (core equipment) and (ii) negotiating progress with LCO2 “offtake” agreement

Headcount increased as staff previously carried at corporate level were re-allocated as DENW expense (Engineering, Sales)

Negotiated debt settlement expanded debt service to cover nominal note balance (from $20M assumed secured)

Chapter 11 Plan/Full Year

| Production | |
|---|---|
| Manure Gas | 204,400.0 |
| Foodwaste (HSW/D5) | 240,291.7 |
| Total Production | 444,691.7 |
| Total Delivered | 411,784.5 (92.6%) |
| **Pricing** | |
| HSW/D5 (formerly UC) | $16.00 |
| LCFS | $60.00 |
| RINS | $2.40 |
| **Margins** | |
| Gross Margin | 21.0% |
| Operating Margin | (42.3)% |
| **Debt Service** | |
| Interest | $3.34M |
| Principal | $-0- |

Current Forecast/Full Year

| Production | |
|---|---|
| Manure Gas | 207,320.0 |
| Foodwaste (HSW/D5) | 231,166.7 |
| Total Production | 438,486.7 |
| Total Delivered | 406,038.7 (92.6%) |
| **Pricing** | |
| HSW/D5 (formerly UC) | $16.00 |
| LCFS | $60.00 |
| RINS | $2.40 |
| **Margins** | |
| Gross Margin | 16.8% |
| Operating Margin | (61.5)% |
| **Debt Service** | |
| Interest | $4.65M |
| Principal | $-0- |

NLCenergy

# P&L Variance from Ch 11 Plan Q325

## Analysis

- Ch 11 Plan estimates were developed in June
- Impact of new HSW gas pricing and relief from UC penalty payment forecast to begin in July
- Legal and insurance expense in Plan projected to reduce with July effect

| P&L General | Q325 Plan | |
|---|---|---|
| **Revenue-RNG** | **1,111,987** | **29.4%** |
| **Revenue-Co-Product** | **310,250** | **8.2%** |
| **Revenue-Services** | **250,844** | **6.6%** |
| **Revenue-Incentive Programs** | **2,113,949** | **55.8%** |
| **Gross Revenue** | **3,787,030** | **100.0%** |
| Revenue Sharing /Sales Commissic | 341,602 | 9.0% |
| Discounts & Adjustments | - | - |
| **Net Revenue** | **3,445,427** | **91.0%** |
| **Cost of Good Sold** | | |
| COGS-RNG | 2,133,308 | **56.3%** |
| COGS-Co-Product | 137,818 | **3.6%** |
| **Total Cost of Revenue** | **2,271,125** | **60.0%** |
| **Gross Profit** | **1,174,302** | **31.0%** |
| ***Gross Margin*** | ***31.0%*** | |
| Operations | 1,169,725 | **30.9%** |
| Engineering | 42,779 | **1.1%** |
| Sales | 82,945 | **2.2%** |
| Marketing | 0 | **0.0%** |
| G&A | 163,616 | **4.3%** |
| Corporate Overhead | 508,099 | **13.4%** |
| **Total Operating Expenses** | 1,967,164 | **51.9%** |
| **Net Operating Profit** | **(792,863)** | **-20.9%** |
| *Operating Margin* | *-23.0%* | |
| *Interest Expense/Sr Debt* | *564,126* | *14.9%* |
| *Period Amort/Sr Debt* | *248,628* | |
| *NOI (after Sr Debt P&I)* | **(1,605,617)** | |

| P&L General | Q325 Actual | |
|---|---|---|
| **Revenue-RNG** | **548,701** | **17.1%** |
| **Revenue-Co-Product** | **347,458** | **10.8%** |
| **Revenue-Services** | **231,474** | **7.2%** |
| **Revenue-Incentive Programs** | **2,083,297** | **64.9%** |
| **Gross Revenue** | **3,210,930** | **100.0%** |
| Revenue Sharing /Sales Commissi | 667,944 | 20.8% |
| Discounts & Adjustments | - | - |
| **Net Revenue** | **2,542,986** | **79.2%** |
| **Cost of Good Sold** | | |
| COGS-RNG | 2,312,483 | **72.0%** |
| COGS-Co-Product | 111,053 | **3.5%** |
| **Total Cost of Revenue** | **2,423,536** | **75.5%** |
| **Gross Profit** | **119,449** | **3.7%** |
| ***Gross Margin*** | ***3.7%*** | |
| Operations | 865,176 | **26.9%** |
| Engineering | 120,041 | **3.7%** |
| Sales | 77,459 | **2.4%** |
| Marketing | 4,800 | **0.1%** |
| G&A | 144,218 | **4.5%** |
| Corporate Overhead | 971,878 | **30.3%** |
| **Total Operating Expenses** | 2,183,572 | **68.0%** |
| **Net Operating Profit** | **(2,064,122)** | **-64.3%** |
| *Operating Margin* | *-81.2%* | |
| *Interest Expense/Sr Debt* | *1,074,310* | *33.5%* |
| *Period Amort/Sr Debt* | *248,628* | |
| *NOI (after Sr Debt P&I)* | **(3,387,060)** | |

NLCenergy

# Period P&L Q325

## Analysis

- Revenues across business lines comparable YoY
- Gross margin this year pressured by increased hauling expense
- Corporate overhead rescoped in FY25 to include headcount previously allocated to Development team at parent

| | Jul - Sep 25 | % of Income | Jul - Sep 24 | % of Income |
|---|---|---|---|---|
| Ordinary Income/Expense | | | | |
| Income | | | | |
| 42100 · RNG Revenue (TA) | 548,700.63 | 21.6% | 422,148.75 | 16.8% |
| 42300 · Co-Product Revenue (TA) | 347,458.21 | 13.7% | 385,393.76 | 15.3% |
| 42500 · Services Revenue (TA) | 231,474.27 | 9.1% | 278,104.65 | 11.0% |
| 42700 · Incentive Program Rev (TA) | 2,083,297.00 | 81.9% | 2,025,140.00 | 80.4% |
| 49000 · Discounts & Adj (TA) | (667,944.40) | -26.3% | (591,168.31) | -23.5% |
| Total Income | 2,542,985.71 | 100.0% | 2,519,618.85 | 100.0% |
| Cost of Goods Sold | | | | |
| 51000 · COGS RNG Production | 2,312,482.80 | 90.9% | 2,131,569.77 | 84.6% |
| 52000 · COGS Co-Product (TA) | 111,053.43 | 4.4% | 113,760.86 | 4.5% |
| Total COGS | 2,423,536.23 | 95.3% | 2,245,330.63 | 89.1% |
| Gross Profit | 119,449.48 | 4.7% | 274,288.22 | 10.9% |
| Expense | | | | |
| 61000 · Operations Dept Exp (TA) | 865,176.28 | 34.0% | 962,645.15 | 38.2% |
| 62000 · Engineering Dept Exp | 120,040.66 | 4.7% | 900.90 | 0.0% |
| 63000 · Sales&Bus Dev Dept Exp (TA) | 77,458.92 | 3.0% | 39,974.27 | 1.6% |
| 64000 · Marketing Dept Exp (TA) | 4,800.00 | 0.2% | - | 0.0% |
| 65000 · G&A Dept Expense (TA) | 144,217.88 | 5.7% | 144,735.88 | 5.7% |
| 68000 · Corporate Overhead (TA) | 971,877.95 | 38.2% | 466,934.99 | 18.5% |
| Total Expense | 2,183,571.69 | 85.9% | 1,615,191.19 | 64.1% |
| Net Ordinary Income | (2,064,122.21) | -81.2% | (1,340,902.97) | -53.2% |

NLCenergy

# Forecast for FY25

## Actuals to Q3E25

**Analysis**

- Current Forecast for FY25 is $13M revenue and ($6.8M) NOI loss before debt service
- Loan balances and debt service adjust effective August 15

NLC Energy-Denmark LLC

P&L General

| | Q125 | | Q225 | | Q325 | | Q425 | | FY25 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Actual | | Actual | | Actual | | Plan | | Full Year | |
| **Revenue-RNG** | **525,417** | **16.0%** | **534,237** | **17.4%** | **548,701** | **17.1%** | **1,062,134** | **27.4%** | ***2,670,488*** | **19.9%** |
| **Revenue-Co-Product** | **202,929** | **6.2%** | **273,517** | **8.9%** | **347,458** | **10.8%** | **182,709** | **4.7%** | ***1,006,613*** | **7.5%** |
| **Revenue-Services** | **395,336** | **12.1%** | **169,984** | **5.5%** | **231,474** | **7.2%** | **287,800** | **7.4%** | ***1,084,594*** | **8.1%** |
| **Revenue-Incentive Programs** | **2,150,532** | **65.7%** | **2,086,145** | **68.1%** | **2,083,297** | **64.9%** | **2,340,444** | **60.4%** | ***8,660,417*** | **64.5%** |
| **Gross Revenue** | **3,274,213** | **100.0%** | **3,063,884** | **100.0%** | **3,210,930** | **100.0%** | **3,873,086** | **100.0%** | ***13,422,113*** | **100.0%** |
| Revenue Sharing /Sales Commission | 602,141 | 18.4% | 581,478 | 19.0% | 667,944 | 20.8% | 513,874 | 13.3% | ***2,365,438*** | **17.6%** |
| Discounts & Adjustments | - | - | - | - | - | - | - | - | - | **0.0%** |
| **Net Revenue** | **2,672,072** | **81.6%** | **2,482,406** | **81.0%** | **2,542,986** | **79.2%** | **3,359,212** | **86.7%** | ***11,056,675*** | **82.4%** |
| **Cost of Good Sold** | | | | | | | | | | |
| COGS-RNG | 2,105,637 | **64.3%** | 2,157,476 | **70.4%** | 2,312,483 | **72.0%** | 2,107,004 | **54.4%** | *8,682,600* | **64.7%** |
| COGS-Co-Product | 108,790 | **3.3%** | 108,582 | **3.5%** | 111,053 | **3.5%** | 140,054 | **3.6%** | *468,479* | **3.5%** |
| **Total Cost of Revenue** | **2,214,427** | **67.6%** | **2,266,057** | **74.0%** | **2,423,536** | **75.5%** | **2,247,058** | **58.0%** | ***9,151,078*** | **68.2%** |
| **Gross Profit** | **457,645** | **14.0%** | **216,349** | **7.1%** | **119,449** | **3.7%** | **1,112,153** | **28.7%** | ***1,905,597*** | **14.2%** |
| ***Gross Margin*** | ***14.0%*** | | ***7.1%*** | | ***3.7%*** | | ***28.7%*** | | ***14.2%*** | |
| Operations | 775,802 | **23.7%** | 1,238,931 | **40.4%** | 865,176 | **26.9%** | 1,557,826 | **40.2%** | *4,437,735* | **33.1%** |
| Engineering | 185 | **0.0%** | 101,541 | **3.3%** | 120,041 | **3.7%** | 218,486 | **5.6%** | *440,254* | **3.3%** |
| Sales | 35,224 | **1.1%** | 37,909 | **1.2%** | 77,459 | **2.4%** | 97,972 | **2.5%** | *248,565* | **1.9%** |
| Marketing | 0 | **0.0%** | 250 | **0.0%** | 4,800 | **0.1%** | 112,823 | **2.9%** | *117,873* | **0.9%** |
| G&A | 140,580 | **4.3%** | 155,258 | **5.1%** | 144,218 | **4.5%** | 165,257 | **4.3%** | *605,312* | **4.5%** |
| Corporate Overhead | 358,067 | **10.9%** | 767,763 | **25.1%** | 971,878 | **30.3%** | 670,937 | **17.3%** | *2,768,644* | **20.6%** |
| **Total Operating Expenses** | 1,309,859 | **40.0%** | 2,301,652 | **75.1%** | 2,183,572 | **68.0%** | 2,823,301 | **72.9%** | 8,618,383 | **64.2%** |
| **Net Operating Profit** | **(852,214)** | **-26.0%** | **(2,085,303)** | **-68.1%** | **(2,064,122)** | **-64.3%** | **(1,711,147)** | **-44.2%** | ***(6,712,786)*** | **-50.0%** |
| *Operating Margin* | *-31.9%* | | *-84.0%* | | *-81.2%* | | *-50.9%* | | *-60.7%* | |
| *Interest Expense/Sr Debt* | *1,208,084* | *36.9%* | *1,196,669* | *39.1%* | *1,074,310* | *33.5%* | *1,101,504* | *28.4%* | *4,580,567* | *34.1%* |
| *Period Amort/Sr Debt* | *726,766* | | *738,181* | | *248,628* | | *0* | | *1,713,574* | *12.8%* |
| *NOI (after Sr Debt P&I)* | **(2,787,064)** | | **(4,020,153)** | | **(3,387,060)** | | **(2,812,651)** | | ***(13,006,928)*** | **-96.9%** |
| ***Headcount/Total*** | ***32*** | | ***32*** | | ***32*** | | ***32*** | | ***32*** | |

NLCenergy

# Balance Sheet

Q3E25

## Analysis

- Includes cash collateral balance for UC SBLC
- Capex for farm manure collection leaseholds improvements
- Negotiated sr debt balances reflected as new notes and posted effective 8/15 (date of Side Agrmt)

| | Sep 30, 25 | Sep 30, 24 |
|---|---|---|
| ASSETS | | |
| Current Assets | | |
| Checking/Savings | | |
| 10000 · Cash & Cash Equivalents | 2,264,184.06 | 566,165.21 |
| 10008 · Escrow UC/Citizens | 550,000.00 | - |
| Total Checking/Savings | 2,814,184.06 | 566,165.21 |
| Accounts Receivable | | |
| 11000 · Accounts Receivable | 631,839.35 | 484,300.03 |
| Total Accounts Receivable | 631,839.35 | 484,300.03 |
| Other Current Assets | | |
| 11400 · Incentive Earned-Not Submitted | 2,216,631.20 | 2,223,249.75 |
| 12000 · Notes Receivable | 1,033,024.14 | 1,201,599.53 |
| 12001 · *Undeposited Funds | - | 777.67 |
| 14700 · Inventory | 1,069,929.18 | 1,276,064.47 |
| Total Other Current Assets | 4,319,584.52 | 4,701,691.42 |
| Total Current Assets | 7,765,607.93 | 5,752,156.66 |
| Fixed Assets | | |
| 15110 · Buildings-Net | 54,715,400.69 | 56,965,382.06 |
| 15210 · Equipment & Machinery-Net | 3,212,160.64 | 4,690,259.23 |
| 15310 · Farm Leaseholds-Net | 2,488,755.09 | 2,198,403.36 |
| 15410 · Office Equipment-Net | 2,895.65 | 17,288.00 |
| 15510 · Plant Site Improvement-Net | 2,202,472.46 | 2,464,558.22 |
| 15610 · Vehicles-Net | 227,611.43 | 266,469.35 |
| 15910 · Land-Cost | 831,264.00 | 831,264.00 |
| 17000 · Construction in Progress-Cost | 192,514.93 | 214,711.28 |
| Total Fixed Assets | 63,873,074.89 | 67,648,335.50 |
| Other Assets | | |
| 18000 · Capitalized Loan Fees-Cost | 1,453,360.38 | 1,453,360.38 |
| 18005 · A/A - Loan Fees | (605,385.30) | (519,919.14) |
| 18010 · Capitalized Start Up Costs-Cost | 267,981.61 | 267,981.61 |
| 18015 · A/A Start Up Costs | (138,392.15) | (120,526.67) |
| Total Other Assets | 977,564.54 | 1,080,896.18 |
| TOTAL ASSETS | 72,616,247.36 | 74,481,388.34 |

| | Sep 30, 25 | Sep 30, 24 |
|---|---|---|
| LIABILITIES & EQUITY | | |
| Liabilities | | |
| Current Liabilities | | |
| Accounts Payable | | |
| 20000 · Accounts Payable - General | 1,540,847.35 | 1,317,377.97 |
| Total Accounts Payable | 1,540,847.35 | 1,317,377.97 |
| Credit Cards | | |
| 21000 · Credit Card Balances | (39.07) | (262.56) |
| Total Credit Cards | (39.07) | (262.56) |
| Other Current Liabilities | | |
| 21500 · Accrued Revenue Sharing-UC | 155,402.00 | 89,347.52 |
| 21505 · Accrued Revenue Sharing-UPS | - | 173,603.64 |
| 22500 · Intercompany Balances | 61,744,854.27 | 45,240,907.25 |
| 24000 · Benefits Payable | 177,572.16 | 196,561.32 |
| 25500 · Sales Tax Payable | 1,273.21 | 3,608.10 |
| 27000 · Taxes Payable | 28,833.48 | 28,833.48 |
| 28000 · Accrued Expenses | 62,447.86 | 38,609.15 |
| Total Other Current Liabilities | 62,170,382.98 | 45,771,470.46 |
| Total Current Liabilities | 63,711,191.26 | 47,088,585.87 |
| Long Term Liabilities | | |
| 29435 · N/P Cedar Holdings Bridge | 27,071,841.20 | 23,326,858.26 |
| 29440 · N/P Big Ox | - | 3,790,614.43 |
| 29510 · N/P Series A1 Senior Secured | - | 70,492,743.90 |
| 29520 · N/P Series A2 Senior Secured | - | 7,781,603.36 |
| 29530 · N/P A&R A1 Senior Secured Notes | 20,000,000.00 | - |
| 29540 · N/P A&R A2 Senior Secured Notes | 55,086,791.99 | - |
| Total Long Term Liabilities | 102,158,633.19 | 105,391,819.95 |
| Total Liabilities | 165,869,824.45 | 152,480,405.82 |
| Equity | | |
| 32500 · Capital - EEC Property Holdings | 7,506,734.27 | 7,506,734.27 |
| 39999 · Retained Earnings | (86,666,509.89) | (72,200,902.24) |
| Net Income | (14,093,801.47) | (13,304,849.51) |
| Total Equity | (93,253,577.09) | (77,999,017.48) |
| TOTAL LIABILITIES & EQUITY | 72,616,247.36 | 74,481,388.34 |

NLCenergy

# Projects & Continuous Improvement-DENW Q325

| Name | Phase | Approved Budget | Approved Spend (PO total) | Unapproved Spend (PR total) | Project spend | Remaining Spend | % Complete Financial | % Complete | Finish Date |
|---|---|---|---|---|---|---|---|---|---|
| NLCESS050 inCTRL Phase 3 Real-time Simulation | 3. Executing | $ 81,200 | $ 154,200 | | $ 128,352 | $ 25,848 | 57% | 90% | 1/1/2026 |
| DENWPP112 N,S Lagoon Cleanout Analysis | 2. Planning | $ 10,000 | | | | $ - | 0% | 92% | 12/30/2025 |
| DENWPP115 Food Waste Inventory System | 2. Planning | $ 5,000 | | | | $ - | 0% | 75% | 12/30/2025 |
| DENWPP102 D1 Containment Systems | 1. Initiating | $ 100,000 | | | | $ - | 0% | 0% | 12/31/2025 |
| DENWPP103 Re-pipe Feed Transfer Bldg | 2. Planning | $ 100,000 | $ 25,138 | | $ 7,124 | $ 18,014 | 7% | 10% | 12/31/2025 |
| DENWPP101 Levelized Gas Production | 2. Planning | $ 230,000 | $ 58,891 | | | $ 58,891 | 0% | 45% | 12/31/2025 |
| DENWPC099 Effluent Reclassification - Fertilizer Evaluation | 3. Executing | $ 15,000 | $ 15,000 | | $ 14,342 | $ 658 | 96% | 45% | 9/1/2025 |
| DENWPP116 3rd Party and New Lagoons Use | 1. Initiating | $ 5,000 | | | | $ - | 0% | 15% | 12/31/2025 |
| DENWPP107 Farm Service R&M Sharing | 3. Executing | $ 25,000 | | | | $ - | 0% | 81% | 8/25/2025 |
| DENWPP077 Compliance RFI 2024 | 3. Executing | $ 100,000 | | | | $ - | 0% | 1% | 6/1/2026 |
| DENWPP110 Dumpster Spill Containment | 1. Initiating | $ 15,000 | | | | $ - | 0% | 1% | 12/30/2025 |
| DENWPP098 Shop Floor Lighting | 3. Executing | $ 2,252 | $ 2,252 | | $ 2,252 | $ - | 100% | 4% | 12/31/2025 |
| DENWPP093 Noise Abatement at Injection Site | 3. Executing | $ 3,000 | $ 1,638 | | $ 1,638 | $ - | 55% | 8% | 6/1/2026 |
| DENWPP113 Roof Cracks Repair PM Phase 2 | 2. Planning | $ 100,000 | $ 46,263 | | $ 40,888 | $ 5,375 | 41% | 84% | 11/28/2025 |
| DENWPP117 Lagoon Rainwater Redirection | 1. Initiating | $ 5,000 | | | | $ - | 0% | 2% | 7/31/2025 |
| DENWPP073 Dairy Digester Additive Addition | 3. Executing | $ 70,627 | $ 70,627 | | $ 70,627 | $ - | 100% | 51% | 12/31/2025 |
| DENWPP108 800a/200a Disconnect Repair - FW Rcvg | 2. Planning | $ 25,000 | | | | $ - | 0% | 16% | 6/1/2026 |
| DENWPC097 MCC Bucket Hand OFF Auto, Speed Control | 2. Planning | $ 6,580 | $ 6,580 | | $ - | $ 6,580 | 0% | 3% | 12/31/2025 |
| DENWPP072 Road Widening Project | 1. Initiating | | $ 22,300 | | $ 11,445 | $ 10,856 | | 4% | 3/2/2026 |
| DENWPP111 Lagoon Nitrogen and Sludge Destruction | 3. Executing | $ 10,000 | $ 5,460 | | $ 6,430 | $ (970) | 64% | 83% | 10/30/2025 |
| DENWPP034 Dairy Manure Loadout Enhancement | 3. Executing | $ 68,145 | $ 68,145 | | $ 53,814 | $ 14,331 | 79% | 56% | 1/1/2026 |
| DENWPP118 Expand Annual Agreement Renewal Process | 3. Executing | $ 2,500 | | | | $ - | 0% | 2% | 12/31/2025 |
| DENWPP090 Sell Unused Totes | 3. Executing | $ 500 | | | | $ - | 0% | 53% | 12/31/2025 |
| DENWPP119 Optimize Co-product Sales | 2. Planning | $ 2,500 | | | | $ - | 0% | 3% | 1/1/2026 |
| DENWPC046 Coke Quality Audit | 2. Planning | $ 100,000 | | | | $ - | 0% | 60% | 12/31/2026 |
| **TOTAL** | | **$ 1,082,304** | **$ 476,493** | **$ -** | **$ 336,910** | **$ 139,583** | | | |