# Exhibit A

KERKMAN & DUNN
ATTORNEYS AT LAW
A Partnership of Professional Corporations
839 North Jefferson Street Suite 400
Milwaukee, WI 53202-3744
Phone: 414.277.8200
Fax: 414.277.0100
www.kerkmandunn.com

NLC Energy Denmark LLC
10 Tara Boulevard, Suite 501
Nashua, NH
03062

December 7, 2025

File #: 837
Inv #: 9720

**Attention:** Welles C. Hatch, CEO

**RE:** Restructuring Representation

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Aug-16-25 | Review multiple emails from N. Kerkman regarding filing and service questions and respond. | 1.00 | 575.00 | JRK |
| Aug-18-25 | Review and respond to approximately 8 emails related to questions about filing from Senior Secured Lenders and N. Kerkman and respond. | 0.70 | 402.50 | JRK |
| | Teams call with W. Hatch regarding filing and call tomorrow with UCal. | 0.40 | 230.00 | JRK |
| | Telephone call with Judge Perhach's clerk regarding hearing date for first day motions. | 0.30 | 88.50 | NWK |
| | Serve order granting the motion for expedited hearing on first day motions and prepare certificate of service. | 2.50 | 737.50 | NWK |

## Exhibit A

| | | | | |
|---|---|---|---|---|
| Aug-19-25 | Review and respond to email from D. Asbach regarding questions on pleadings filed. | 0.20 | 115.00 | JRK |
| | Forward email from D. Asbach to A. Hoffman and M. Friedman, attorneys for Senior Secured Lenders, for comments and suggested resolutions, and to W. Hatch regarding same. | 0.30 | 172.50 | JRK |
| | Telephone conference with D. Asbach regarding issues with prepackage scheduling order. | 0.30 | 172.50 | JRK |
| | Review and revise prepackage scheduling order to reflect concerns of the U.S. trustee and email to D. Asbach for approval, and to A. Hoffman and W. Hatch to implement. | 0.60 | 345.00 | JRK |
| | Participate in Teams call with University of California representatives. | 0.60 | 345.00 | JRK |
| | Prepare supplement and proposed order regarding scheduling prepackage case matters. | 0.70 | 402.50 | JRK |
| | Conference with T. Jones regarding adversary complaint on preference action. | 0.30 | 148.50 | EPS |
| | Prepare email to J. Kerkman regarding employing an accountant during the proceedings. | 0.10 | 29.50 | NWK |
| | Review letter to UCal, first day motions regarding UCal, and Matter of Compton Corp. case in preparation for drafting adversary complaint against UCal. | 1.50 | 412.50 | TMJ |
| | Review relevant documents and correspondence in client file in preparation for drafting adversary complaint against UCal. | 2.20 | 605.00 | TMJ |
| | Draft adversary complaint against UCal. | 1.30 | 357.50 | TMJ |
| Aug-20-25 | Review approximately 9 emails regarding upcoming hearing on first day motions and respond. | 0.40 | 230.00 | JRK |
| | Telephone conference with W. Hatch | 0.20 | 115.00 | JRK |

# Exhibit A

| | | | | |
|---|---|---|---|---|
| | regarding question of continuing to supply gas to UCal pending motion to reject the supply contact. | | | |
| | Provide summary of UCal meeting to A. Hoffman and others. | 0.20 | 115.00 | JRK |
| | Attend first day motions hearing. | 1.00 | 575.00 | JRK |
| | Review and revise notice to creditors for attachment to order. | 0.50 | 287.50 | JRK |
| | Prepare email to W. Hatch with information needed for U.S. trustee's office. | 0.30 | 172.50 | JRK |
| | Continue review of applicable documents in client file and continue draft of adversary complaint against UCal. | 3.10 | 852.50 | TMJ |
| | Review and revise draft of adversary complaint against UCal and email J. Kerkman regarding same. | 0.30 | 82.50 | TMJ |
| Aug-21-25 | Review and revise proposed order and notice regarding Prepack Scheduling Order and initial notice to creditors. | 1.40 | 805.00 | JRK |
| Aug-22-25 | Review emails regarding order approving scheduling order, request by client for copies of all pleadings and respond and give direction to N. Kerkman on how to respond to serve notice of chapter 11 filing on all creditors. | 0.30 | 172.50 | JRK |
| | Prepare emails with Dropbox link of filed pleadings to creditor representatives. | 0.40 | 118.00 | NWK |
| | Draft certificate of service for notice of NLC's prepackaged case. | 0.30 | 88.50 | NWK |
| Aug-27-25 | Telephone conference with M. Higgins, Regents, regarding chapter 11 filing. | 0.20 | 99.00 | EPS |
| Aug-28-25 | Review 3 emails related to request for information and scheduling a call with UCal's lawyer. Prepare email in response. Review email from Senior Secured Lenders' lawyer, A. Hoffman, and respond. | 0.30 | 172.50 | JRK |

## Exhibit A

| | | | | |
|---|---|---|---|---|
| Aug-29-25 | Review email from M. Higgins and respond regarding extension for objections. | 0.10 | 57.50 | JRK |
| | Review email correspondences to determine necessary actions while J. Kerkman is out of office. | 0.20 | 99.00 | EPS |
| Sep-02-25 | Review emails from W. Higgins, attorney for UCal, regarding information requests, and review files for information and respond. | 0.90 | 517.50 | JRK |
| | Review UCC financing searches and respond to request of W. Higgins for results. | 0.30 | 172.50 | JRK |
| | Draft stipulation and proposed order extending the time for UCal to object to the motion to reject the UCal contract. | 0.40 | 230.00 | JRK |
| | Telephone conference with W. Hatch regarding providing valuation of facility to UCal. | 0.20 | 115.00 | JRK |
| | Have Teams call with G. Gouveia and M. Higgins, lawyers for UCal, regarding settlement options and potential issues. | 0.70 | 402.50 | JRK |
| | Prepare email to client with report of UCal call. | 0.30 | 172.50 | JRK |
| Sep-03-25 | Review and revise email to W. Hatch and D. Loventhal regarding call with UCal's counsel and draft email to senior secured lenders' counsel with update from call. | 0.30 | 172.50 | JRK |
| | Review email from G. Gouveia regarding production of Kroll report and respond. | 0.20 | 115.00 | JRK |
| Sep-04-25 | Review and revise stipulation and proposed order extending the time for UCal to object to the motion to reject the executory supply contract with UCal. | 0.40 | 230.00 | JRK |
| | Review email from S. Neuman regarding questions from vendors and respond with copy of notice to creditors relating to filing. | 0.20 | 115.00 | JRK |
| | Review proposed stipulation and protective order, and forward to client for approval. | 0.50 | 287.50 | JRK |
| | Telephone conference with W. Hatch | 0.50 | 287.50 | JRK |

## Exhibit A

| | | | | |
|---|---|---|---|---|
| | regarding status, including protective order and discussions with UCal. | | | |
| | Review prepackage scheduling order and ensure all dates for work are planned for. | 0.20 | 115.00 | JRK |
| | Review Kroll valuation and send email to M. Higgins, attorney for UCal, regarding same. | 0.80 | 460.00 | JRK |
| Sep-05-25 | Review and revise orders to approve motions related to modification of stay for Senior Secured Lenders, adequate assurance for utilities and retention of K&D. | 1.70 | 977.50 | JRK |
| | Telephone conference with G. Gouveia regarding settlement. | 0.30 | 172.50 | JRK |
| Sep-08-25 | Review email from W. Hatch regarding payments requested by UCal and have call with him regarding same. | 0.30 | 172.50 | JRK |
| | Telephone conference with G. Gouveia regarding settlement status. | 0.20 | 115.00 | JRK |
| | Telephone conference (second) with G. Gouveia regarding logistics of settlement. | 0.20 | 115.00 | JRK |
| Sep-09-25 | Prepare reply to email from P. Moak regarding treatment of his client, Anew Climate. | 0.10 | 57.50 | JRK |
| | Draft modifications to plan to reflect preliminary settlement with UCal. | 3.30 | 1,897.50 | JRK |
| | Draft stipulation and proposed order extending the time for UCal to object to the motion to reject the UCal contract, and review revisions from UCal. | 0.70 | 402.50 | JRK |
| | Prepare email to debtor and others representing the debtor's principal regarding draft plan with settlement terms discussed with UCal incorporated into it. | 0.30 | 172.50 | JRK |
| | Prepare email to A. Hoffman regarding extension of time for UCal to object to the motion to reject the UCal contract. | 0.20 | 115.00 | JRK |
| | Telephone conference with A. Hoffman regarding settlement being discussed. | 0.40 | 230.00 | JRK |

# Exhibit A

| | | | | |
|---|---|---|---|---|
| Sep-10-25 | Telephone conference with M. Idrisano, attorney for EPA, Department of Justice, relating to preservation of rights in confirmation order. | 0.20 | 115.00 | JRK |
| | Review response regarding changes to plan proposed by UCal, make changes and forward to W. Hatch for approval before sending changes to UCal's counsel. | 1.00 | 575.00 | JRK |
| | Telephone conference with W. Hatch regarding questions on plan being negotiated. | 0.30 | 172.50 | JRK |
| | Prepare analysis of distribution to unsecured creditors. | 0.40 | 230.00 | JRK |
| | Begin drafting order and motion to amend prepackaged case scheduling order. | 1.10 | 632.50 | JRK |
| Sep-11-25 | Respond to email from J. Ryker of NLC Energy regarding questions and analysis of settlement offer from UCal. | 1.00 | 575.00 | JRK |
| | Draft amended scheduling order, amended UCal ballot and compared versions of pleadings, and then send to the attorneys for UCal, the Senior Secured Lenders and the U.S. seeking approval of the amended scheduling order as well as comments on the other documents. | 2.40 | 1,380.00 | JRK |
| | Telephone conference with W. Hatch regarding questions raised about settlement with UCal. | 0.20 | 115.00 | JRK |
| | Participate in Teams call with W. Hatch, J. Ryker and J. Cooperman to discuss UCal settlement. | 0.60 | 345.00 | JRK |
| | Telephone conference with G. Gouveia, attorney for UCal, regarding status of extending tomorrow's deadlines and settlement. | 0.20 | 115.00 | JRK |
| | Telephone conference with A. Hoffman regarding interim vs. final approval meaning for UCal, and draft email to G. Gouveia requesting clarification. | 0.20 | 115.00 | JRK |

## Exhibit A

| | | | | |
|---|---|---|---|---|
| | Prepare email to G. Gouveia regarding approval of modified plan and settlement by the debtor. | 0.10 | 57.50 | JRK |
| Sep-12-25 | Review and revise proposed amended prepack scheduling order, draft related motion and stipulation with UCal and send emails to U.S. trustee and A. Hoffman for approval of final prepack scheduling order. | 2.80 | 1,610.00 | JRK |
| | Draft supplement to stipulation for protective order. | 0.40 | 230.00 | JRK |
| | Continue reviewing and revising amended prepack scheduling order, motion and stipulation related to it for filing with the Court after receiving final comments from UCal's counsel. | 0.70 | 402.50 | JRK |
| | Review email regarding plan questions from W. Hutchinson and respond. | 0.10 | 57.50 | JRK |
| | Prepare email to W. Hatch and D. Loventhal regarding filings today. | 0.20 | 115.00 | JRK |
| Sep-15-25 | Draft orders approving motion to reject executory supply contract with UCal and approving disclosure statement, including reviewing pleadings to ensure that appropriate citations to the record are included in the proposed orders, and forward proposed order approving rejection of UCal contract with comments to W. Hatch. | 1.50 | 862.50 | JRK |
| | Draft confirmation order for approval of parties. | 1.00 | 575.00 | JRK |
| Sep-16-25 | Review and respond to email regarding setting up time to discuss confirmation order with D. Loventhal as it relates to EPA. Review scheduling order entered by Court. Forward order via email with comments to W. Hatch and D. Loventhal. | 0.20 | 115.00 | JRK |
| | Review plan comments from UCal and then forward revised plan to W. Hatch and D. Loventhal for their review. | 0.50 | 287.50 | JRK |
| | Teams call with D. Loventhal and J. Carr | 0.30 | 172.50 | JRK |

## Exhibit A

| | | | | |
|---|---|---|---|---|
| | regarding language requested by the EPA in the confirmation order. | | | |
| Sep-18-25 | Telephone conference with W. Hatch regarding modifications to plan requested by UCal. | 0.40 | 230.00 | JRK |
| | Review pleadings related to other waste digestion case filed in the Bankr. E.D. Wis. and forward to W. Hatch with comments. | 0.30 | 172.50 | JRK |
| | Review email from A. Hoffman regarding distribution amount that UCal is forgoing as part of the settlement, research information and respond. | 0.40 | 230.00 | JRK |
| | Draft language for inclusion in confirmation order that was requested by EPA, email to EPA and email to D. Loventhal and J. Carr regarding language. | 0.80 | 460.00 | JRK |
| | Telephone conference with W. Hatch regarding questions on UCal changes to plan. | 0.10 | 57.50 | JRK |
| | Review email from M. Higgins regarding status of review of UCal's final changes to the plan and respond. | 0.10 | 57.50 | JRK |
| Sep-19-25 | Review and respond to two emails regarding W. Hatch's comments on the plan and respond. Prepare email to A. Hoffman regarding plan changes received by UCal for the Senior Secured Lenders' approval. . | 0.20 | 115.00 | JRK |
| | Draft cover email to A. Hoffman regarding changes to the plan requested by UCal in order to obtain approval from the Senior Secured Lenders. | 0.20 | 115.00 | JRK |
| Sep-22-25 | Revise email to J. Carr, representative of the EPA, regarding draft language for the confirmation order to address EPF concerns. | 0.20 | 115.00 | JRK |
| | Prepare email to M. Indrisano responding to his email regarding language in confirmation order for EPA, and forward his email to J. Carr with comments. | 0.10 | 57.50 | JRK |

## Exhibit A

| | | | | |
|---|---|---|---|---|
| | Review email from A. Hoffman regarding changes requested by UCal and send email to W. Hatch regarding questions. | 0.20 | 115.00 | JRK |
| Sep-25-25 | Review email from EPA and add one more paragraph to the confirmation order and prepare email to J. Cole, attorney for debtor's parent company, for review and approval. | 0.20 | 115.00 | JRK |
| | Prepare email to W. Hatch regarding order rejecting UCal contract and status of case and discussion of open issues. | 0.50 | 287.50 | JRK |
| | Prepare email to D. Asbach regarding changes to the plan and releases in the plan. | 0.10 | 57.50 | JRK |
| | Review email from A. Hoffman regarding acceptance of changes to plan proposed by UCal, and send email to UCal indicating changes are fine and to W. Hatch indicating that things are moving forward. | 0.30 | 172.50 | JRK |
| Sep-29-25 | Revie emails from J. Carr and J. Cooperman regarding EPA language in confirmation order and send email to W. Hatch regarding same. | 0.10 | 57.50 | JRK |
| Oct-02-25 | Review email from M. Higgins regarding approval of plan settlement with UCal, and exchange emails with him regarding moving forward. | 0.10 | 57.50 | JRK |
| Oct-03-25 | Review 5 emails and respond or take other action, including email with status report after receiving feedback from UCal's attorneys. | 0.30 | 172.50 | JRK |
| Oct-06-25 | Telephone conference with W. Hatch regarding UCal's acceptance of the settlement. | 0.30 | 172.50 | JRK |
| | Draft emails to client group (6 recipients) and to lenders (6 recipients) regarding settlement with UCal. | 0.30 | 172.50 | JRK |
| Oct-08-25 | Review email from D. Loventhal regarding questions on effective date as it relates to executing documents with Senior Secured Lenders. | 0.50 | 287.50 | JRK |
| Oct-09-25 | Review email from D. Loventhal regarding | 0.40 | 230.00 | JRK |

## Exhibit A

| | | | | |
|---|---|---|---|---|
| | logistics of implementing the plan with the Senior Secured Lenders and respond with email outlining them. | | | |
| | Telephone conference with W. Hatch regarding any open EPA issues. | 0.20 | 115.00 | JRK |
| | Begin preparing pleadings related to obtaining confirmation of the plan as modified without a hearing, including the modification of the plan pleading. | 2.90 | 1,667.50 | JRK |
| | Telephone conference with M. Higgins regarding changes to plan confirmation order requested by UCal. | 0.40 | 230.00 | JRK |
| | Review memo from M. Major on EPA. | 0.10 | 57.50 | JRK |
| Oct-10-25 | Prepare email to V. Morelli regarding status of NLC's proof of insurance. | 0.20 | 59.00 | NWK |
| Oct-13-25 | Draft pleadings related to settlement with UCal, including revising Modification to Plan, latest version of plan and compared version of it, second motion to amend prepack scheduling order, UCal stipulation regarding amended scheduling order, UCal ballot, motion to confirm plan without a hearing and proposed confirmation order. | 6.40 | 3,680.00 | JRK |
| Oct-14-25 | Review and revise pleadings related to confirmation of modified plan, including modified plan, compared versions of it and revised confirmation order and revised versions of it. | 4.30 | 2,472.50 | JRK |
| Oct-15-25 | Review emails from W. Hatch (2) and A. Hoffman regarding draft confirmation order and draft plan, and respond. | 0.40 | 230.00 | JRK |
| | Telephone conference with W. Hatch regarding changes to plan requested by UCal, status of case and call to discuss marketing efforts before responding to lenders' inquiries. | 0.30 | 172.50 | JRK |
| | Review emails regarding approval of last minute changes to plan and UCal ballot. | 0.20 | 115.00 | JRK |
| | Teams meeting with W. Hatch and D. | 0.40 | 230.00 | JRK |

# Exhibit A

| | | | | |
|---|---|---|---|---|
| | Loventhal regarding marketing efforts required under the plan. | | | |
| | Review changes to modification documents received from A. Hoffman and forward to UCal and the debtor for agreement to changes. | 0.30 | 172.50 | JRK |
| | Review changes to modification pleading and notice to interested parties received from Senior Secured Lenders and make the changes. | 0.30 | 172.50 | JRK |
| Oct-16-25 | Review email from A. Hoffman and respond regarding time that release is effective. | 0.10 | 57.50 | JRK |
| | Review plan in order to respond to email from A. Hoffman regarding when mutual releases with UCal are effective. | 0.30 | 172.50 | JRK |
| Oct-17-25 | Finalize pleadings to modify plan, including modification, minor changes to plan and compared version of plan, and changes to motion and order amending scheduling order. | 2.50 | 1,437.50 | JRK |
| Oct-20-25 | Review pleadings related to UCal's ballot and revise them to update them with modification to plan filings, and email them to G. Gouveia and M. Higgins, attorneys for UCal. | 0.30 | 172.50 | JRK |
| | Review email from M. Higgins, attorney for UCal, regarding final form of ballot, review changes and respond. | 0.30 | 172.50 | JRK |
| Oct-21-25 | Review and finalize supplemental report on balloting and file it. | 0.40 | 230.00 | JRK |
| | Review orders entered amending scheduling order and approving prepetition solicitation procedures. | 0.10 | 57.50 | JRK |
| | Prepare email to W. Hatch and D. Loventhal regarding status of case and pleadings filed last Friday and today. | 0.30 | 172.50 | JRK |
| Oct-28-25 | Attend Teams Conference call with Senior Secured Lenders and debtor's business team to provide update and to discuss operations. | 1.50 | 862.50 | JRK |
| | Draft pleading in order to file financial | 0.30 | 172.50 | JRK |

# Exhibit A

| | | | | |
|---|---|---|---|---|
| | information provided to Senior Secured Lenders, and prepare email to W. Hatch requesting the information. Review information provided and request it be provided in pdf format. | | | |
| Oct-29-25 | Review financial information provided to lenders and compile it for filing as required by case management order. | 0.50 | 287.50 | JRK |
| | Review, revise and finalize final draft of confirmation order and email it to the Senior Secured Lenders, UCal and the debtor's representatives for comments. | 0.40 | 230.00 | JRK |
| | Review comments to confirmation order from J. Cooperman, attorney for debtor's parent company, and respond. | 0.10 | 57.50 | JRK |
| Oct-30-25 | Review email from W. Hatch regarding EPA issues and respond. | 0.20 | 115.00 | JRK |
| Nov-03-25 | Review email from V. Morelli regarding financial statements filed instead of monthly operating report and respond explaining prepackaged case scheduling order that required filing financial information instead of the usual monthly operating reports. | 0.20 | 115.00 | JRK |
| | Review email from M. Higgens regarding changes to draft confirmation order and make changes. | 0.60 | 345.00 | JRK |
| | Begin preparing brief and supporting declaration for entry of confirmation order. | 1.00 | 575.00 | JRK |
| Nov-04-25 | Continue preparing memorandum of law and declaration of W. Hatch is support of confirmation of the plan without a hearing. | 7.70 | 4,427.50 | JRK |
| Nov-06-25 | Continue preparing for request for entry of confirmation order by revising the memorandum in support of confirmation, drafting waivers of objections to confirmation by the U.S. Trustee, UCal and the Senior Secured Lenders, and exchanging emails with D. Ambrose regarding third-party releases in plan as a barrier to obtaining consensual confirmation order. | 3.40 | 1,955.00 | JRK |

## Exhibit A

| | | | | |
|---|---|---|---|---|
| | Begin draft declaration of W. Hatch in support of confirmation of the plan and email declaration to W. Hatch for his review. | 1.30 | 747.50 | JRK |
| | Telephone conference with W. Hatch regarding confirmation issues due to releases, his declaration in support of confirmation and post-confirmation payment to UCal. | 0.20 | 115.00 | JRK |
| | Draft Kerkman Declaration in support of confirmation. | 0.50 | 287.50 | JRK |
| | Revise proposed confirmation to eliminate third-party exculpation clause and email to D. Ambrose for approval. | 0.30 | 172.50 | JRK |
| Nov-07-25 | Review emails from D. Asbach, M. Higgins and A. Hoffman regarding final changes to confirmation order to meet everyone's concerns. Make revisions to order and to Kerkman declaration in support of it. | 0.80 | 460.00 | JRK |
| | Review and revise pleadings in support of confirmation after comments from UCal, the U.S. Trustee and A. Hoffman. | 3.40 | 1,955.00 | JRK |
| | Review email from V. Morelli regarding potential issue with s. 345 relating to bank balances as of September 30, 2025, and respond after researching issue. | 0.90 | 517.50 | JRK |
| | Review email from S. Kruse, NLC employee, regarding information needed for disbursements. | 0.20 | 115.00 | JRK |
| Nov-08-25 | Review emails from A. Hoffman regarding exculpation clause and M. Higgins regarding UCal's waiver, and respond. Revise email to D. Ambrose regarding exculpation clause. | 0.30 | 172.50 | JRK |
| Nov-10-25 | Review email and information regarding disbursements made post-petition through September 30, 2025 and respond with email requesting confirmation of what the information shows. | 0.20 | 115.00 | JRK |
| | Review email from V. Morelli regarding Wells Fargo account being designated as a DIP account, draft email to W. Hatch | 0.20 | 115.00 | JRK |

## Exhibit A

| | | | | |
|---|---|---|---|---|
| | regarding same and respond. | | | |
| | Review email from D. Asbach regarding exculpation clause in plan and forward to A. Hoffman and others in her office with extensive comments. | 0.50 | 287.50 | JRK |
| | Telephone conference with W. Hatch regarding responding to requests of A. Hoffman regarding parties affected by the plan and V. Morelli regarding debtor in possession designation on bank accounts. | 0.20 | 115.00 | JRK |
| | Prepare email to A. Hoffman regarding designating accounts at Wells Fargo as debtor in possession accounts to comply with section 345, and review additional email from W. Hatch and prepare emails to A. Hoffman and W. Hatch on how to proceed with designating Wells Fargo accounts as debtor in possession accounts. | 0.50 | 287.50 | JRK |
| | Review financial information showing disbursements from first quarter and draft notice that will be filed with the court. Prepare email to V. Morelli regarding same and whether this resolves the U.S. Trustee's issues. | 0.50 | 287.50 | JRK |
| Nov-11-25 | Review emails from and to Wells Fargo's attorneys regarding designation of accounts as debtor in possession accounts and respond. | 0.10 | 57.50 | JRK |
| Nov-13-25 | Prepare for status conference, including email to A. Hoffman requesting status of lenders' position on U.S. Trustee's changes to the plan and review scheduling order. | 0.40 | 230.00 | JRK |
| | Correct notice regarding first quarter disbursements and respond to email from V. Morelli regarding same and send email to W. Hatch to pay correct U.S. Trustee fee for first quarter. | 0.40 | 230.00 | JRK |
| | Attend status conference on confirmation. | 0.50 | 287.50 | JRK |
| | Draft third amended scheduling order, and forward it to A. Hoffman and W. Hatch with comments. | 1.00 | 575.00 | JRK |

# Exhibit A

| | | | | |
|---|---|---|---|---|
| Nov-14-25 | Review email from M. Indrisano of the EPA regarding language protecting the EPA in the proposed order and respond. Review email from W. Hatch regarding Third Amended Scheduling Order and respond. | 0.30 | 172.50 | JRK |
| | Telephone conference with D. Leventhal regarding offer from lenders on exculpation clause in plan. | 0.40 | 230.00 | JRK |
| | Telephone conference with W. Hatch regarding setting up call with owners to resolve exculpation issue. | 0.10 | 57.50 | JRK |
| | Teams call with D. Loventhal, W. Hatch, D. Blough, B. MacDonald and J. Riker regarding exculpation clause with short follow up call with D. Loventhal to discuss implementation and follow up email to D. Asbah and D. Ambrose. | 0.60 | 345.00 | JRK |
| | Telephone conference with K. Ecklund regarding asset transfers. | 1.00 | 575.00 | JRK |
| | Telephone conference with N. Hahn regarding progress on plan and monthly operating reports. | 0.80 | 460.00 | JRK |
| Nov-15-25 | Reviewed revised indemnity agreement and provide comments to D. Loventhal regarding same. | 0.30 | 172.50 | JRK |
| Nov-17-25 | Prepare email to Wells Fargo's attorney regarding status designating escrow accounts and debtor in possession accounts. | 0.10 | 57.50 | JRK |
| | Review two emails from D. Loventhal regarding exculpation clause and respond via email. | 0.70 | 402.50 | JRK |
| Nov-18-25 | Review email from D. Loventhal with final version of Amendment to Side Letter that includes exculpation indemnity. | 0.10 | 57.50 | JRK |
| Nov-19-25 | Prepare email to W. Hatch regarding obtaining DIP status for Wells Fargo bank accounts. | 0.50 | 147.50 | NWK |
| Nov-21-25 | Prepare email to L. Appleby and others regarding status of Wells Fargo bank | 0.30 | 88.50 | NWK |

| | | | | |
|---|---|---|---|---|
| | accounts. | | | |
| Nov-24-25 | Review first amendment to restructuring side letter and make changes to confirmation order and plan. | 0.80 | 460.00 | JRK |
| Nov-25-25 | Review and revise pleadings in support of confirmation, including declaration of J. Kerkman and memorandum of law, and forward copies to review by M. Higgins and G. Gouveia. Prepare email to D. Asbach and D. Ambrose regarding final version of confirmation order. | 3.80 | 2,185.00 | JRK |
| Nov-26-25 | Make final revisions to pleadings in support of confirmation of plan, and email filed pleadings to client, and attorneys for Senior Secured Lenders and EPA. | 1.30 | 747.50 | JRK |
| | Totals | 117.40 | $63,641.00 | |

**DISBURSEMENTS**

| | | |
|---|---|---|
| Aug-22-25 | Mailing Notice of Prepackage Plan & Hearing | 518.79 |
| Sep-02-25 | Postage 285 @ $0.20 | 57.00 |
| Sep-30-25 | Photocopies 296 x $0.20 | 59.20 |
| Oct-13-25 | PACER third-quarter charges. | 1.20 |
| Oct-14-25 | PACER third-quarter charge. | 0.90 |
| Nov-03-25 | Photocopies 44 x $0.20 | 8.80 |
| Dec-01-25 | Photocopies 69 x $0.20 | 13.80 |
| | Total | $659.69 |

**Total Fee & Disbursements** **$64,300.69**