**Exhibit B - Description of Experience of Professionals**

A description of the experience, length of professional practice and billing rates for each of the professionals providing services is below.

**Jerome R. Kerkman.** His billing rate is $575 for this case.

**Admissions.** Mr. Kerkman has been an attorney licensed by the Wisconsin Supreme Court to practice law in all Wisconsin State Courts since May 1984. He is also admitted to the United States District Courts for the Eastern and Western Districts of Wisconsin, the United States District Court for the Northern District of Illinois, the United States Court of Appeals for the Seventh Circuit, and the United States Supreme Court. He has also appeared, argued before and been lead counsel for litigation and bankruptcy cases in the following courts: the United States Bankruptcy Courts for the Southern District of New York, Northern District of Illinois, Southern District of Iowa, District of Arizona and Central District of California, the United States District Courts for the Northern District of Ohio, the Northern District of Illinois, the Southern District of Iowa and the District of Arizona, and the state courts of Arizona in Superior Court for Maricopa County and California in the Superior Courts for Orange County and Riverside County.

**Education.** J.D., *cum laude,* University of Wisconsin-Madison Law School 1984; Author: The Debtor in Full Control: A Case for Adoption of the U.S. Trustee System, 70 Marq. L. Rev. 159 (1987). Bachelor of Arts, Music degree, Lawrence University, 1979.

**Experience.** The following is a summary of Mr. Kerkman's significant insolvency and litigation cases.

Andrae Electric Co. Represented party acquiring the oldest electrical contracting firm in the Country out of chapter 11. Result: purchased company.

Apex Investment Properties, LLC. Represented real estate company with a complex legal structure to hold more than 45 properties with more than 50 individual companies and having more than 10 lenders. Eleven chapter 11 cases were filed after consolidating the companies. Result: less than 5 contested hearings and a confirmed plan with existing ownership retaining control of all companies.

The Big Whale, LLC. Represented chapter 11 debtors and consolidated numerous limited liability companies to reduce administrative costs that the secured party challenged in court. The pre-petition consolidation was approved by the bankruptcy court and a plan was confirmed that resulted in the debtors retaining all their properties and paying creditors in full in deferred payments.

Bosacki's North, Inc. Represented well-known Wisconsin establishment in Minoqua, Wisconsin, in its chapter 11 proceeding that was sold in a section 363 sale.

Chapes v. Pro-Pac, Inc. Represented chapter 11 debtor which included litigation to fund a plan against an employee that breached his fiduciary duties to the debtor by assisting a competitor that the employee sought to be employed. Result: after trial, judgment against the employee and competitor for $385,000 plus punitive damages that was affirmed on appeal by the district court in Chapes v. Pro-Pac, Inc., 473 B.R. 295 (E.D. Wis. 2012).

Datacare, Inc. Represented one of the largest Milwaukee hospitals and took lead role for hospital clients of debtor, a hospital software company located in Tampa, Florida. Result: chapter 11 trustee appointed and confirmed plan allowed hospitals to migrate to new software systems.

Daniel Bruckner. Represented chapter 11 debtor with approximately 36 limited liabilities companies holding 36 parcels of real estate that Kerkman advised to consolidate before a chapter 11 filing, resulting in the filing for one case to simplify the chapter 11 reorganization. Fannie Mae challenged the consolidation and it was upheld by the bankruptcy court and district court on appeal in reported decisions, Federal National Mortgage Association v. Bruckner, 489 B.R 93 (E.D. Wis. 2012).

Bulk Petroleum Corp. Represented one of the largest consolidated chapter 11 cases ever filed in Wisconsin that involved 28 related companies owning gasoline/convenience stores in eight Midwest states with 18 different secured lenders; result: confirmed plan that left management and the owner in place, including judgment on complex issues against the Commonwealth of Kentucky to collect more than $1.5 million of overdue excise tax that was affirmed by the Seventh Circuit Court of Appeals in Bulk Petroleum v. Kentucky Dept. of Revenue, 796 F.3d 667 (7th Cir. 2015).

E-L Enterprises, LLC v. Milwaukee Metropolitan Sewerage District. Represented plaintiff in a complex inverse condemnation case against the sewerage district for taking groundwater that was necessary to keep wood piles moist to support a commercial building operating; result: verdict for plaintiff for $624,375 that was upheld by the Court of Appeals for Wisconsin (2009 WI App 15) but reversed by the Wisconsin Supreme Court (2010 WI 58).

Fox Valley Pro Basketball, Inc. Represented a company that owned an arena in Oshkosh, Wisconsin, that filed chapter 11 two hours before a hearing to appoint a receiver. Primary role was to negotiate plan of reorganization. The company had more than $29 million of debt, two classes of stock and was subject to a tax incremental district development agreement. Cost over runs to build the arena and a shortfall in a stock offering led to a cash crunch. Result: confirmed consensual plan that left the core owners in control, general trade creditors being paid in full and three classes of stock with some debt converted to equity.

Great Lakes Quick Lube Official Committee of Unsecured Creditors. Represented creditors' committee in chapter 11 case with more than 60 quick lube stores. Obtained a dividend of 24.8% up from the initial 7.28% offered by the debtor. Part of the recovery came from a

settlement of litigation against the former owners for a LBO. The litigation involved a published decision deciding a fraudulent transfer issue by the Wisconsin Court of Appeals (2018 WI App 70).

Great Western Publishing, Inc. Represented a $40 million publishing company located in Phoenix, Arizona with a plant in Ontario, California. Result: confirmed plan in 7.5 months with owner retaining control.

Great Western Publishing, Inc. v. A.T. Mallad Enterprises, Inc. Represented chapter 11 company as plaintiff in breach of contract dispute seeking lost profits. The defendant counterclaimed seeking millions of dollars for unfair competition and theft of trade secrets under California law. Result: jury verdict and payment of more than $500,000 to plaintiff.

Heinemann's. Represented well-known, established Milwaukee restaurant group in winding down its affairs outside of the bankruptcy or state court insolvency proceedings.

Irene D'Amico v. Structural I Company. Represented former president in breach of contract dispute in the Superior Court of Maricopa County, Arizona. Result: after three week trial, a jury verdict of $1.2 million.

KPH Construction Corporation. Represented large construction company with $8 million of debt that encountered financial problems after being involved in multiple dispute with the construction of a well-known hotel in Green Bay, Wisconsin. Result: confirmed plan that left owner in place and continued business.

P.A. Berger & Co. / Carson Pirie Scott & Company ($1 billion department store company-Milwaukee) Major role in representing one of the largest chapter 11 debtors in Wisconsin – a $1 billion department store company. Result: confirmed operating plan issuing stock on NASDAQ and as head of claims process less than 5 contested matters over 12,000 claims.

Patrick Cudahy, Inc. Co-counsel representing major partially secured lender with a claim against a large food processor in Milwaukee. Result: cash payment.

POC Properties, LLC. Represented three chapter 11 debtors owing real estate in New Mexico with mortgage debt of approximately $25 million. Result: consensual confirmed plan of reorganization that included resolution of multiple suits against the principals.

Prange Way, Inc. Major role in representing large discount department store chain-Green Bay. Result: confirmed liquidating plan with equity receiving significant distribution.

Princeton American Corporation. Lead attorney for major unsecured creditor of NASDAQ company that held real estate and other business in Phoenix, Arizona. Result:
obtained chapter 11 trustee within 1 month after filing.

Triad Group, Inc. Substituted into a chapter 11 case as debtor's counsel for a pharmaceutical company closed by the FDA. Result: personal injury suits throughout the Country removed to Milwaukee for a claims resolution procedure, a resolution of all suits against the owners without the owners contributing to the settlements, and a confirmed liquidating plan.

Wilmot Mountain, Inc. Represented a ski area company in Southeastern Wisconsin in its chapter 11 proceedings that involved avoiding a right of first refusal on valuable real estate. Result: confirmed chapter 11 plan that left the owners and management in plan.

Wilmot Mountain, Inc. Represented a ski area company in Southeastern Wisconsin in selling its business to the large Vail resorts group in Colorado.

Winjak, Inc. & Jack Winter Apparel, Inc. Co-counsel representing NYSE chapter 11 apparel manufacturer in Milwaukee. Result: confirmed plan which sold the company.

**Evan P. Schmit.** His billing rate is $495 for this case.

**Admissions.** Mr. Schmit has been an attorney licensed by the Wisconsin Supreme Court to practice law in all Wisconsin State Courts since May 2008. He is also admitted to the United States District Courts for the Eastern and Western Districts of Wisconsin, the United States District Court for the Northern District of Illinois, and the United States Court of Appeals for the Seventh Circuit. He has also appeared, argued before for litigation cases in the following courts: Northern District of Illinois and District of Arizona.

**Education.** J.D., Marquette University Law School 2008; Bachelor of Arts degree, Wabash College 2005.

**Experience.** The following is a summary of Mr. Schmit's insolvency and litigation cases.

Apex Investment Properties, LLC. Assisted in representation of real estate company with a complex legal structure to hold more than 45 properties with more than 50 individual companies and having more than 10 lenders. Managed schedules and first day filings for the eleven chapter 11 cases filed after consolidating the companies. Assisted with case management including claim objections. Result: less than 5 contested hearings and a confirmed plan with existing ownership retaining control of all companies.

Chapes v. Pro-Pac, Inc. Assisted in discovery, summary judgment, trial, and appeal in litigation against an employee that breached his fiduciary duties to the debtor by assisting a competitor that the employee sought to be employed. Result: after trial, judgment against the employee and competitor for $385,000 plus punitive damages that was affirmed on appeal by the district court in Chapes v. Pro-Pac, Inc., 473 B.R. 295 (E.D. Wis. 2012).

Bulk Petroleum Corp. Prepared schedules and assisted on first day motions, briefing objections to lifting the automatic stay, and litigated claim objections; result: confirmed plan that left management and the owner in place, including judgment on complex issues against the Commonwealth of Kentucky to collect more than $1.5 million of overdue excise tax that was

affirmed by the Seventh Circuit Court of Appeals in Bulk Petroleum v. Kentucky Dept. of Revenue, 796 F.3d 667 (7th Cir. 2015).

JMS Development v. Bulk Petroleum Corporation, et al. Substituted in as lead counsel in litigation matter spanning 25 years. Conducted discovery, briefed, and argued before court for return of funds paid for environmental remediation. Results: Magistrate Judge issued favorable report and recommendation for return of funds. Report was adopted in full by district court over objection of opposing party. JMS Development Company v. Bulk Petroleum Corp. et al., U.S. District Court Northern District of Illinois, No. 95C3275.

James W. Ehlers. Substituted into a chapter 13 case with a pending motion to dismiss and converted the case to chapter 11. Negotiated terms for plan of reorganization and administratively closed case. Result: confirmed plan that permitted debtor to retain real estate with all unsecured creditors being paid in full.

William and Nancy Eiseman. Represented chapter 11 debtors which included litigation to defend against challenges to discharge of debt. Result: confirmed consensual plan that allowed debtors to retain prepetition interests in their companies and favorable decision in adversary that creditor's debt was dischargeable. Triangle Plaza II, LLC, et al. v. William E. Eiseman, U.S. Bankr. E.D. Wis., Adv. Case No. 12-2782.

Fox Valley Pro Basketball, Inc. Represented a company that owned an arena in Oshkosh, Wisconsin, that filed chapter 11 two hours before a hearing to appoint a receiver. Acted as lead counsel responsible for overseeing and managing the case. Negotiated agreements with vendors, sponsors, and lenders. Result: confirmed consensual plan that left the core owners in control, general trade creditors being paid in full and three classes of stock with some debt converted to equity.

Great Lakes Quick Lube Official Committee of Unsecured Creditors. Represented creditors' committee in chapter 11 case with more than 60 quick lube stores. Oversaw claim objections and preference demands. Acted as lead counsel in adversary proceeding for preference action and assisted in fraudulent transfer action. The litigation resulted in multiple favorable published decisions deciding a fraudulent transfer issue by the Wisconsin Court of Appeals (2018 WI App 70) and preference issue by the Seventh Circuit Court of Appeals (816 F.3d 482, 7th Cir. 2016.).

KPH Construction Corporation. Assisted in first day motions and oversaw preparation of chapter 11 debtors' schedules, claim review, and meeting of creditors. Result: confirmed plan that left owner in place and continued business.

Triad Group, Inc. Substituted into a chapter 11 case as debtor's counsel for a pharmaceutical company closed by the FDA. Oversaw the negotiation of personal injury claims through court approved claims resolution procedure. Result: Resolution of all suits against the owners without the owners contributing to the settlements, and a confirmed liquidating plan.

States Bankruptcy Court for the Western District of Wisconsin, the United States Court of Appeals for the Seventh Circuit, and the United States Supreme Court. He has also appeared in the United States District Court and United States Bankruptcy Court for the Southern Districtof Iowa.

**Nicholas W. Kerkman.** His billing rate is $315 for this case.

**Admissions.** Mr. Kerkman has been an attorney licensed by the Wisconsin Supreme Court to practice law in all Wisconsin State Courts since May 2019.

**Education.** J.D., Marquette University Law School 2019; Bachelor of Arts, Government, Lawrence University, 2012.

**Experience.** Mr. Kerkman is an associate-level attorney who focuses his practice on civil litigation and debtor-side chapter 11 bankruptcy reorganization.

**Taylor M. Jones.** His billing rate is $275 for this case.

**Admissions.** Mr. Jones has been an attorney licensed by the Wisconsin Supreme Court to practice law in all Wisconsin State Courts since May 2024.

**Anjanette G. Seymour.** Her billing rate is $250 for this case. Ms. Seymour has not yet passed the bar examination.

**Education.** Master of Laws, University of Maryland (2014); Bachelor of Laws, University of London External Programme (2011); Waynesburg College.

**Sarah W. Dwyer.** Her billing rate is $125 for this case.

**Experience.** Mrs. Dwyer has been working as a support capacity for administrative and paralegal work on bankruptcy and chapter 11 cases since March 2019.