UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

**In re:**

**NLC Energy Denmark LLC,**

**Debtor.**

**Case No. 25-24634-kmp**
**Chapter 11 Proceedings**

**NOTICE OF FINAL FEE APPLICATION FOR ALLOWANCE AND APPROVAL OF FEES AND EXPENSES OF KERKMAN & DUNN**

To: All Interested Parties

**PLEASE TAKE NOTICE** that Kerkman & Dunn ("K&D"), as general chapter 11 bankruptcy counsel to NLC Energy Denmark LLC (the "Debtor"), has filed its final fee application for allowance and payment of fees of $63,641.00 and expenses of $659.69 from August 16, 2025 through December 8, 2025, which is when an order confirming the plan of reorganization in this case was entered.

A complete copy of the applications is on file with the Bankruptcy Court and available upon request from the undersigned. A copy of the application may also be obtained either electronically from or at the office of the Bankruptcy Clerk of Court whose address is listed below.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to approve the applications, or if you would like the Court to consider your views on them, then you or your attorney must object to one or both applications no later than **December 31, 2025** by filing a copy of your objection(s) with the Bankruptcy Clerk of Court whose address is below and serve a copy, or copies on the undersigned.

U.S. Bankruptcy Court
Eastern District of Wisconsin
517 E. Wisconsin Ave, Room 126
Milwaukee, WI 53202

Unless a party in interest objects to one or both applications on or before **December 31, 2025,** the Court may grant the relief requested by one or both applications to which no objection(s) has been filed without further notice and without a hearing. If you do file an objection to one or both applications, the Court will set a hearing on the objection. You will be notified of the hearing, and you or your attorney must appear at it. If you or your attorney do not take these steps, the Court may decide that you do not oppose one or both applications and may enter orders approving them without further notice or a hearing.

Dated: December 10, 2025.

*/s/ Nicholas W. Kerkman*
Nicholas W. Kerkman
Kerkman & Dunn

Attorneys for Debtor

Contact Information:

Kerkman & Dunn
839 N. Jefferson St., Ste. 400
Milwaukee, WI 53202-3744
Phone: 414.277.8200
Email: nkerkman@kerkmandunn.com