**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

---

**In re:**

**NLC Energy Denmark LLC,**

**Debtor.**

**Case No. 25-24634-kmp**
**Chapter 11 Proceedings**

---

**NOTICE OF DEBTOR'S MOTION FOR ENTRY OF A FINAL DECREE CLOSING THE CASE**

---

To: All Interested Parties

**PLEASE TAKE NOTICE** that NLC Energy Denmark LLC (the "Debtor") filed a motion for entry of a final decree closing its case. A copy of this motion and supporting declaration does not accompany this notice. However, if you would like a copy of the motion and declaration, you may contact the undersigned or the Clerk of the Bankruptcy Court whose address is listed below.

**Your rights may be affected. You should read this paper carefully and discuss it with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to approve the motion, or if you would like the Court to consider your views on it, then you or your attorney must object no later than **February 17, 2026,** by filing a copy of your objection with the Clerk for the Bankruptcy Court whose address is below and serve a copy to the Debtor's attorneys, whose contact information is at the end of this notice.

Clerk, U.S. Bankruptcy Court
Eastern District of Wisconsin
517 E. Wisconsin Avenue, Room 149
Milwaukee, WI 53202

If you mail your objection to the Court for filing, you must mail it early enough so the

Court will **receive** it on or before the date stated above.

If you do not want the Court to approve the motion or if you would like the Court to consider your views on it, then **you or your attorney must also appear at any hearing that may be scheduled on your objection.** If you, or your attorney, do not take these steps, the Court may decide that you do not oppose the motion and may enter an order approving it without further notice or hearing.

Dated: February 2, 2026.

*/s/ Jerome R. Kerkman*
Jerome R. Kerkman
Kerkman & Dunn

Attorneys for the Debtor

Contact Information:

839 N. Jefferson St., Suite 400
Milwaukee, WI 53202-3744
Phone: 414.277.8200
Facsimile: 414.277.0100
Email: jkerkman@kerkmandunn.com