**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

---

**In re:**

| | |
|---|---|
| **NLC Energy Denmark LLC,** | **Case No. 25-24634-kmp** |
| | **Chapter 11 Proceedings** |
| **Debtor.** | |

---

# DEBTOR'S DISBURSEMENT FOR QUARTER ENDING MARCH 31, 2026

---

Pursuant to paragraph 10 of the Amended Prepack Scheduling Order entered on September 15, 2025 (ECF No. 69), the Debtor provides the following disbursement information from the filing through March 12, 2026, the date the case was closed:

| | Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $2,443,373 | |
| b. | Total receipts (net of transfers between accounts) | $6,325,754 | $14,396,569 |
| c. | Total disbursements (net of transfers between accounts) | $3,776,166 | $12,069,249 |
| d. | Cash balance end of month (a+b-c) | $4,992,961 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | |
| f. | Total disbursements for quarterly fee calculation (c+e) | $3,776,166 | $12,069,249 |

Dated: April 24, 2026.

/s/ *Jerome R. Kerkman*
Jerome R. Kerkman

Kerkman & Dunn
Attorneys for the Debtor

Contact Information:

839 N. Jefferson St., Suite 400
Milwaukee, WI 53202
Phone: 414.277.8200
Facsimile: 414.277.0100
Email: jkerkman@kerkmandunn.com